SEP 16 2024 PM12:05
FILED-USDC-NDTX-FW

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| glenn winningham; house of fearn | ] |
| Demandant | ] |
| VS | ] |
| | ] |
| Kathryn Phillips, Kim Jones, Jennifer Fenoglio, | ] |
| Cayton V. Riddle, Jacky Betts, Keith Richey, Kent | ] |
| Dosch, Lee Hughes, Jeff Jackson, Guy Green | ] |
| Debbie Leonard, Bret Meekins, David Fenoglio, | ] |
| Randy West, Trent Myers, James Dan Fenoglio, | ] |
| Jim L. Keck, Melodie Gillespie, Bill Pinkham, | ] |
| D'Layne Carter, G.A. Fidelie, Jr., Jeanmarie Baer, | ] |
| Justin Broom, Mollie Lerew, Blake Newton, Jack | ] |
| McGaughey, Patricia Coleman Byars, Robin | ] |
| Woods, Debra Spisak, Marshall Thomas, Stephen | ] |
| McCraw, Chad Yarbrough, Leigha Simonton, | ] |
| Perdue Brandon Fielder Collins & Mott, LLP, | ] |
| Bowie Independent School District, County of | ] |
| Montague, Montague County Appraisal District | ] |
| Texas Department of Public Safety, Janet Yellen, | ] |
| GLENN WINNINGHAM FEARN, | ] |
| WRONGDOERS | ] |

Case # **4-24CV-881-0**

---

## DEMAND FOR RELIEF

This action is brought as a collateral attack on a void Judgment made by the (bought and paid for) clerk masquerading as a Judge Patricia Coleman Byars, in conspiracy with BAR members named herein, and their County of Montague mafia handlers named herein.

*"A void judgment is one which, from its inception, was a complete nullity and without legal effect"* Lubben v. Selective Service System Local Bd. No. 27,  453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972). Hobbs v. U.S. Office of Personnel Management, 485 F.456 (M.D.Fla. 1980)

*"A void judgment, insofar as it purports to be pronouncement of court, is an absolute nullity"* Thompson v. Thompson,  238 S.W.2d 218 (Tex.Civ.App. – Waco 1951).

Demand for Relief to the District of Columbia clerks selling their Justus,

page 1

*"Void order may be attacked, either directly or collaterally, at any time"*  In re Estate of Steinfeld, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994).

*"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."* Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

## THIS DISTRICT OF COLUMBIA CORPORATE SO-CALLED COURT

Comes now the Demandant demanding that the District of Columbia clerks in this corporate so-called Court, selling their justice, provide relief against the US citizen WRONGDOERs named herein, by regulating their property, as required by Article IV, Section 3, Clause 2

*"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;…." Article IV, Section 3, Clause 2, Constitution for the United States of America*

which is the supreme law of the land, "anything in the Constitution of laws of any State to the contrary notwithstanding"

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

1)    The District of Columbia Clerks are required to provide relief for the following reasons;

a)  Your Code of Law for the District of Columbia Title 28 USC § 1331 Federal Question, because taxation of land originated with an Act of Congress under Chap XLV, approved August 5, 1861 at 12 Stat. 292,

b)  and under your Code of Law for the District of Columbia Title 28 USC § 1332, Diversity of Citizenship, because all WRONGDOERS are foreign US citizens as required by Texas codes, under the commerce clause, and the Demandant fails to be a US citizen, as described herein,

Demand for Relief to the District of Columbia clerks selling their Justus,

*"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that <u>the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3.</u> In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

c)  and under your Code of Law for the District of Columbia Title 28 USC § 1343, Civil Rights, because WRONGDOERs are engaging in the theft of the Demandant's land, and Demandant has an unlimited right to own land,

d)  and under your Code of Law for the District of Columbia Title 28 USC § 1355, Forfeiture, because WRONGDOERS are engaging in the theft of the Demandant's land,

e)  and under your Code of Law for the District of Columbia Title 28 USC § 1361, a Petition for a Writ of Mandamus to order Chad Yarbrough to do his duty to arrest the WRONGDOERS for their felonies, and Leigha Simonton to do her duty to prosecute their felonies, because WRONGDOERs named herein are;

    i)        violating federally protected rights under color of law, (18 USC § 242)

    ii)       conspiring to threaten, coerce, injure, and intimidate the Demandant in the free exercise of his rights to own land and his right to ignore their color of law codes, (18 USC § 241)

    iii)      subjecting the Demandant to their satanic religious ceremony (18 USC § 247) with their Vatican Minor Estate (31 CFR 363.6), and their lies and their fraud and their deception,

    iv)      converting the Demandant's land under color of law, (18 USC § 654) with their forced rendering scam, rendering the Demandants land for taxation, without any authority, pursuant to their Texas Tax Code <u>Form 50-</u>

141 General Real Property Rendition of Taxable Property, published by the
Texas Comptroller of Public Accounts,

v)      impersonating a government employee (18 USC § 912) to facilitate
the theft of the Demandants land

vi)      participating in an extortion racket under color of law, (18 USC §
1951-1960) demanding fake money or the mafia unlawfully appropriate
(engage in theft) the Demandants land.

vii)      selling the Demandant to involuntary servitude (18 USC § 1584)
under color of law to force him to work for them for nothing to pay their tax
extortion scam, because their objective from the beginning was to enslave
the Demandant as evidenced by their Roman law capitis diminutio because
they were spelling the name in ALL BLOCK CAPITAL LETTERS which is
a slave under Roman Law

*"Capitis Diminutio (meaning the diminishing of status through the use of capitalization)
In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a
man's status or aggregate of legal attributes and qualifications."*
*"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of
capitalization, e.g. HANNAH, WITH THE UNKNOWN LAST NAME or DOE JOHN) -
The highest or most comprehensive loss of status. This occurred when a man's condition
was changed from one of freedom to one of bondage, when he became a slave. It swept
away with it all rights of citizenship and all family rights." Black's Law Dictionary 4th
Edition [emphasis added]*

and they are operating under Roman law

*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning
the same system of jurisprudence. That rule of action which every particular nation,
commonwealth, or city has established peculiarly for itself; more properly called
"municipal" law, to distinguish it from the "law of nature," and from international law.
See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's
Law Dictionary, Revised 4th Edition, page 312, [emphasis added]*

viii)   making false and fictitious records, (18 USC § 2073) by falsely
accusing the Demanding of being a minor estate, falsely rendering the

Demand for Relief to the District of Columbia clerks selling their Justus,
page 4

Demandants land, using <u>Form 50-141 General Real Property Rendition of Taxable Property</u>, published by the Texas Comptroller of Public Accounts and creating a fake tax lien, under color of law,

ix)     making false statements in court that the Demandant is a minor estate, that the Demandant is a US citizen / commercial entity under the commerce clause, falsely rendering the Demandants land for taxation (18 USC § 1001)

x)      violating a government Patent, (18 USC § 2071) because the Demandant brought forward all of the rights and privileges of the original land patent,

xi)     false entries and reports of money or securities by falsely claiming that the Demandant owes them anything, creating a false tax lien (18 USC § 2073)

xii)    attempted murder, (18 USC § 1113), because they intend to murder the Demandant when he exercises his right to resist their slavery, with lethal force, if necessary,

xiii)   Perjury of oath (18 USC § 1621) because they are bringing the District of Columbia outside "a maximum of ten miles square" in violation of Article 1, Section 8, Clause 17

*To exercise exclusive Legislation in all Cases whatsoever, <u>over such District (not exceeding ten Miles square)</u> as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for The United States of America*

to place the Demandant under the commerce clause, Article 1, Section 8, Clause 3

xiv)    peonage, (18 USC § 1581)

Demand for Relief to the District of Columbia clerks selling their Justus,

xv)   sending threats through the mail (18 USC § 876)

xvi)   enticing to slavery, (18 USC § 1583), because when the Demandant exercises his right to resist their slavery and their extortion racket and selling his land, with lethal force, if necessary, and they fail to murder the Demandant, their mafia District of Columbia so-called courts will sell the Demandant into slavery in the Texas kangaroo so-called courts with a (fake) quasi-contract, as collateral for their Vatican Minor Estate (31 CFR 363.6).

*"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

xvii)   Official Oppression  (Texas Penal Code 39.03)

xviii)   Tampering with Government Records (Texas Penal Code 37.10

xix)   Felony theft over $150,000 but less than $300,000 (Texas Penal Code 31.03, because there is a storage unit on the land, full of the Demandant's property,

xx)   Perjury of oath (Texas Penal Code 37.02)

xxi)   Simulating a legal process (Texas Penal Code 32.48)

xxii)   Barratry (Texas Penal Code 38.12) when the coward BAR members with sent an unsigned anonymous FINAL NOTICE BEFORE SUIT notice to their slave WINNINGHAM GLENN, saying; "I have recommended to my client that a lawsuit be filed against you seeking foreclosure of the tax lien…" a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety

xxiii)   Impersonating a public servant because when they go outside their proper jurisdiction they cease to represent the government (Texas Penal Code 37.11)

*"An officer who acts in violation of the Constitution ceases to represent the government".*

Demand for Relief to the District of Columbia clerks selling their Justus,

*Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

*If government officials attempt to enforce an unconstitutional law, sovereign immunity does not prevent people whom the law harms from suing those officials in their individual capacity for injunctive relief. This is because they are not acting on behalf of the state in this situation. Ex parte Young, 209 U.S. 123 (Mar 23 1908)*

*Scheuer v Rhodes, 416 US 232 (1908) immunity of officers of executive branch of a state is not absolute. Since Ex parte Young, 209 U.S. 123 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.*

xxiv)  Abuse of Official Capacity with the improper use of government resources, computers, databases, facilities, with their forced rendering, and extortion racket (Texas Penal Code 39.02) by the County of Montague mafia and the Montague County Appraisal District mafia

2)      This so-called Court is a District of Columbia corporation as evidenced by it's use of a ZIP Code, (one of 10 federal subdistricts (regions) in the District of Columbia under the commerce clause),

*"And said supreme court shall divide the said District into ten subdistricts and prescribe the place in each subdistrict where the justice thereof shall have his office for the transaction of business, and may change the boundaries of such subdistricts and the locations of the offices of the justices therein from time to time as the volume and convenience of the business may require." Code of Law for the District of Columbia, Sec. 3,  31 Stat. 1190*

and your demands for Federal Reserve Notes, (securities) which are authorized for the District of Columbia ONLY, under the Commerce Clause, Article 1, Section 8, Clause 3

*SEC. 15. As used in this Act the term "United States" means the Government of the United States; the term … … the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ….. Gold Reserve Act of 1934, 48 Stat. 344*

*Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the*

Demand for Relief to the District of Columbia clerks selling their Justus,
page 7

*Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

which is the reason why the BAR member officers of this District of Columbia corporate so-called court have no trouble assaulting the Demandant with their color of law rules, and denying the Demandant due process of law, compelling the disclosure of information that is none of their business, converting the Demandants right to justice into a privilege with their filing fee / license, and denying the Demandant a remedy for failure to tender their fake money.

3)      This District of Columbia corporate so-called court is busy assaulting the Demandant with a ZIP Code, so they can justify assaulting the Demandant with the Commerce Clause with a plenary jurisdiction, where there are no rights,

*"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

evidencing their intent to bring the District of Columbia outside (a maximum of ten miles square) in violation of Article 1, Section 8, Clause 17, evidencing their intent to perjure their oath of office, and evidencing their intent to be accomplices to these County of Montague mafia thieves, which is why the Demandant calls it "Justus", and they are actually BAAL priests for your Vatican god Satan, and the Demandant shakes the dust of the earth from off his feet against you, (Matt 10:14, Mark 6:11, Luke 9:5) and we will all be talking about this before the judgment seat of the true God, on Judgment day.

Demand for Relief to the District of Columbia clerks selling their Justus,

page 8

4)      Wil Livingston, who ratified this Constitution for the United States of

America on behalf of New Jersey (18 December 1787) is the Demandant's fourth

great uncle, which means the Demandant is "posterity" as found in the preamble

*WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of <u>Liberty to ourselves and our Posterity,</u> do ordain and establish this Constitution for the United States of America.*

and is entitled to right of blood, because WRONGDOERS are using their civil laws

against the Demandant

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768,*

and the WRONGDOERS are operating under power which is derived from the

Demandant, as posterity

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition,*

and the Supreme Court of the United States has said it is impossible for the

Demandant to <u>"confer a sovereignty which will extend over"</u> him

*[67] All subjects over which the sovereign power of a state extends, are objects of taxation, but those over which it does not extend, are, upon the soundest principles, exempt from taxation. This proposition may be almost be pronounced self-evident. The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, <u>but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not.</u> Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme<u>. Consequently, the people of a single State cannot confer a sovereignty which will extend over them.</u> McCulloch v. Maryland 17 U.S. 316*

*"Nor does the conclusion by any means suppose a superiority of the judicial to the legislative power. It only supposes that the power of the people is superior to both." Luther v Borden 48 US 1 (1849)*

*The sovereignty of the United States resides in the people, and Congress cannot invoke the sovereignty of the people to override their will as declared in the Constitution. P. 294 U. S. 353. Perry v. United States, 294 U.S. 330 (1935)*

and "We the People" fail to be US citizens because a US citizen failed to exist when the Constitution was written.

*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

*"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300;*

but the BAAL priests in this District of Columbia corporate so-called court fail to care about any of this but want to sit there and play stupid, so they can collect a filing fee royalty for their retirement.

5)      These WRONGDOERS are bringing in business for this District of Columbia so-called court corporation right now, and it will bring in more business when the Demandant arms up and goes out there and defends his right NOT to be their slave, with lethal force if necessary, and it will bring in more business when they put these thieves on trial for their felonies, so any way you look at these District of Columbia clerks will get to sell their Justus again, and again, and again. It will be a satanic blood sacrifice to their Vatican god BAAL, when they murder the Demandant for defending his right NOT to be a slave, and defending his land, and their thieving bankster buddies get to pillage all of the fake money in the Treasury Direct Account (31 CFR 363.6) under the Minor Estate GLENN WINNINGHAM FEARN under the Hague Convention Concerning the International Administration of the Estates of Deceased Persons, concluded 2 October 1973, and if the Demandant does turn up dead, this is his deathbed testimony.

6)      The Demandant has NEVER in his life breached the peace, but these

Demand for Relief to the District of Columbia clerks selling their Justus,
page 10

screened for low intelligence military police, like Thomas, named herein, breach the peace on a routine basis, with their unlawful arrests, and their assaults, and their thefts, like the theft of the Demandants land they are threatening to do, and their murders, like their murder of the Demandant when the Demandant exercises his right to resist their slavery, and theft, with lethal force if necessary, all of which is under the supervision of (bought and paid for) mafia whores like Byars and McGaughey, and in conspiracy with the Vatican's BAR mafia, named herein.

## THE PARTIES AND FACTS

7)     The Demandant is NOT a BAR member and therefore NOT pro se, like the Clerks like to assault the Demandant with, but proceeds propria persona.

8)     The Demandant has brought numerous lawsuits before these District of Columbia clerks selling their Justus and they refuse to let it proceed until their extortion is paid, because it brings in so much business for their District of Columbia corporate so-called court, as evidenced by the fact that Debra Spisak, Clerk, Second Court of Appeals, denied the Demandant due process of law under color of Texas vexatious litigant codes by refusing a Petition for a Writ of Mandamus, because Thomas Lowe in conspiracy with Keith Ogle, Stephen Lund, Sharen Wilson, and David Evans conspired together to label the Demandant a vexatious litigant because of the Demandant's failure to pay the extortion demanded by the (bought and paid for) Clerks on this District of Columbia corporate so-called Court.

9)     The Demandant has offered gold or silver coin to the clerks in this so-called court and they immediately convert it into their fake money / Federal Reserve Notes / securities / forced loans / commercial paper / IOUs, evidencing their fake court status in the District of Columbia.

Demand for Relief to the District of Columbia clerks selling their Justus,
page 11

10)    The Demandant has the right to resist slavery and unlawful arrest with lethal force if necessary as evidenced by The Amistad, which was a slave ship, where the people killed all of their captors and enslavers, except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa and where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, *United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)*.

11)    WRONGDOER Kathryn Phillips, is the Montague County Tax Assessor Collector who is also on the Montague County Appraisal District, Board of Directors, conspired with WRONGDOER Kim Jones, Montague County Clerk, to unlawfully and illegally render the Demandant's land for taxation, under the supervision of Clayton Riddle, Montague County Attorney, using Form 50-141 General Real Property Rendition of Taxable Property, published by the Texas Comptroller of Public Accounts, a true copy of a blank document, which is attached hereto, all of which is incorporated herein by reference in its entirety, and she has waived any immunity she may have enjoyed, (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and they are all giving aid and comfort to the enemy in a time of war.

12)    WRONGDOER Jennifer Fenoglio, Montague County Treasurer, has collateralized the Demandant's land for the Bowie Independent School District for their extortion racket, for their fake tax lien, has waived any immunity she may have enjoyed, (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and is giving aid and comfort to the enemy in a time of war.

13)    WRONGDOER BOWIE INDEPENDENT SCHOOL DISTRICT is a District of Columbia corporation as evidenced by the fact that they use a ZIP Code and demand for Federal Reserve Notes, (securities) which are intended for use in

the District of Columbia ONLY, and have thereby waived any immunity they might have enjoyed, (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and are giving aid and comfort to the enemy in a time of war.

14)  WRONGDOERs Jacky Betts, Keith Richey, Kent Dosch, Lee Hughes, Jeff Jackson, Guy Green, Debbie Leonard, are the Board of Trustees for the District of Columbia corporation Bowie Independent School District who conspired with their BAR member buddies PURDUE BRANDON FIELDER COLLINS AND MOTT, LLP to engage in the theft of the Demandant's land demanding Federal Reserve Notes, (securities) and have thereby waived any immunity they might have enjoyed, (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and are giving aid and comfort to the enemy in a time of war.

15)  WRONGDOER BAR members Bill Pinkham, Blake Newton, Carter, G.A. Fidelie, Jr., Jeanmarie Baer, Justin Broom, Mollie Lerew, with PURDUE BRANDON FIELDER COLLINS AND MOTT, LLP conspired with these Bowie Independent School District Board of Trustees to make false statements, and engage in the theft of the Demandant's land engaging in Barratry by filing a lawsuit against the Demandant, demanding Federal Reserve Notes (securities) in the 97th District Court with their (bought and paid for) District of Columbia Clerks masquerading as Judges Jack McGaughey, and Patricia Coleman Byars and it was given case number 2022-0352M-CV, and have waived any immunity they may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and are giving aid and comfort to the enemy in a time of war.

16)  WRONGDOER BAR member Jeanmarie Baer made false testimony against the Demandant testifying that he was a minor estate, testifying that his land had been lawfully rendered for taxation, demanding Federal Reserve Notes (securities) testifying that the Demandant has appeared in their kangaroo court case, playing

stupid when she had been served with the Challenge to Jurisdiction that specifically denied any appearance, that the kangaroo court refused to accept, when she knew none of it was true, and her (bought and paid for) District of Columbia clerk Patricia Coleman Byars sat there and played stupid and accepted Baer's false testimony to sell the Demandant into slavery.

17)     WRONGDOERs Jack McGaughey, and Patricia Coleman Byars are fake Judges in their inferior 97th District Court, and Administrators, working for the Executive branch acting as accomplices to these BAR members and their Bowie Independent School District Board of Trustees thieves, and their County of Montague thieves, demanding Federal Reserve Notes (securities) who also put multiple addresses online and then refuse to accept service at some of the addresses, to obstruct the Demandant's Challenge to Jurisdiction, to make sure the Demandant gets denied due process of law in their District of Columbia kangaroo corporate so-called court, and have waived any immunity they may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and are giving aid and comfort to the enemy in a time of war.

18)     WRONGDOERS James Dan Fenoglio, Jim L. Keck, and Melodie Gillespie are on the Appraisal Review Board and they are sued because these County of Montague mafia cowards are hiding the name of the Chief Appraiser because the State of Texas General Real Property Rendition of Taxable Property Form 50-141 says their Chief Appraiser may render property "that is not mandated by the tax code" demanding Federal Reserve Notes (securities) as part of their extortion racket, thereby waiving any immunity they may have enjoyed(Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and are giving aid and comfort to the enemy in a time of war..

19)     WRONGDOERS Bret Meekins, David Fenoglio, Randy West, Kathryn

Phillips, and Trent Myers are on the Board of Directors for the Montague County Appraisal District and they are sued because these County of Montague mafia cowards are hiding the name of the Chief Appraiser because the State of Texas General Real Property Rendition of Taxable Property Form 50-141 says their Chief Appraiser may render property "that is not mandated by the tax code" demanding Federal Reserve Notes (securities), and they have waived any immunity they may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and are giving aid and comfort to the enemy in a time of war, as part of their extortion racket. A true copy  of the State of Texas General Real Property Rendition of Taxable Property Form 50-141 is attached hereto, all of which is  incorporated herein by reference in its entirety.

20)    WRONGDOERS David Fenoglio, James Dan Fenoglio, and Jennifer Fenoglio are all in the same family, so it seems this is a family extortion racket going on demanding Federal Reserve Notes (securities).

21)    WRONGDOERs Jack McGaughey, and Patricia Coleman Byars refused to issue Warrants as required by their Texas Code of Criminal Procedure, after 78 Criminal Complaints were filed into their administrative executive branch case, evidencing their intent to be principles and accomplices to the theft of the Demandants land, and are giving aid and comfort to the enemy in a time of war.

22)    WRONGDOER Robin Woods, the District Clerk, is denying the Demandant Due Process of law by failing to provide the orders issued by the (bought and paid for) District of Columbia Clerks masquerading as Judges McGaughey and Byars and then selling the same paperwork, demanding Federal Reserve Notes (securities) with the objective of denying the Demandant his right to appeal their void judgment, has waived any immunity she may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and is giving aid and comfort to

the enemy in a time of war.

23)     WRONGDOER Janet Yellen is in charge of the Treasury that is owned and operated by the International Monetary Fund, as an agency for the World Bank, for her bankster handlers, and the Demandant sent a Notice and Demand to Yellen demanding that the Minor Estate be dissolved and liquidated immediately but Yellen has demonstrated that she intends that the Demandant be enslaved for her thieving bankster buddies, demanding Federal Reserve Notes (securities) and she has waived any immunity she may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and she is giving aid and comfort to the enemy in a time of war.

24)     WRONGDOER BAR members are deemed to know the law and they each know exactly what they are doing,

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)*

and are all foreign agents of the Vatican who have failed to register themselves as such.

25)     WRONGDOER corporation PURDUE BRANDON FIELDER COLLINS AND MOTT, LLP is a District of Columbia corporation as evidenced by their use of a ZIP Code, and demand for Federal Reserve Notes, (securities) which are intended for use in the District of Columbia ONLY.

26)     WRONGDOER State BAR of Texas is a District of Columbia corporation as evidenced by their use of ZIP codes and Federal Reserve Notes, (securities) and their bonding their BAR members, which is part of bottomry laws, thereby waiving any immunity they may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)). BAR is an acronym for British Accredited Regency, because they are Regents under Martial Law for their Vatican handlers, because of the

Demand for Relief to the District of Columbia clerks selling their Justus,

bankruptcy (1932) and a subsidiary of the Texas BAR Foundation, which is a subsidiary of the National BAR Foundation in the District of Columbia, found in the Code of Law for the District of Columbia at Title 36 USC § 70501 to § 70512.

27)   WRONGDOER corporation COUNTY OF MONTAGUE is a District of Columbia corporation as evidenced by their use of a ZIP Code, and demand for Federal Reserve Notes, (securities) which are intended for use in the District of Columbia ONLY, thereby waiving any immunity they may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)).

28)   WRONGDOER Texas Department of Public Safety is a District of Columbia corporation as evidenced by their use of a ZIP Code, and demand for Federal Reserve Notes, (securities) which are intended for use in the District of Columbia ONLY, thereby waiving any immunity they may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)), and are giving aid and comfort to the enemy in a time of war.

29)   WRONGDOERs Chad Yarbrough, is the Special Agent in Charge of the Federal Bureau of Investigation at Dallas who refused to do anything about the 78 felony criminal complaints, of which he was sent a copy, and he has waived any immunity he may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and is giving aid and comfort to the enemy in a time of war.

30)   WRONGDOER Leigha Simonton is the US Attorney for the Northern District of Texas who refused to do anything about the 78 felony Criminal complaints, of which she was sent a copy, and has waived any immunity she may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and is giving aid and comfort to the enemy in a time of war.

31)   WRONGDOER Stephen McCraw is the Director of the Texas Department of Public Safety corporation who refused to do anything about the 78 criminal

complaints, of which he was sent a copy, and he has waived any immunity he may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and is giving aid and comfort to the enemy in a time if war.

32)   WRONGDOER Marshall Thomas is Montague County Sheriff and is selling the Demandant's land under instructions and in conspiracy with the rest of the WRONGDOERs named herein, demanding Federal Reserve Notes (securities) and is a coward because he thinks he can hide behind his office, and fail to put his name and contact information on his website, and he has waived any immunity he may have enjoyed (Clearfield Trust Company v United States, 318 U.S. 363 (1943)) and is giving aid and comfort to the enemy in a time of war.

33)   All WRONGDOERs have waived their immunity

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

*If government officials attempt to enforce an unconstitutional law, sovereign immunity does not prevent people whom the law harms from suing those officials in their individual capacity for injunctive relief. This is because they are not acting on behalf of the state in this situation. Ex parte Young, 209 U.S. 123 (Mar 23 1908)*

*Scheuer v Rhodes, 416 US 232 (1908) immunity of officers of executive branch of a state is not absolute. Since Ex parte Young, 209 U.S. 123 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.*

and are being sued in their private capacity ONLY, and if any government attorneys appear on behalf of any of these WRONGDOERs being sued in their private capacity, the Demandant will file felony mis-appropriation of public funds charges against them.

### THE FACTS

34)   All of the WRONGDOERs named herein are notified that if they want a piece of the Demandant all they need to do is name a date, time, and place and the Demandant will come armed and we can settle it for once and for all, but the

Demand for Relief to the District of Columbia clerks selling their Justus,
page 18

Demandant knows they will never take him up on that because they are cowards, as evidenced by their Minor Estate scam, and the first thing they do is make sure the Demandant is unarmed to make sure he is unable to defend himself, as evidenced by their metal detectors in their so-called court.

35)   We were attacked with a biological warfare agent in 2019-2020, and President Trump locked down Cheyenne mountain and other military installations and they remain locked down to this day, and certain elements of the military are on a wartime footing because we were attacked, and are at war, and all WRONGDOERs named herein are giving aid and comfort to the enemy in a time of war, and the Demandant believes that officers of this District of Columbia corporate so-called court are also giving aid and comfort to the enemy, and the Demandant is building a case for the War Crimes tribunals that are currently under way.

36)   Two Communists in the 1960's, Cloward and Pivens, outlined their strategy to overthrow our Constitution and seize control of the government, with a three step strategy;

   a) Create a "deep state" to take reprisals against Americans, and

   b) Open the borders and allow millions of foreigners into the country, and

   c) Spend money like mad to destroy the dollar.

37)   Any foreign agents of the Vatican / BAR members that appear are hereby given notice that any statements you make need to be supported by evidence, or the Demandant will file BAR grievances for making false testimony in Court.

38)   The Demandant fails to be a martial law Fourteenth Amendment citizen and it is impossible for the Demandant to be a US citizen because he failed to be born or naturalized as required by your martial law Fourteenth Amendment.

39)   NAZI Klaus Schwab and his communist organization World Economic

Forum has famously said that "you will own nothing and be happy" and these County of Montague mafia thieves and their BAR member mafia handlers are giving aid and comfort to the communist enemy in a time of war by engaging in the theft of the Demandant's land, in support of Schwab's agenda, by assaulting the Demandant with their District of Columbia commerce clause dictatorship, as described herein, which is TREASON.

40)    The Cloward Pivens strategy is being implemented because the borders are open and millions of foreigners are entering the country, Congress is spending money with no limit, and WRONGDOER Stephen McCraw and his Texas Department of Public Safety buddies, and his US Department of Homeland Security buddies, and their five eyes alliance communist buddies are engaging in War Crimes against the Demandant, together with these County of Montague mafia thieves in support of Klaus Schwab.

41)    On the 21st day of September, 2021, The Demandant converted silver to land, and brought forward all of the rights and privileges of the original land patent, as evidenced by the Grant Deed and Bill of Exchange that is recorded as Instrument No. 2105169, which was filed on 29 September 2021, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety.

42)    When these County of Montague thieves started sending their threats through the mail, of the theft of the Demandant's land on or about 13 June 2022, the Demandant served them a Notice and Demand by Registered Mail RE 332 991 424 US to Kathryn Phillips, by Registered Mail RE 332 991 438 US to Clay V Riddle, by Registered Mail RE 332 991 441 US to Kim Jones, and by Registered Mail RE 332 991 455 US to Jennifer Fenoglio, explaining the felonies they were engaged in, and demanding to see a bona fide contract by which the Demandant

had agreed to their theft, and their involuntary servitude, and they failed to produce a contract, or even respond, a true copy of which together with proof of service, is attached hereto, all of which is incorporated herein by reference in its entirety.

43)     On 27 January, 2023, wrongdoers filed a lawsuit with their (bought and paid for) clerk masquerading as a Judge Jack McGaughey in the 97th District Court and it was given case number 2022-0352M-CV

44)     Demandant filed a Challenge to Standing, a Notice of Default, and a Final Notice of Default, and WRONGDOERS failed to respond, a true copy of a Demand to Dismiss because of their failure to respond, is attached hereto, all of which is incorporated herein by reference in its entirety.

45)     Demandant filed a Petition for a Writ of Mandamus to the Second Court of Appeals and Debra Spisak, the Clerk, refused to accept it because the Demandant was listed as a vexatious litigant because of all of the cases that the Demandant had filed without paying for the extortion, in this District of Columbia corporate so-called court. Spisak made sure and sent her BAR member mafia buddies copies of her denial of due process of law, essentially telling them that they could go ahead and railroad the Demandant in their kangaroo court, because the Second Court of Appeals and any Texas so-called court would NOT interfere, a true copy of three Spisak letters evidencing the denials of due process of law, are attached hereto, all of each of which are incorporated herein by reference in their entirety.

46)     The Demandant has lots of first hand knowledge of how the BAAL priests / bought and paid for clerks masquerading as Judges in this District of Columbia corporate so-called court, in this case are so excited that the Demandant was denied due process of law by their Texas BAR members buddies, for failing to pay their extortion, so now they will get their extortion!!! Debra Spisak, Thomas Lowe, Stephen Lund, Keith Ogle can all rest easy knowing dinner is on the federal clerks

masquerading as Judges. Ruth's Criss Steakhouse anyone? A true copy of Thomas Lowes vexatious litigant order is attached hereto, all of which is incorporated herein by reference in its entirety

47)    WRONGDOERs Jack McGaughey, was removed for failing to issue Warrants for the 78 criminal complaints that were filed into the court, and Patricia Coleman Byars was assigned the case and also refused to issue the Warrants, and Byars held a show trial and sold the Demandant into slavery for his land, as collateral for Yellen's satanic Minor Estate, in conspiracy with these Perdue Brandon Fielder Collins & Mott, LLP BAR mafia named herein, a true copy of the Demand to Disqualify the Judge is attached hereto, all of which is incorporated herein by reference in its entirety.

48)    On or about 11 December, 2023, Demandant filed a Challenge to Jurisdiction to the address they had on their website and they refused to get it from the Post Office and it was returned, a true copy of the envelope, showing unclaimed, and a true copy of the 97th District Court website showing the address the envelope was mailed to, are attached hereto, all of each of which are incorporated herein by reference in their entirety.

49)    Around the end of August, WRONGDOER Thomas sent the Demandant a letter stating that he would sell the Demandants land on 1 October 2024, pursuant to Byars void judgment, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety.

50)    WRONGDOER Thomas knows the Demandant has a right to resist his slavery, and an unlawful arrest of his property with lethal force if necessary, and he is hoping the Demandant exercises his right to resist their theft of the Demandant's land so they will have an excuse to murder the Demandant, so they can pillage the fake money from the Treasury Direct Account (31 CFR 363.6) under the <u>Hague</u>

Demand for Relief to the District of Columbia clerks selling their Justus,

Convention Concerning the International Administration of the Estates of
Deceased Persons, concluded 2 October 1973, and if the Demandant does turn up
dead, this is his deathbed testimony.

51) Nathan Hecht is the Chief Judge of the Supreme Court of Texas that is
required to regulate the State BAR of Texas, and the Demandant has filed dozens
of BAR grievances against these BAR thieves, (called it an inquiry and dismissed
under their Rule 2.10A – Felonies are OK with these BAR scum) as well as
Hindering Prosecution felony charges against Hecht, and every other member of
the Supreme Court of Texas, and they absolutely refuse to do anything about these
BAR members, or their judicial whores, and their false statements, and their
barratry, and they are giving aid and comfort to the enemy in a time of war.

52) State BAR of Texas appoints two members to the State Commission on
Judicial Conduct, absolutely refuses to do anything about their BAR members that
give false testimony against the Demandant calling the Demandant one of their US
citizen slaves, so they can justify enslaving the Demandant, under the commerce
clause, just like these BAR members in conspiracy with these County of Montague
thieves are doing right now.

53) These Satanic BAR members named herein have no trouble perjuring their
oaths by bringing the District of Columbia outside "a maximum of ten miles
square" in violation of Article 1, Section 8, Clause 17, and the bought and paid for
clerks / BAAL priests in this District of Columbia corporate so-called court love it
because it brings them so much business.

54) Supreme Court of Texas is required to provide training for all Judges in
Texas, and they appoint six of thirteen members of the State Commission on
Judicial Conduct who are also Judges and BAR members, and by their failure to
regulate their subordinates, they are giving aid and comfort to the enemy in a time

of war.

## THE LAW

55)    The Texas Tax Code requires "cash or its equivalent" for their taxes, which

means Federal Reserve Notes

*(7)  "Market value" means the price at which a property would transfer for cash or its equivalent under prevailing market conditions if:*
*(A)  exposed for sale in the open market with a reasonable time for the seller to find a purchaser;*
*(B)  both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and*
*(C)  both the seller and purchaser seek to maximize their gains and neither is in a position to take advantage of the exigencies of the other. Section 1.04, Definitions, Texas Tax Code*

*(a)  If the income method of appraisal is the most appropriate method to use to determine the market value of real property, the chief appraiser shall:*
*(1)  analyze comparable rental data available to the chief appraiser or the potential earnings capacity of the property, or both, to estimate the gross income potential of the property;*
*(2)  analyze comparable operating expense data available to the chief appraiser to estimate the operating expenses of the property;*
*(3)  analyze comparable data available to the chief appraiser to estimate rates of capitalization or rates of discount;  and*
*(4)  base projections of future rent or income potential and expenses on reasonably clear and appropriate evidence.*
*(b)  In developing income and expense statements and cash-flow projections, the chief appraiser shall consider:*
*(1)  historical information and trends;*
*(2)  current supply and demand factors affecting those trends;  and*
*(3)  anticipated events such as competition from other similar properties under construction. Sec. 23.012.  Income Method of Appraisal. Texas Tax Code*

and as explained in the Demandants Notice and Demand that was served on

WRONGDOERS, taxable land is land used for the production of Income, or

controls or manages as a fiduciary

*"RENDITION GENERALLY.  (a)  Except as provided by Chapter 24, a person shall render for taxation all tangible personal property used for the production of income that the person owns or that the person manages and controls as a fiduciary on January 1." Section 22.01 Texas Tax Code [emphasis added]*

which means the Demandants land fails to qualify for rendition, as explained in the

Notice and Demand, that was served on the WRONGDOERS, because "income" is

Demand for Relief to the District of Columbia clerks selling their Justus,

page 24

corporate profits

*"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital -- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...." Eisner v Macomber, 252 U.S. 189 [emphasis in the original]*

and the face of the Grant Deed and Bill of Exchange shows the Demandant is "a Texas National who fails to be a cestui que trust/US citizen" and the Demandant converted silver coin to land, on the Bill of Exchange, which means it was a contract because there are two signatures, and no privileges were accepted

*"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All strangers are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." Carlisle v United States 83 U.S. 147, 154 (1873)*

like the privilege of discharging debt with limited liability with Federal Reserve Notes

*"There is a distinction between a debt discharged and one paid. When discharged, the debt still exists, though divested of its character as a legal obligation during the operation of the discharge." Stanek v. White (1927), 172 Minn. 390, 215 N.W. 781.*

but this County of Montague have demonstrated their intent to interfere with a private contract in violation of Article 1, Section 10, Clause 1

*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

56)    The Minor Estate was created by the Vatican by the Cestui Que Vie Act of 1666,

Demand for Relief to the District of Columbia clerks selling their Justus,

*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added];*

and was brought into America with the Code of Law for the District of Columbia,

at 31 Stat 1432, where it says;

*"The Legal Estate to be in Cestui Que Use"*

which is talking about land titles, and a "use" is short for usufruct under Roman

Law, which is a type of a trust, and a US citizen (minor estate entity) is a tax payer.

*. . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction .   .  In Re Bolens (1912), 135 N.W. 164*

*A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. Congressional Record, June 13 1967, pp. 15641-15646*

and some satanic sorcerers peddling pharmaceuticals (the Greek derivative of the

word sorcerery is pharmakeus) in a hospital, (a satanic religious order)

*MEASON-DUE, in Fr. Maison de Dieu, Domul Dei.] A house of God, a monastery, religious house, or hospital; the word is mentioned in 39 Eliz. c. 5. See Hospital. Tomlins Law Dictionary 1835 Edition Volume 2*

*HOSPITALLERS, Hospitalarii. Were the knights of a religious order, so called because they built an hospital at Jerusalem, wherein pilgrims were received. Tomlins Law Dictionary, 1835 Edition, Volume 1*

*CONTRA FORMAM COLLATIONIS. A writ that lay where a man had given lands in perpetual alms to any lay houses of religion, as to an abbot and convent, or to the warden or master of any hospital and his convent, to find certain poor men with necessaries, and do divine service, &c. If they aliened the land, to the disherison of the house and church, then the donor or his heirs should bring this writ to recover the lands. It was had against the abbot or his successor, not*

*against the alienee, though he were tenant of the land; and was founded upon the stat. of Westm.*
*2. c. 1. Reg. Orig. 238: F. N. B.21O. Tomlins Law Dictionary, 1835 Edition, Volume 1*

created some securities when the Demandant was born, as evidenced by the Birth

Certificate, although the Birth Certificate itself fails to be a security, according to

Yellen's website

*"(h) DEFINITION's. .... "(4) SECURITY.-The term 'security' means any bond, debenture, note,*
*or certificate or other evidence of indebtedness, issued by a corporation or a government or*
*political subdivision thereof, with interest coupons or in registered form, share of stock, voting*
*trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt*
*for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of*
*the foregoing: negotiable instrument: or money." Federal Tax Lien Act of 1966 at Public Law*
*89-719 at 80 Stat. 1130-1131*

and deposited them into a Treasury Direct Account in conspiracy with

WRONGDOER Janet Yellen and her predecessors under their Minor Estate entity

GLENN WINNINGHAM FEARN, putting the Demandant into bondage, and

enslaving the Demandant, as collateral for their Minor Estate, as described in 31

CFR 363.6,

*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole*
*proprietorship, partnership, corporation, limited liability company or professional limited*
*liability company, trust, the estate of a decedent, or the estate of a living person such as an*
*incompetent or a minor.*
*Minor means an individual under the age of 18 years. The term minor is also used to refer to an*
*individual who has attained the age of 18 years but has not yet taken control of the securities*
*contained in his or her minor account. 31 CFR 363.6*

and that these County of Montague, and Bowie Independent School District mafia

are assaulting the Demandant with to put the Demandant under the Commerce

Clause (Article 1, Section 8, Clause 3), so they can justify bringing the District of

Columbia outside (a maximum of ten miles square) in violation of Article 1,

Section 8, Clause 17, because none of them have any intention of honoring their

oaths of office.

57)    All regulations, including 31 CFR 363.6, are for property of the United

States

*"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;…." Article IV, Section 3, Clause 2, Constitution for the United States of America*

and a slave is owned and therefore property, and a US citizen is a business entity

*(e) DEFINITIONS.-As used in this section-*
*(1) the term "United States business" means-*
*(A) a United States citizen;*
*(B) a corporation, partnership, or other association created under the laws of the United States or of any State (including the District of Columbia or any commonwealth, territory, or possession of the United States); or*
*(C) a foreign corporation, partnership, or other association, more than 95 percent of which is owned by persons described in subparagraphs (A) and (B);*
*102 Stat. 1344 Public Law 100-418 Aug 23, 1988*

and includes the Minor Estate, and is further evidence they are using the commerce clause to bring the District of Columbia outside "not exceeding ten miles square" in violation of Article 1, Section 8, Clause 17.

*"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

58)   The Minor Estate, and the Texas Tax Code is a Bill of Pains and Penalties, which is similar to a Bill of Attainder and is unconstitutional

*"Bill of Attainder" means Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v. Lovett,    328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252*

*"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 496*

*"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are*

*included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

a) The 97th District Court might be a superior court of general jurisdiction

under some circumstances

*"A court of general jurisdiction is <u>presumed</u> to be acting within its jurisdiction <u>till the contrary is shown</u>." Brown, Jur Section 202; Wright v. Douglas, 10 Barb. (N.Y.) 97; Town of Huntington v. Town of Charlotte, 15 Vt. 46.*

b) but when a superior court of general jurisdiction undertakes anything that is

in derogation of common law, it becomes *quod hoc* an inferior court of limited

jurisdiction, and the Texas Tax Code has absolutely nothing to do with common

law

*When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption, applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103.*

*"...it is familiar law that when special statutory <u>authority in derogation of common law is</u> conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

c) therefore it was actually an administrative hearing, for the Texas Tax Code

*"A ministerial act is an act that a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" (Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512)*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administrating or enforcing statutes <u>do not act judicially</u>, but merely ministerially....but <u>merely act as an extension as an agent for the involved agency</u> -- but only*

Demand for Relief to the District of Columbia clerks selling their Justus,
page 29

*in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..."K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

d)  which is actually an executive agency working for the executive branch

*"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of or pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary 45 (6th Edition 1990) (emphasis added) Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is common to use the two words in tandem. See e.g. Point Props, Inc.,v Anderson 584 So 2d 1332, 1338 (Ala 1991)*

e)  which means Patricia Coleman Byars failed to be a Judge, for that proceeding, but was actually a (bought and paid for) Clerk masquerading as a Judge and she cannot do anything judicial

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers <u>are necessarily nullities</u>" Burns v. Sup., Ct., SF, 140 Cal. 1*

*"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948*

f)  which means it is a Bill of Pains and Penalties in violation of the Supreme Law of the land Article I, Section 9, Clause 3, and Article 10, Clause 1, because there was no Judge as defined by Article III of the Constitution, but ONLY an Administrator working for the Executive Branch was there

*No Bill of Attainder or ex post facto Law shall be passed. Article I, Section 9, Clause 3*

g)  notwithstanding any State Constitution or law under Article VI, Clause 2

*This Constitution, and the Laws of the United States which shall be made in Pursuance*

Demand for Relief to the District of Columbia clerks selling their Justus, page 30

*thereof; and all Treaties made, or which shall be made, under the Authority of the United States, <u>shall be the supreme Law of the Land</u>; and the Judges in every State shall be bound thereby, <u>any Thing in the Constitution or Laws of any State to the Contrary notwithstanding</u>.*

h) When the founders were talking about Bills of Attainders in the Constitution, and non-judicial trials, they were talking about Article III Judges, and an executive administrator fails to be an Article III Judge and recently the Supreme Court even said that ONLY an Article III Judge can do anything affecting life liberty or property

*Justice THOMAS, concurring:...J. Mascott, Constitutionally Conforming Agency Adjudication, 2 Loyola U. Chi. J. Reg. Compliance 22, 45 (2017) (Mascott) ("Cases involving ... deprivations or transfers of life, liberty, or property constitute a `core' of cases that ... must be resolved by Article III courts—("not executive administrators dressed up as courts"). Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023)*

i) which has been previously affirmed in numerous cases

*"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and <u>Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it."</u> American Ins. Co. v. Canter, 1 Pet. 511. P. 578." Williams v United States 289 U.S. 553 (1933)*

*"To be that <u>statutes</u> which would deprive a citizen of the <u>rights</u> of person or property without a regular trial, according to the course and usage of <u>common law</u>, would not be the law of the land."  (<u>Jury</u>) Hoke vs Henderson, 15, N.C. 15, 25 AN Dec 677.*

j) and the Montague County Sheriff under instructions from this County of Montague mafia has notified the Demandant they are selling the Demandants land to satisfy their color of law tax lien.

59)    Patricia Coleman Byars, the (bought and paid for) Clerk masquerading as a Judge refused to do her ministerial duty to issue Warrants for the seventy-eight criminal complaints that the Demandant filed into the case, which was her ministerial duty under Texas Code of Criminal Procedure Article 15.09

a) which means she was operating in her private capacity and is personally liable in her private capacity, just like Jack McGaughey is personally liable in his private capacity, for all the same reasons,

Demand for Relief to the District of Columbia clerks selling their Justus,
page 31

b) and it was a sham legal proceeding and they were simulating a legal process in violation of Texas Penal Code 32.48, and their BAR member buddies, named herein initiated it, and are participating with them in it,

c) and Byars and McGaughey's BAR member buddies are under the supervision and control of the State BAR of Texas and the Supreme Court of Texas, of which Nathan Hecht is Chief Judge.

d) and Byars and McGaughey are under the control and supervision of the State Commission of Judicial Conduct, and the Attorney General of Texas, Ken Paxton, and the Supreme Court of Texas indirectly through the State Commission on Judicial Conduct, and the Committee on the Judiciary of the Texas House of Representatives – all BAR mafia.

## SUMMARY

60)    These Bowie Independent School District mafia WRONGDOERS, and their Montague County Appraisal District mafia WRONGDOER accomplices and their BAR member mafia WRONGDOER accomplices, and their (bought and paid for) 97th District Court mafia WRONGDOER accomplices are nothing but a gang of District of Columbia corporate thieves who think they can hide behind their District of Columbia corporations, and pillage anything they want, getting rich off the backs of ordinary people, extorting fake money (securities) and stealing their land, and the State Commission on Judicial Conduct and the State BAR of Texas are their accomplices, and encouraging it, under the supervision of Ken Paxton and Nathan Hecht.

61)    The Demandant had previously named the Supreme Court of Texas and the State Commission on Judicial Conduct, Paxton, and Hecht, but was thinning it down because the BAR member BAAL priests in this District of Columbia so-

called Court love to find some excuse to dismiss the case.

<div align="center">RELIEF REQUIRED</div>

62)    The Demandant requires a Declaratory Judgment, that Byars void judgment be Declared Void and an absolute nullity, and that the Demandant's land be returned immediately!!!!!!!!!

63)    The Demandant requires that Chad Yarbrough be ordered to do his duty to arrest all of the Montague County mafia WRONGDOER thieves and Leigha Simonton be ordered to do her duty to prosecute them for their felonies, especially the (bought and paid for) clerks selling their justus, and the BAR member conspirators, that sold the Demandant into slavery, some of which, but not all, is described in the seventy-eight criminal complaints.

64)    The Demandant requires the bonds of all BAR members, named herein, not a penny more, and not a penny less, and their BAR card revoked, because all BAR members are deemed to know the law, therefore, it was deliberate, calculated and malicious.

65)    The Demandant requires one billion dollars in lawful money pursuant to the Coinage Act of 1792, one troy ounce silver eagle coins, with a face value of one dollar each, or as a less desirable alternative, its equivalent in fake money, as required by the common law court Affidavit of Fact, and Judgment GWF-24-003, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety.

66)    The Demandant requires the Minor Estate be dissolved and liquidated YESTERDAY, not today, **YESTERDAY!!!!!!!!!!!!!!!!!** and the Demandant does NOT care what they do with the fake money in the Treasury Direct Account, and wants NOTHING to do with it – they can put it up their rectal orifice!

Demand for Relief to the District of Columbia clerks selling their Justus,
<div align="center">page 33</div>

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural man living in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this ___twelfth___ day of September in the year, two thousand and twenty-four.

_____ L. S.

glenn winningham; house of fearn, sui juris, a man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

FILED FOR RECORD
KIM JONES - COUNTY CLERK

MONTAGUE COUNTY, TEXAS

## INST NO: 2105169

FILED ON: SEPTEMBER 29, 2021 AT 03:48pm

THIS INSTRUMENT CONTAINED 2 PAGES AT FILING



THE STATE OF TEXAS COUNTY OF MONTAGUE
I hereby certify that this instrument was filed on the date and
time stamped hereon and recorded in the instrument of
named record of Montague County, and stamped hereon by
me.
DATE: SEPTEMBER 29, 2021
KIM JONES, COUNTY CLERK

Instrument # **2105169** , _____ Pages

OPR RECORDS

2105169

When recorded mail to:
General Post Office, ZIP Code EXEMPT
glenn winningham; house of fearn
C/O 6340 Lake Worth Boulevard #437
Fort Worth, Texas [RR 76271]
Non-Domestic Mail, Without the United states

# GRANT DEED and BILL OF EXCHANGE

Texas American Holdings, a trust
3210 Brown Trail
Bedford, Texas [RR 76021]
the **GRANTOR,** upon receipt of twenty-five each united States of America, silver eagle one troy ounce pure silver coins, each of which has a face value of one dollar, for a total value of twenty-five dollars in lawful money, as payment in full, does hereby convey, grant, and exchange to;

glenn winningham; house of fearn, a man on the soil of Texas, holder of the office of "the people", a Texas National who fails to be a cestui que trust/US citizen
the **GRANTEE**
full title, legal, and equitable, to the following described real property situated on the land of Montague County, on the land of Texas;
**All of Lots 5, 6, 8, and 9, Block 14, Unit 3, Frontier Shores Lake Estates,**
**together with all of the rights and privileges associated with the original Land Patent Survey #547**
**granted to W Marlett, all of which is incorporated herein by reference in its entirety;**

GRANTOR
By _____
Joseph Diruzzo, Trustee
TEXAS AMERICAN HOLDINGS

### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

As a Notary Public, I hereby certify that <u>Joseph Diruzzo,</u> who is known to me, appeared before me and executed the foregoing **GRANT DEED and BILL OF EXCHANGE,** on this _____ day of September, in the year two thousand and twenty-one.

_____
Notary Public

GAYLE DEAN PULLIAM
Notary ID #131856133
My Commission Expires
January 15, 2023

GRANTEE Accepted
By _____
glenn winningham; house of fearn, sui juris
a living man on the soil of Texas
Texas National who fails to be a US citizen / cestui que trust

### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

As a Notary Public, I hereby certify that <u>glenn winningham; house of fearn,</u> who is known to me, appeared before me and accepted the foregoing **GRANT DEED and BILL OF EXCHANGE,** on this _____ day of September, in the year two thousand and twenty-one.

_____
Notary Public

GAYLE DEAN PULLIAM
Notary ID #131856133
My Commission Expires
January 15, 2023

GRANT DEED and BILL OF EXCHANGE Page 1 of 1

# In the Name of the State of Texas.

No. 256

## To all to whom these Presents shall come, know ye,

I, _R. B. Hubbard_ **Governor** of the State aforesaid, by virtue of the power vested in me by Law, and in accordance with the Laws of said State; in such case made and provided, do, by these presents, Grant to _William Marlett_ _His_ heirs or assigns, Forever, _One Hundred and Sixty (160) Acres_ of Land, situated and described as follows:

In Montague County, on the waters of "Big Sandy" a tributary of Trinity River, about 18 miles S. 4 th. from Montague, by virtue of his affidavit made before the Clerk of the County Court for Montague County, January 10 th. 1877. under An Act for the benefit of actual occupants of the Public Lands "Approved May 26 th. 1873. and amended August 19 th. 1876.

Beginning at S. E. cor. of a Sur. of 160 acres. for James N. Green. a large hackberry brs. N. 12 W. 10 vrs, Thence N. with S. B. line of same 950 vrs, to its S. W. cor. Thence S. 450 vrs. N. W. Cor. 160 acres. for R. J. Sandefer Thence S. with N. B. Line of same 950 vrs. to N. E. cor. Thence N. with N. B Line of C. Marletts 160 acre Sur. 180 vrs, its N. W. cor. Thence S. 428 vrs. Big Sandy at 471 vrs. a pile of stone, a P.O. brs. N. 46 W. 1 3/4 vrs. D.B. brs. S. 8 E. 6 1/2 vrs. Thence S. 1010 vrs. a pile of stone, a P.O. brs. S. 21 1/2 E. 6 1/2 vrs. a Do vrs. N. 21 1/2 W. 6 vrs, Thence N. 280 vrs, Big Sandy "at 471 vrs, a stake in small Prairie on S. B. line of aforesaid James N. Green's Sur. Thence S. 700 vrs. to beginning —  Bearings mkd X

File 652
Fannin

Hereby relinquishing to _Him_ the said _William Marlett_ and _His_ heirs or assigns Forever, all the right and title in and to said Land, heretofore held and possessed by the said State, and I do hereby issue this Letter Patent for the same.

In Testimony Whereof, I have caused the Seal of the State to be affixed, as well as the Seal of the General Land Office.

Done at the City of Austin, on the _Thirtieth_ day of _January_ in the year of our Lord one thousand eight hundred and _Seventy Seven_

Commissioner of the Gl. Land Office.

Governor, _R. B. Hubbard_



# General Real Property Rendition of Taxable Property

**CONFIDENTIAL**

Property Tax
**Form 50-141**

Appraisal District's Name

Phone *(area code and number)*

Address, City, State, ZIP Code

This form is for use in rendering for taxation real property that you own or manage and control as a fiduciary on January 1 of the year for which the property is rendered. Unless required by the Tax Code or the chief appraiser of your county appraisal district, <u>rendering such property is optional. The chief appraiser may require rendition that is not mandated by the Tax Code.</u> If you do render, you must use this form or a form approved by the Comptroller containing information which is in substantial compliance with this form and you must deliver the form to the chief appraiser after January 1 and not later than April 15. On written request by the property owner, the chief appraiser shall extend a deadline for filing a rendition statement or property report to May 15. The chief appraiser may further extend the deadline an additional 15 days upon good cause shown in writing by the property owner.

<u>If you have previously filed a rendition form and it remains an accurate rendition of your property for this year, you may check the box below and sign this form.</u>

Appraisal District's Property Identification Number *(if known)*

Tax Year

Property Owner's Name

Present Mailing Address

City, State, ZIP Code

Phone *(area code and number) (optional)*

Property Address

City, State, ZIP Code

Type of Ownership:

☐ Individual   ☐ Partnership   ☐ Corporation   ☐ Trust   ☐ Other (describe): _____

**Building:** List and describe all buildings.

**Other Improvements:** List and describe all improvements other than buildings *(e.g. swimming pool, paved parking lot.).*

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**www.window.state.tx.us/taxinfo/proptax**
50-141 • 04-12/8



**Property Tax**
**Form 50-141**

## General Real Property Rendition of Taxable Property

| Land: Legal Description | Lot Size or Number of Acres | Property Owner's Estimate of Total Market Value *(optional)** |
|---|---|---|
| | | |
| | | |
| | | |

*NOTE:  Although rendering a value is not required, such action entitles the property owner to be notified if an appraised value greater than the rendered value is to be submitted to the appraisal review board. Property owners may protest appraised values before the appraisal review board. (Section 25.19, Tax Code)

Please indicate if you are filling out this form as: ☐ Authorized Agent   ☐ In a Fiduciary Capacity

Name of Authorized Agent or Fiduciary, if applicable

Present Mailing Address

City, State, ZIP Code                                                    Phone *(area code and number) (optional)*

☐ By checking this box, I affirm that the information contained in my most recent rendition statement filed for a prior tax year (this rendition was filed for

the _____ tax year), continues to be complete and accurate for the current tax year.

Are you the property owner, an employee of the property owner, or an employee of a property owner on behalf of an affiliated entity of the property owner? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

This form must be signed and dated. By signing this document, you attest that the information contained on it is true and correct to the best of your knowledge and belief.

If you checked "Yes" above, sign and date on the first signature line below. No notarization is required.

**sign here ▶** _____   Date _____

If you checked "No" above, you must complete the following:

I swear that the information provided on this form is true and correct to the best of my knowledge and belief.

**sign here ▶** _____   Date _____

Subscribed and sworn before me this _____ day of _____ , 20 _____ .

Notary Public, State of Texas

Section 22.26 of the Tax Code states:
  *(a) Each rendition statement or property report required or authorized by this chapter must be signed by an individual who is required to file the statement or report.*
  *(b) When a corporation is required to file a statement or report, an officer of the corporation or an employee or agent who has been designated in writing by the board of directors or by an authorized officer to sign in behalf of the corporation must sign the statement or report.*

**If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Section 37.10, Penal Code.**



**PERDUE BRANDON**
**FIELDER COLLINS & MOTT LLP**
*ATTORNEYS AT LAW*

P. O. BOX 8188
WICHITA FALLS, TX 76307
Tel: (940) 851-9500
Fax: (940) 723-8553
www.pbfcm.com

#BWBBCKK   1857  1 AB 0.491***AUTO**ALL FOR AADC 760 AADC 2 FT 9
#T/0120/0014277/2#
·ƖⁱⁱƖⁱƖⁱⁱ···ⁱⁱƖƖƖⁱⁱƖⁱⁱƖⁱⁱƖⁱⁱƖⁱⁱ·ⁱƖⁱƖⁱⁱƖⁱⁱⁱⁱⁱƖⁱⁱⁱⁱ·ⁱⁱƖⁱƖⁱ
WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135-3602

9/16/2022

ID# T/0120/0014277/

## FINAL NOTICE BEFORE SUIT

Despite our previous notices to you, the taxes shown on the reverse side of this notice remain unpaid.

I have recommended to my client that a lawsuit be filed against you seeking foreclosure of the tax lien for the amount shown on the Tax Statement. When suit is filed, additional expenses will accrue and will be added to the amount you now owe.

Only payment **IN FULL** or **entering into a written payment agreement** can eliminate the necessity for the lawsuit and its additional costs.

*If these taxes have been paid since September 9th, please disregard this notice.*

Sincerely,
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.

COLLECTION DEPARTMENT

*\*SEE REVERSE SIDE FOR TAX DETAIL\**
*(Remove this portion and return it with your payment in the envelope provided)*

| **Property Accounts** |
| --- |
| 52018-0003-0014-0008 |

T/0120/0014277/
WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135

*MAKE PAYMENT TO:*

Apply to Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Accounts

**TOTAL IF PAID BY: 9/30/2022**
**PAYMENT DUE:   $219.80**

MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251



(940) 894-2081

## Delinquent Tax Statement

| TAX OFFICE | TAXPAYER - T/0120/0014277/ |
|---|---|

MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251

WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135

(940) 894-2081

*(**IF YOU NEED A MORE DETAILED STATEMENT, PLEASE CONTACT OUR COLLECTION DEPARTMENT AT (940) 851-9500.)*

| Property Description | Entities |
|---|---|
| Account:52018-0003-0014-0008 CPC: R000024906 - LOTS 8-9, BLK 14, UNIT 3, FRONTIER SHORES ACRES:0.000 | BOWIE INDEPENDENT SCHOOL DISTRICT |

### Taxes Due

| Tax Year | Base Tax Amt | Penalties+Int | Total |
|---|---|---|---|
| 2020 | $73.37 | $42.85 | $116.22 |
| 2021 | $71.93 | $31.65 | $103.58 |

| Total if paid by | | 9/30/2022 | $219.80 |
|---|---|---|---|

*If the amounts included in this notice are part of an active bankruptcy, please disregard this notice and contact our office at (940) 851-9500.*

MAKE SURE CHECK/MONEY ORDER IS PAYABLE TO THE TAX OFFICE LISTED ABOVE.
MAKE SURE THE TAX OFFICE ADDRESS IS SHOWING IN THE RETURN ENVELOPE WINDOW.
HAVE YOU MOVED?        NEW ADDRESS _____

_____

_____

PURSUANT TO SECTION 33.045 OF THE TEXAS PROPERTY TAX CODE, IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.



**PERDUE BRANDON**
**FIELDERCOLLINS&MOTT LLP**

*ATTORNEYS AT LAW*

P. O. BOX 8188
WICHITA FALLS, TX 76307
Tel: (940) 851-9500
Fax: (940) 723-8553
www.pbfcm.com

#BWBBCKK    1858  1 AB 0.491***AUTO**ALL FOR AADC 760 AADC 2 PT 9
#T/0120/0030562/2#
||l||··ll|l|··ll|ll||l|l|··l·l|l|l||ll|lll||l|l||·||l·l|l|l||l·|l||l|l|l|
WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135-3602

9/16/2022

ID# T/0120/0030562/

## FINAL NOTICE BEFORE SUIT

Despite our previous notices to you, the taxes shown on the reverse side of this notice remain unpaid.

I have recommended to my client that a lawsuit be filed against you seeking foreclosure of the tax lien for the amount shown on the Tax Statement. When suit is filed, additional expenses will accrue and will be added to the amount you now owe.

Only payment **IN FULL** or **entering into a written payment agreement** can eliminate the necessity for the lawsuit and its additional costs.

*If these taxes have been paid since September 9th, please disregard this notice.*

Sincerely,
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.

COLLECTION DEPARTMENT

*\*SEE REVERSE SIDE FOR TAX DETAIL\**

*(Remove this portion and return it with your payment in the envelope provided)*

| **Property Accounts** |
|---|
| 52018-0003-0014-0005 |

T/0120/0030562/
WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135-3602

Apply to Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Accounts

**TOTAL IF PAID BY: 9/30/2022**
**PAYMENT DUE:     $34.35**

*MAKE PAYMENT TO:*

MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251



(940) 894-2081

# Delinquent Tax Statement

| TAX OFFICE | | TAXPAYER ~ T/0120/0030562/ |
|---|---|---|

MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251

WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135-3602

(940) 894-2081

*(\*\*IF YOU NEED A MORE DETAILED STATEMENT, PLEASE CONTACT OUR COLLECTION DEPARTMENT AT (940) 851-9500.)*

| Property Description | Entities |
|---|---|
| Account:52018-0003-0014-0005 CPC: R000024459 - LOTS 5-6 BLK 14, UNIT 3, FRONTIER SHORES ACRES:0.000 | BOWIE INDEPENDENT SCHOOL DISTRICT |

| | Taxes Due | | |
|---|---|---|---|
| Tax Year | Base Tax Amt | Penalties+Int | Total |
| 2020 | $11.46 | $6.70 | $18.16 |
| 2021 | $11.24 | $4.95 | $16.19 |
| **Total if paid by** | | **9/30/2022** | **$34.35** |

*If the amounts included in this notice are part of an active bankruptcy, please disregard this notice and contact our office at (940) 851-9500.*

MAKE SURE CHECK/MONEY ORDER IS PAYABLE TO THE TAX OFFICE LISTED ABOVE.
MAKE SURE THE TAX OFFICE ADDRESS IS SHOWING IN THE RETURN ENVELOPE WINDOW.
HAVE YOU MOVED?        NEW ADDRESS _____

_____

_____

PURSUANT TO SECTION 33.045 OF THE TEXAS PROPERTY TAX CODE, IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Title Holder: Glenn Winningham, house of Fearn                          Kathryn Phillips, private (wo)man, Notice and Demand 061022

From:
General Post Office, ZIP Code Exempt
[glenn winningham; house of fearn]
C/O 6340 Lake Worth Boulevard #437
Fort Worth, Texas
Non-Domestic Mail, Without United States

**By Registered Mail RE 332 991 424 US**
Original To:
Kathryn Phillips, the private (wo)man acting as
Montague County Tax Assessor Collector
Post Office Box 8
Montague, Texas 76251

**By Registered Mail RE 332 991 438 US**
Copy To:
Clay V Riddle, the private man acting as
Montague County Attorney
Post Office Box 336
Montague, Texas 76251

**By Registered Mail RE 332 991 441 US**
Copy To:
Kim Jones, the private (wo)man acting as
Montague County Clerk
Post Office Box 77
Montague, Texas 76251

**By Registered Mail RE 332 991 455 US**
Copy To:
Jennifer Fenoglio, private (wo)man acting as
Montague County Treasurer
Post Office Box 186
Montague, Texas 76251

### Notice and Demand

### Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.

i, me, my, myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O General Post Office, ZIP CODE EXEMPT, glenn winningham; house of fearn, C/O 6340 Lake Worth Boulevard, #437, Fort Worth, Texas, Non-Domestic Mail, Without the United states, do hereby **notice** you of the following:

One.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that i accept your Oath of office.

Two.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that if you think or assume that you are representing me, the heir of God (Genesis 1:26), you are **fired**!

Four.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths,

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

that neither you, nor any other man or woman, nor any person, is competent in dealing with any of my affairs.

Five.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that i am competent for dealing in all of my affairs.

Six.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that any communication with me, by you, your successors, or your subordinates shall be signed "under the penalty of perjury".

Seven.     You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that pursuant to 18 USC § 1342, My proper name is glenn winningham; house of fearn and My proper postal address is;
**General Post Office, ZIP Code Exempt**
**C/O 6340 Lake Worth Boulevard, #437**
**Fort Worth, Texas**
**Non-Domestic Mail, Without the United States**
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and in the event your mail is not shown **exactly** like this, in any communication with me, it is further agreed by you, your subordinates, and your successors, that you **intend** to engage in **mail fraud**.

Eight.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that your Roman Cult Cestui que Trust WINNNGAM GLENN, is a dead thing, and any attempt to communicate with your Roman Cult Cestui Que Trust is fraud and you are actually communicating with me and I would be required to file mail fraud charges, pursuant to 18 USC § 1342, and use this as evidence that it was intentional.

Nine.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, i am a Texas National, and a peaceful inhabitant of the land known as Texas.

Ten.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, somebody in Kim Jones office, or your office have engaged in multiple felonies, including but not limited to all of the felonies described herein by Criminally converting my appellation into WINNINGHAM GLENN which is designed to engage in the theft of my land, threaten me, injure me, coerce me, and intimidate me in the free exercise of my rights, under the color of law, and other crimes.

Eleven.     You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are presumed to know the law;

Page 2 (plus attachments)                              Kathryn Phillips, private (wo)man, Notice and Demand 061022
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.------------------------------------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
                                                                                                              With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

*"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [\*300] that* [HN9] *the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited." 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

Twelve.      You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that because of the Maxim of Law *ejusdem generis*, in definition sections of statutes the entities listed are all the same kind of entities,
*"EJUSDEM GENERIS. Of the same kind, class, or nature. In the construction of laws, wills, and other instruments, the "ejusdem generis rule" is, that where general words follow an enumeration of persons or things, by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to persons or things of the same general kind or class as those specifically mentioned. Black, Interp. of Laws, 141; Goldsmith v. U. S., C.C.A.N.Y., 42 F.2d 133, 137; Aleksich v. Industrial Accident Fund, 116 Mont. 69, 151 P.2d 1016, 1021." Black's Law Dictionary 4th Edition, Page 608, Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.*

*"EJUSDEM GENERIS [Latin "of the same kind or class"] A canon of construction that when a general word or phrase follows a list of specifics, the general word or phrase will be interpreted to include only items of the same type as those listed. • For example, in the phrase horses, cattle, sheep, pigs, goats, or any other farm animal, the general language or any other farm animal — despite its seeming breadth — would probably be held to include only four-legged, hoofed mammals typically found on farms, and thus would exclude chickens. — Cf. EXPRESSIO UNIUS EST EXCLUSIO ALTERIUS; NOSCITUR A SOCIIS; RULE OF RANK." Black's Law Dictionary 8th Edition page 1568*

Thirteen.      You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that i do not have any firsthand knowledge of being born, and anything else about any birth is hearsay, and inadmissible as evidence in any court, but i can tell you that i do remember finishing high school in the year 1975, (over 40 years ago) therefore i am well past the age of majority.

Fourteen.      You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that I do NOT exist by your permission, or anyone else's permission
*"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission." McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819). [emphasis added]*

Fifteen.      You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that a "person" is a fictitious entity, as found in the Texas Government Code,
*""Person" includes corporation, organization, government or governmental subdivision or agency, business trust, estate, trust, partnership, association, and any other legal entity." Texas Government Code 311.005 (2)*

and an "individual" as found in the Texas Business and Commerce Code is a 15 USC § 44 unincorporated corporation (*cestui que* trust);
*(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, any other legal or commercial entity, or a particular series of a for-profit entity. Texas Business and Commerce Code, Title 1, Chapter 1, Section 1.201 General Definitions*

*""Corporation" shall be deemed to include any company, trust, so-called Massachusetts trust, or association, incorporated or unincorporated, which is organized to carry on business for its own profit or that of its members, and has shares of capital or capital stock or certificates of interest, and any company, trust, so-called Massachusetts trust, or association, incorporated or unincorporated, without shares of capital or capital stock or certificates of interest, except partnerships, which is organized to carry on business for its own profit or that of its members." 15 USC 44 Definitions*

Sixteen.     You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that i have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Seventeen.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that those public servants who perjure their oaths, cease to represent the government, waive any immunity, are presumed to know the law, are in fact a color of law enforcement agent.
*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.*

*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that HN9 the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

Eighteen.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that a Taxpayer is a "person" as found in
*"In this title: (8) "Taxpayer" means a person liable for a tax, fee, assessment, or other amount imposed by a statute or under the authority of a statutory function administered by the comptroller." Texas Tax Code Sec. 101.003 DEFINITIONS*

Nineteen.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that the Act of Congress, that precipitated all of this, Chap XLV, approved August 5, 1861 at 12 Stat. 292 and there is a commission paid for every dollar collected at 12 Stat. 308, which evidences your extortion motivation

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

*Sec. 48. And be it further enacted, That there shall be allowed to the collectors appointed under this act, <u>in full compensation for their services and that of their deputies in carrying this act into effect, a commission of four per centum upon the first hundred thousand dollars, one per centum upon the second one hundred thousand dollars, and one-half of one per centum upon all sums above two hundred thousand dollars;</u> such commissions to be computed upon the amounts by them respectively paid. 12 Stat. 308 (1861)*

Twenty.        You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are required to have an Oath of Office
*Sec. 11. And be it further enacted, That each of the assessors….. and each assessor and assistant assessor so appointed, and so accepting the appointment, shall, before he enters on the duties of his appointment, take and subscribe, before some competent magistrate, or some collector, to be appointed by this act, (who is hereby empowered to administer the same,) the following oath or affirmation, to wit : <u>"I, A. B, do swear, or affirm, (as the case may be,) that I will, to the best of my knowledge, skill, and judgment, diligently and faithfully execute the office and duties of assessor for, (naming the assessment district,) without favor or partiality, and that I will do equal right and justice in every case in which I shall act as assessor."</u> 12 Stat. 296-297*

with the pains and penalties of perjury of oath
*Sec. 47. And be it farther enacted, That any person who shall be convicted of wilfully taking a false oath or affirmation in any of the cases in which an oath or affirmation is required to be taken by this act, shall be liable to the pains and penalties to which persons are liable for wilful and corrupt perjury, and shall, moreover, forfeit the sum of five hundred dollars.12 Stat. 308*

Twenty-one.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that the Constitution for the United States of America is the Supreme Law of the land
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

Twenty-two.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that Article 1, Section 10, Clause 1 of the Constitution requires that ONLY gold or silver coin be used as a tender in the payment of a debt
*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; <u>make any Thing but gold and silver Coin a Tender in Payment of Debts;</u> pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. Constitution for the United States of America, Article 1, Section 10, Clause 1 [emphasis added]*

Twenty-three.        You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you may NOT ask for gold or silver coin because it is NOT in general circulation and has not been since 1964 and you can ONLY accept Federal Reserve Notes or their equivalent
*(7) <u>"Market value" means the price at which a property would transfer for cash or its equivalent</u> under prevailing market conditions if:*
*exposed for sale in the open market with a reasonable time for the seller to find a purchaser; both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and both the seller and purchaser seek to maximize their gains and neither is in a position to take advantage of the exigencies of the other. Texas Tax Code Section 1.04 Definitions [emphasis added]*

Page 5 (plus attachments)                                        Kathryn Phillips, private (wo)man, Notice and Demand 061022
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
                                                                                                           With the Copy-Claim

Twenty-four. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that under the Gold Reserve Act of 1934, Federal Reserve Notes are for use in the District of Columbia ONLY
*SEC. 15. As used in this Act the term "United States" means the Government of the United States; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents . ... Gold Reserve Act of 1934, 48 Stat. 344*

and a "person" is ONLY a fictitious entity.

Twenty-five. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that Federal Reserve Notes are forced loans / military scrip / fake money
*"The forced loans of 1862 and 1863, in the form of legal tender notes, were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432.*

Twenty-six. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that ad valorem taxes are prohibited in Texas and the tax in question is an ad valorem tax
*STATE AD VALOREM TAXES PROHIBITED. No State ad valorem taxes shall be levied upon any property within this State. Texas Constitution, Article 8, Section 1-e*

*Twenty-seven.* You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that property "used for the production of income" can be taxed
*"RENDITION GENERALLY. (a) Except as provided by Chapter 24, a person shall render for taxation all tangible personal property used for the production of income that the person owns or that the person manages and controls as a fiduciary on January 1." Section 22.01 Texas Tax Code [emphasis added]*

or property that a "person...manages or controls as a fiduciary" for a cestui que trust may also be rendered for taxation, but i have failed to render my land for taxation, since it fails to apply to me, but I am lead to believe someone in your office did render my land without authority
*(E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction In Re Bolens (1912), 135 N.W. 164.*

*A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. Congressional Record, June 13 1967, pp. 15641-15646*

Twenty-eight. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that the Supreme Court of the United States has defined "income" as corporate profits
*"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital*

Title Holder: Glenn Winningham. house of Fearn          Kathryn Phillips, private (wo)man, Notice and Demand 061022

*-- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...." Eisner v Macomber, 252 U.S. 189 [emphasis in the original]*

therefore, income is always denominated in Federal Reserve Notes or their equivalent.

Twenty-nine. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that it is impossible to "pay" anything with a Federal Reserve Note / military scrip / forced loan / fake money but instead they discharge debt with limited liability
*"There is a distinction between a debt discharged and one paid. When discharged, the debt still exists, though divested of its character as a legal obligation during the operation of the discharge." Stanek v. White (1927), 172 Minn. 390, 215 N.W. 781.*

Thirty. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, are hereby NOTICED that i have recently converted some silver to land as a man and a Texas national who fails to be a US citizen / cestui que trust as found in the face of the Grant Deed and Bill of Exchange, which is incorporated herein by reference in its entirety, and it was recorded with the Montague County Clerk as Instrument Number 2105169 on 29 September 2021, and you are required to know that "twenty-five each united States of America, silver eagle one troy ounce pure silver coins, each of which has a face value of one dollar, for a total value of twenty-five dollars in lawful money, as payment in full" was used to "pay" for this land as evidenced by the face of the GRANT DEED AND BILL OF EXCHANGE and you are required to know that I am a "man" as evidenced by the face of the GRANT DEED AND BILL OF EXCHANGE.

Thirty-one.     You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, are hereby NOTICED that you are required to know that all corporations are DEAD and corporations have no rights except what are granted by statute, but I have unlimited rights
*"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people." U.S. v. Morris, 125 F 322, 325.*

*"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others." In Re Newman (1858), 9 C. 502.*

and you are required to know that I was granted all of the rights and privileges, as a man, of the original land patent, which was granted "Survey #547, granted to W Marlett, his heirs or assigns forever" and I am an assign, and there are no reservations for taxes, and it is impossible for me to be a fiduciary for your satanic Roman Cult cestui que trust, or anything else, because I am NOT a "person".

Thirty-two.     You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that by demanding Federal Reserve Notes you are bringing District of Columbia territorial codes on the land

of Texas in violation of Article 1, Section 8, Clause 17 of the Constitution of the United States of America

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America [emphasis added]*

which is evidence that you intend to perjure your oath of office in violation of Texas Penal Code 37.02 Perjury

*Sec. 37.02. PERJURY. (a) A person commits an offense if, with intent to deceive and with knowledge of the statement's meaning:*
*(1) he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath; or*
*(2) he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.*
*(b) An offense under this section is a Class A misdemeanor.*

Thirty-three. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that because you are dealing with Federal Reserve Notes, you have waived any sovereignty you may have enjoyed and you have also waived any immunities you may have enjoyed

*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

Thirty-four. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are failing to provide me with a Republican Form of Government as required to the Supreme Law of the Land

*"The United States shall guarantee to every State in this Union a Republican Form of Government, ...." Constitution for the United States of America, Aricle IV, Section 4*

which is evidence of another perjury of Oath.

Thirty-five. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you and your subordinates, have subjected me under the color of your codes, rules and regulations to the deprivation of my land, in violation of 18 USC § 242, which says;

*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; ........."*

which originated with the Act of Congress, Chap XLV, approved August 5, 1861 at 12 Stat. 307

Seal


This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim