

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| glenn winningham; house of fearn | ] | Case # 4-24-CV-881-O |
| Demandant | ] | |
| VS | ] | |
| | ] | |
| Kathryn Phillips, et al, | ] | **ORIGINAL** |
| WRONGDOERS | ] | |

## Motion to Strike

1. Demandant moves the Court to strike the Attorney General's Motion to Dismiss for failure to have standing, and the reasons found in the Brief attached hereto.

2. The Demandant notified all of the Wrongdoers named herein that all of the individual Wrongdoers were being sued in their private capacity ONLY, and neither Paxton, nor any of his Assistants are involved in this matter, therefore they fail to have standing.

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural man living in the republic, one of the *Posterity*, found in the preamble, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the

Brief in Opposition to the Texas Attorney General Motion to Dismiss

1. As correctly pointed out in the recent Order, Rule 4 (c)(2) says that one does not

   need to be a process server to effect service, because it can be <u>anyone</u> over the

   age of 18 years who fails to be a party

   > *(2) By Whom. <u>Any person who is at least 18 years old and not a party may serve a</u>*
   > <u>*summons and complaint.*</u>

   and an Act of Congress says that Registered Mail receipt of service is prima

   facia evidence of delivery

   > <u>An Act to Amend the Laws relating to the Post-Office Department</u> approved
   > March 8, 1863 it says;
   > *Sec. 32. And be it further enacted, That, for the greater security of valuable letters posted
   > for transmission in the mails of the United States, the Postmaster-General is authorized
   > to establish a uniform plan for the registration of such letters on application of parties
   > posting the same, and to require the payment of the postage, as well as a registration fee
   > not exceeding twenty cents, on every such letter or packet, to be accounted for by
   > postmasters receiving the same in such manner as the Postmaster-General shall direct :
   > Provided however, That such registration shall not be compulsory, and it shall not render
   > the Post-Office Department or its revenue liable for the loss of such letters or packets, or
   > the contents thereof; and provision shall be made by regulation for a return receipt to the
   > writer, showing to whom and when such registered letter was delivered, <u>which receipt</u>*
   > <u>*shall be received in the courts as prima facie evidence of such delivery.*</u> *12 Stat. 705*

   Registered Mail is treated entirely different from Certified Mail.

   Registered Mail is kept under lock and key and the Post Office keeps a chain of

   custody, and there are special packaging requirements to show evidence of any

   tampering, if any, and none of that happens with Certified Mail.

   The <u>Summons</u> and <u>Demand for Relief</u> was delivered by a postal worker, who

   fails to be a party in this matter.

2. Having said that, there is a valid defect because the Demandant packaged the

Registered Mail and took it to the Post Office, himself, and to properly provide

Registered Mail service, it should have been packaged and taken to the Post

Office by somebody else (over the age of 18 years old), not a party, with the

Restricted Delivery option, and an Affidavit of Service provided by them, and

improper service is a denial of due process of law.

3. If there is any place where one will get denied *Due Process of Law*, it in these

   Texas so-called Courts, and one of the main complaints in this action is the

   denials of due process of law by the (bought and paid for) BAR member whores

   selling their Justus in the Texas so-called Courts, and it would be hypocritical of

   the Demandant to complain about due process of law violations, and then

   proceed to deny due process of law himself, therefore the Demandant is grateful

   to Paxton and his Assistants for pointing out this defect and therefore, will NOT

   proceed with the Criminal Complaints for misappropriation of Public Funds,

   and other remedies, talked about in the First Amended Demand for Relief, as

   long as Paxton and his Assistants repent of their error of representing McCraw

   when he is being sued in his private capacity ONLY.

4. To correct the defect, the Demandant has sent a Waiver of Summons pursuant to

   Rule 4, well within the time period allowed by the Rules, and if necessary will

   effect service pursuant to the rules within the time allowed.

Signed and sealed in red ink on the land, under penalties with perjury (28 USC

2

1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural man living in

the republic, one of the *Posterity*, found in the preamble, do declare that I have

scribed and read the foregoing facts, and in accordance with my best firsthand

knowledge, such are true, correct, complete and not misleading, the truth, the

whole truth and nothing but the truth, before God, Angels, and everybody who

reads this document as witnesses, and pursuant to your rules of evidence.

Dated this _____ day of October in the year, two thousand and twenty-

four.

_____ **L. S.**
glenn winningham; house of fearn, sui juris, a man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

3

## Certificate of Service

i, me, my, or myself, also known as glenn winningham; house of fearn, a man, living soul, a free inhabitant of the soil of Texas, without the corporation United States, do hereby certify that i am not a US (District of Columbia) citizen, 14th amendment citizen of the United States (District of Columbia) corporation, or other fictitious entity, and i am not a surety or accommodation party for any entity, and i filed the original and a copy of the <u>Motion to Strike and a Brief in Opposition to Texas Attorney General Motion to Dismiss, and a proposed ORDER,</u> and an original of this <u>Certificate of Service,</u> on this day with the court and served on each of the respondents listed below, one each copy of; an <u>Motion to Strike and a Brief in Opposition to Texas Attorney General Motion to Dismiss, and a proposed ORDER</u> and a copy of this <u>Certificate of Service,</u> on this day, in a sealed envelope to:

Christopher Lee Lindsey
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

I declare under penalty of perjury (28 USC § 1746(1)) under the laws of the United States of America that the foregoing is true and correct, and without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this _____ day of October in the year two thousand and twenty-four.

_____
glenn winningham; house of fearn, sui juris, a man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
Fort Worth Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| glenn winningham; house of fearn | ] <u>Case # 4-24-CV-881-O-BP</u> |
| Demandant | ] |
| VS | ] |
| | ] |
| Kathryn Phillips, et al, | ] |
| WRONGDOERS | ] |

Order

The Court directs the Clerk to STRIKE the Texas Department of Public Safety and Stephen McCraw Motion to Dismiss ECF No 10.

It is so ORDERED on the _____ day of _____, 2024

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE