IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GLENN WINNINGHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-0881-O-BP |
| | § | |
| **KATHRYN PHILLIPS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is a Motion to Dismiss filed by Marshall Thomas on January 28, 2025. ECF No. 97. Plaintiff shall file his response to the Motion (ECF Nos. 97) **on or before February 18, 2025**. By that date, Plaintiff shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically (1) Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules. The Court cautions Plaintiff that failure to file a response by the deadline may result in a ruling on the Motion without a response.

It is so **ORDERED** on January 29, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE