# ORIGINAL



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| We the People | ] | |
| glenn winningham; house of fearn | ] | Case # 4-24-CV-881-O |
| Demandants | ] | |
| VS | ] | |
| Kathryn Phillips, et al, | ] | |
| WRONGDOERS | ] | |

### Notice of Objection to the Magistrate Judge's Findings, Conclusions, and Recommendation, and Motion to Reconsider

COMES NOW Demandants objecting to the Finding, Conclusion, and Recommendation for the reasons in the Brief attached.

### REQUIREMENT

Demandant moves this court to reconsider their Findings and Conclusions.

Respectfully Submitted

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural man living in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this _____ day of February in the year, two thousand and twenty-five.

_____ L. S.
glenn winningham; house of fearn, sui juris, a man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Cell Phone 817-915-4213
*The Demandant does not answer unknown phone calls – send a text first

## Certificate of Service

i, do hereby certify that i filed the original and a copy of the <u>Notice of Objection to the Magistrate Judges Findings, Conclusions and Recommendations, and Motion to Reconsider, and a proposed ORDER</u>, and an original of this <u>Certificate of Service</u>, on this day with the court and served on each of the respondents listed below, one each copy of; an <u>Notice of Objection to the Magistrate Judges Findings, Conclusions and Recommendations, and Motion to Reconsider, and a proposed ORDER</u> and a copy of this <u>Certificate of Service</u>, on this day, in a sealed envelope to:

Christopher Lee Lindsey
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Scot M Graydon
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Amanda M Kates,
Assistant Disciplinary Counsel
State BAR of Texas
Post Office Box 12487, Capitol Station
Austin, Texas 78711-2487

Tami C Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882

David B. Tabor, Attorney
PERDUE BRANDON FIELDER
COLLINS & MOTT, LLP
1919 South Shiloh Road, Ste. 640
Garland, Texas 75042

Alysia Cordova, Attorney
PERDUE BRANDON FIELDER
COLLINS & MOTT, LLP
6900 I-40 West, Ste. 300
Amarillo, Texas 79106

Jonathon Ellzey
320 E Third Street
Burkburnett, Texas 76354

I declare under penalty of perjury (28 USC § 1746(1)) under the laws of the United States of America that the foregoing is true and correct, and without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this _____ 19th _____ day of January in the year two thousand and twenty-five.

_____

glenn winningham; house of fearn, sui juris, a man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
Fort Worth Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Phone 817-915-4213
*Text first - no voicemail and do NOT answer unknown phone calls

Notice of Objection to the Finding, Conclusion, and Recommendation and Motion to Reconsider
page 2

## BRIEF IN OBJECTION TO THE FINDINGS OF FACT AND CONCLUSIONS OF LAW OF THE MAGISTRATE AND MOTION TO RECONSIDER

### Table of Contents

Table of Contents ................................................................................................ 1

Authorities ........................................................................................................... 2

    Cases ................................................................................................................. 2

    Statutes ............................................................................................................ 3

    Constitutional Authorities ............................................................................ 4

    Regulations ..................................................................................................... 5

    Other Authorities .......................................................................................... 5

Byars Fake Judgment ........................................................................................ 5

Denials of Due Process of Law ....................................................................... 6

Bill of Pains and Penalties ................................................................................ 7

Preamble Posterity ............................................................................................ 8

BAR Member Emerging Dictatorship ........................................................... 11

BAR Member Insurrectionists ........................................................................ 12

Common Law Requirement ............................................................................. 13

Act of Congress Precipitated This .................................................................. 17

Texas Codes = Commerce Clause ONLY ...................................................... 18

Minor Estate Created by Fraud and Deception ........................................... 23

No Article III Court Allowed ........................................................................... 24

Color of Law ....................................................................................................... 24

Constitutional and Natural Law Premises .................................................... 25

The Texas Statutory Framework .......................................................................... 25

Saying it Another Way ...................................................................................... 26

SUMMARY ....................................................................................................... 28

REQUIREMENT ............................................................................................... 29

APPENDIX ........................................................................................................ 30

## Authorities

Cases

30 Cal 596; ..............................................................................................................8
167 Cal 762.............................................................................................................8
Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188.................................................24
Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) ...............................................24
Balzac v People of Puerto Rico, 258 U.S. 298............................................... 17
Bank of Jonesboro v. Wilson, 43 Ga. App. 839, 160 S.E. 653 (1931)...............................22
Bell v. Hood, 71 F.Supp., 813, 816 (1947) ..................................................15
Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94..........................................5
Burns v. Sup., Ct., SF, 140 Cal. 1...............................................................8
Camara v. Municipal Court of City and County of San Francisco, 387 U.S. 523 (1967) ..........6
Carlisle v United States 83 U.S. 147, 154 (1873) ..............................................11
Chisholm v Georgia 2 U.S. 419 (1793) at p 449 .................................................17
Chisholm v Georgia, 2 Dal. 419 at p 455 .......................................................11
Chisholm v Georgia, 2 Dal. 419 at p 456........................................................11
Commonwealth Ex Rel. Hancock V. Paxton, KY, 516 S. W. 2D. PG 867...........................13
Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958)...........................................5, 17
Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; ....................................................7
Faretta v. California, 422 U.S. 806, 821 ..........................................................6
Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083......................................10
F.R.C. v. G.E., 281, U.S. 464 .....................................................................8
Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; ...................................7
Gunn v Howell, 27 Ala 663 62 Am Dec. 785; .....................................................7
Hale v Henkel 201 U.S. 43 (1906)...........................................................12, 14
Hancock V. Terry Elkhorn Mining Co., Inc., KY., 503 S.W. 2D 710 ..............................13
In re McCowan (1917), 177 C. 93, 170 P. 1100.................................................24
Keller v. P.E., 261 US 428.........................................................................8
Kawananakoa v. Polyblank, 205 US 349, 353, 27 S.Ct. 526, 527, 51 L.Ed. 834 (1907)...........10
Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)..........................10
Martin v Martin, 173 Ala 106, 55 So. 632; ........................................................7
McCulloch v. Maryland 17 U.S. 316 .......................................................9, 10, 20
Montello Salt v. Utah 221 US 455 .................................................................18

National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948) .......................................................22, 24
Owens v Independence 100 S.C.T. 1398 ........................................................................5
Penhallow v Doanes Administrators, S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57;)......................14
Point Props, Inc.,v Andersob 584 So 2d 1332, 1338 (Ala 1991).................................7, 8
Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931)...............12, 20
Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50........................7
Sligh v. Whitley, 41 Ga. App. 428, 153 S.E. 237 (1930)............................................23
Spooner v. McConnell, 22 F 939 @ 943 .......................................................................10
Strauss v. Strauss, 3 So. 2nd 772 at 728 (1941) .......................................................16
State v. Chase, 175 Minn, 259, 220 N.W. 951, 953 ...................................................17
State v Mobile G. R. Co. 108 Ala 29, 18 So. 801 ........................................................7
State v. Simmon, 2 Spears 761, at 767 (1884)..........................................................17
Taylor v. Porter, 4 Hill, 140, at 146 (1843)................................................................16
Thompson v. Smith, 154 S.E. 579, 583 ........................................................................8
Transdyn Cresci JV v. City & County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512.......................................................................................................7
Truett v Woodham, 98 Ala. 604, 13 So. 519...............................................................7
Twining v. New Jersey, 211 U.S. 97, 1908 .................................................................10
U.S. v. Bevans, 16 U.S. 336, 3 Wheat, at 350, 351 (1818). ........................................20
United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492..........8
United States v. Lovett,   328 U.S. 303, 315,  66 S.Ct.  1073, 1079, 90 L.Ed. 1252 ...............8
Williams v United States 289 U.S. 553 (1933)
Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146........................................................24
World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980)...................................6
Wyly v. Collins, 9 Ga. 223, at 237 (1851) .................................................................17

Statutes
1 Stat. 77,.......................................................................................................14
1 Stat. 77, Section 9(a)...........................................................................8, 12, 16
1 Stat. 122 Authentications Act.......................................................................5, 6
12 Stat. 292.................................................................................18, 21, 23
12 Stat. 296, Sec. 9, 10...................................................................................18
12 Stat. 297, Sec. 11, 12, 13.............................................................................18
12 Stat. 300, Sec. 25.......................................................................................18
12 Stat. 303, Sec. 33.......................................................................................18
12 Stat. 307, Sec. 43.......................................................................................18
12 Stat. 308, Sec. 47, 48...................................................................................18
31 Stat. 1189 Code of Law for the District of Columbia.........................................24
31 Stat. 1432.................................................................................................24
36 Stat. 1611, Sec. 256 Part (3).................................................................8, 12, 16
48 Stat. 344 Gold Reserve Act of 1934................................................................16
96 Stat. 1211, Public Law 97-280......................................................................17
An Act defining what money and property is subject to taxation or exemption, and the mode of listing the same. on August 21, 1876, Section 1..................................................21
An Act defining what money and property is subject to taxation or exemption, and the mode of listing the same. on August 21, 1876, Section 4..................................................21

Texas Civil and Practice Code. Section 5.001 Rule of Decision.......................................20
Texas Code of Criminal Procedure Article 2.132 Law Enforcement Policy.........................19
Texas Code of Criminal Procedure Article 15.06.......................................................19
Texas Code of Criminal Procedure Article 18.01 Search Warrant ...................................20
Texas Code of Criminal Procedure Article 54.02 Repealing Clause ................................20
Texas Government Code Section 30.00006 Judge.......................................................19
Texas Government Code Section 41.103 Assistant Prosecuting Attorneys .........................19
Texas Government Code Section 54A.003 Qualifications..............................................19
Texas Government code Section 62.0131 Form of Written Jury Summons ........................19
Texas Government Code Section 82.004 Board Duties.................................................19
Texas Human Resources Code Sect 201.004 Interagency & Intergov't Cooperation..............20
Texas Tax Code Section 11.01.............................................................................25
Texas Tax Code Section 11.12.................................................................25, 26, 28
Texas Tax Code Section 11.43.................................................................27, 28
Texas Tax Code Section 151.004 ........................................................................18
The 1946 Administrative Procedures Act, ..............................................................15
Title 5 USC § 559............................................................................................15
Title 12 USC § 411..........................................................................................16
Title 18 USC § 2.............................................................................................21
Title 18 USC § 3.............................................................................................21
Title 28 USC § 1331 Federal Question....................................................................17
Title 28 USC § 1746(1).....................................................................................29

## Constitutional Authorities

Articles of Confederation..................................................................................15
Article 1, Section 1.........................................................................................13
Article 1, Section 8, Clause 3.....................................................11, 14, 17, 18, 22
Article 1, Section 8, Clause 9.............................................................................14
Article 1, Section 8, Clause 17.....................................................11, 16, 17, 22
Article 1, Section 8, Clause 18............................................................................16
Article IV, Section 2, Clause 1............................................................................15
Article IV, Section 3, Clause 2.....................................................10, 12, 18, 28, 29
Article IV, Section 4........................................................................................17, 28
Article VI, Clause 1.........................................................................................15
Article VI, Clause 2.........................................................................................10, 17
Article V in Amendment....................................................................................26, 27
Article VII in Amendment..................................................................................14
Article IX in Amendment..................................................................................24, 26, 27
Article X in Amendment...................................................................................24, 26, 27
Article XI in Amendment..................................................................................17, 28
Declaration of Independence, 1776........................................................................11
Fourteenth Amendment, Section 3.........................................................................13
Northwest Ordinance Section 14...........................................................................15
Northwest Ordinance Article 2.............................................................................15
Preamble......................................................................................................9
Texas Constitution, Article 2, Sec.1, Separation of Powers.........................................21

## Regulations

31 CFR 363.6..................................................................................21, 22
HJR 183 dated May 3, 1940 at 54 Stat. 178.........................................10, 11

## Other Authorities

21 CJS Section 2 Courts.......................................................................7
20 American Jurisprudence Section 103 Courts............................................7
Black's Law Dictionary, 5th Edition, on page 240.....................................24
Black's Law Dictionary 6th Edition, page 763...........................................18
Black's Law Dictionary, 8th Edition, page 496 .......................................8, 9
Black's Law Dictionary, 8th Edition, page 499 .......................................8, 9
Black's Law Dictionary 8th Edition, page 2495 ..........................................22
Black's Law Dictionary, 9th Edition, page 1273.........................................22
Bouvier's Law Dictionary 1856 Edition,...................................................9
Bouvier's Law Dictionary 1856 Edition, page 768.........................................9
Corpus Juris Secundum, Exec & Administrators Sect 16 Jurisdictional Requisites, page 713....22
Corpus Juris Secundum, Exec & Administrators Sect 16 Jurisdictional Requisites, page 714....23
K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)...................................8
Legal Information Institute ...............................................................22
Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain .............23

COMES NOW Demandants Noticing the Court of Objections to the Magistrate Judge's

Findings, Conclusions, and Recommendations and moving the court to reconsider,

> *"An officer who acts in violation of the* Constitution *ceases to represent the government".*
> *Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

> *"Officers of the court have no immunity, when violating a constitutional right, for they are*
> *deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)*

> *"No state legislator or executive or judicial officer <u>can war against the Constitution without</u>*
> *<u>violating his undertaking to support it."</u> The constitutional theory is that we the people are*
> *the sovereigns, <u>the state and federal officials only our</u> agents." Cooper v. Aaron, 358 U.S. 1,*
> *78 S.Ct. 1401 (1958). [emphasis added]*

### Byars Fake Judgment

1.    The Demandant filed this action as a collateral attack because of Byar's fake judgment

that fails to have a Court seal on it as required by the *Authentications Act, 1 Stat. 122*, therefore it

fails to be a Court and is evidence that Byars was acting in her private capacity ONLY, on hire

for her BAR buddies, under color of law, a true copy of which is attached hereto in the Appendix

at pages 48 through page 50, all of which is incorporated herein by reference in its entirety.

2.    Byars 97th District Court of Texas might have had jurisdiction, but lost subject matter

jurisdiction through denials of due process of law

> *"...that a court's jurisdiction, though existent at the beginning of a proceeding, may be "lost" in*
> *the course of the proceedings by deprivation of constitutional rights and, thereafter, the court "no*

*longer has jurisdiction to proceed." Camara v. Municipal Court of City and County of San Francisco, 387 U.S. 523 (1967) See also United States v. Augenblick, 393 U.S. 348, 89 S.Ct. 528, 21 L.Ed.2d 537 (1969).*

*A judgment rendered in violation of due process is void in the rendering State and is not entitled to full faith and credit elsewhere. Pennoyer v. Neff, 95 U. S. 714, 95 U. S. 732-733 (1878). Due process requires that the defendant be given adequate notice of the suit, Mullane v. Central Hanover Trust Co., 339 U. S. 306, 339 U. S. 313-314 (1950), and be subject to the personal jurisdiction of the court, International Shoe Co. v. Washington, 326 U. S. 310 (1945). World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980)*

## Denials of Due Process of Law

3.      Byars fake Court Clerk Robin Woods, refused the Demandant's filings, as evidenced by the "unclaimed" returned Certified Mail <u>7018 0040 0000 6092 1501</u> which contained a Challenge to Jurisdiction, as evidenced by the image of the "unclaimed" envelope, the Challenge to Jurisdiction Certificate of Service, and the website, true copies of each of which are attached hereto in the Appendix at pages 51 through 71, all of which is incorporated herein by reference in its entirety.

4.      Byars held a Star Chamber so-called Court with her forced BAR member counsel

> *"The corrupt Star Chamber Courts of England <u>required defendants to have counsel</u>. Star Chamber stood for swiftness and arbitrary power, [Admiralty Maritime Law] <u>it was a limitation on the common law</u>." Faretta v. California, 422 U.S. 806, 821 [Emphasis added]*

as evidenced by the letter from Byars BAR buddy, Jonathon Ellezy, a true copy of which is attached hereto at page 73 all of which is incorporated herein by reference in its entirety, and the fact that Byars forced the Demandant to pay for it, a true copy of Byars fake order with no Court Seal on it, as required by the *Authentications Act, 1 Stat. 122,* which is attached hereto at page 74, all of which is incorporated herein by reference in its entirety.

5.      Robin Woods failed to provide the Demandant with a copy of any Judgments or Orders in an effort to deny the Demandant his right to Appeal.

6.      It appears that the fake Court Clerk Robin Woods sent an unsigned document with no Court Seal entitled NOTICE OF COURT ORDER peddling their documents, a true copy of which is attached to the Appendix at page 72, all of which is incorporated herein by reference in its entirety, and the Demandant was expecting a copy of any Judgment, and thought it failed to affect him, therefore Woods operated to deny the Demandant his right to appeal, and in support of her *targetedjustice.com* website

7.      All of which is evidence that Byars so-called court was a non-judicial proceeding working for the Legislature under executive authority, under her *targetedjustice.com* website

which means the judgment is a Bill of Pains and Penalties.

## Bill of Pains and Penalties

8.    A court can be a court of general jurisdiction for some purposes and a court of limited jurisdiction for other purposes. When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2.

a.    Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption, applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 American Jurisprudence 2d. Courts § 103.

> *"...it is familiar law that when special statutory authority in derogation of common law is conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

b.    A ministerial duty is one which is required by statute.

> *"A ministerial act is an act that a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512*

> *"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of or pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary45 (6th Edition 1990) (emphasis added) Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is common to use the two words in tandem. See e.g. Point Props, Inc.,v Andersob 584 So 1332, 1338 (Ala 1991)*

c.    Statutes (maritime code) require administrative hearings

> *""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administering or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

d.  Ministerial Officers are incompetent to receive judicial authority

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

e.  The County of Montague BAR members engaged in the theft of the demandant's land with their forced rendition, and their inferior legislative maritime Court failed to be a trial by jury, and absolutely FAILED to have anything to do with common law, in violation of *1 Stat. 77, Section 9(a)*, and *36 Stat. 1611, Sec. 256 Part (3)*, and it was an administrative hearing that failed to have an Article III Judge, but was an executive branch administrator, working for the Legislature, which means any decision was a Bill of Pains and Penalties, which is similar to a Bill of Attainder (prohibited), because inferior legislative courts are an extension of the legislature and there is no Article III Judge present, therefore it is a non-judicial legislative act targeted at land owners, and the Demandant in particular in this case.

*"Bill of Attainder" means Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v. Lovett, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252*

*"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 496*

*"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

## Preamble Posterity

9.      The Demandant failed to give this so-called Court any authority over the Demandant, and this so-called Court has no authority to make any legal determinations for the Demandant, or

represent the Demandant in any way.

10.    Will Livingston that ratified the Constitution for New Jersey (18 December 1787) is the Demandant's fourth great uncle, and the Demandant is posterity as found in the preamble

> WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. [emphasis added]

entitled to right of blood and no civil law can destroy right of blood, because all of the laws of Congress and all the laws of Texas are civil laws

> "Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768,

and this Court, as well as all of the Wrongdoers, are operating under power which is derived from the Demandant, as *posterity*, and the maxim says: *"the power which is derived cannot be greater than that from which it is derived,"*

> "the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition,

therefore, it is impossible for the Demandant to give any of these Wrongdoers, or their BAR member handlers, or this Court, any authority over the Demandant, and John Marshall, the Chief Judge of the legislative inferior *Supreme Court of the United States* agreed, and said it is impossible for the Demandant as one of *"We the People"* to confer a sovereignty which will extend over him

> The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland 17 U.S. 316 [emphasis added]

and the Demandant is exempt from these Wrongdoers and from all of the claims of their BAR members *"....not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends." Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907),* and the Demandant requires this Court to regulate their property under *Article IV, Section 3, Clause 2, "The Congress shall have Power to dispose of and make all needful*

*Rules and Regulations respecting the Territory or other Property belonging to the United States;....*", which is the supreme law of the land, "*anything in the Constitution or laws of any State to the contrary notwithstanding*". *Article VI, Clause 2, Constitution for the United States of America*, and "*We the People*" fail to be Fourteenth Amendment US citizens because a Fourteenth Amendment US citizen failed to exist when the Constitution was written.

> *"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

all of which is evidenced in the Affidavit of Citizenship, a true copy of which is attached hereto, in the Appendix at pages 1 through 24, all of which is incorporated herein by reference in its entirety.

11.    There is nothing this Court can do to affect the Demandant

> *"State citizens are the only ones living under free government, whose rights are incapable of impairment by legislation or judicial decision." Twining v. New Jersey, 211 U.S. 97, 1908 [emphasis added]*

> *"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights." Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,*

> *"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." Spooner v. McConnell, 22 F 939 @ 943*

12.    The Wrongdoers in this case have repeatedly called the Demandant a "sovereign citizen" and it is true, as evidenced by the Resolution of Congress because we have a republican form of government, we are all "*sovereign citizens*" as evidenced by House Joint Resolution 183 dated May 3, 1940 at 54 Stat. 178, says in the preamble, "*Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*"

> *"Whereas some two million young men and women in the United States each year reach the age of twenty-one years; and*
> *Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*
> *Therefore be it Resolved by the Senate and House of Representatives of the United States of America in Congress Assembled, That...." HJR 183 dated May 3, 1940, 54 Stat. 178 [emphasis added]*

13.    The Wrongdoers and their BAR members are required to know that the Supreme Court of the United States has ruled that every one and every thing "not privileged" is sovereign,

> *"The rights of sovereignty extend to all persons and things, not privileged that are within the territory."* Carlisle v United States 83 U.S. 147, 154 (1873)

but the Wrongdoers have called the Demandant a "sovereign citizen" like it is some sort of a bad thing, which is an attack against the republic itself, and repeatedly taken reprisals against the Demandant, in support of their *targetedjustice.com* website, which is why the Demandant included the *Affidavit of Fact of Sovereign Citizen* in previous filings to show *"...a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism...." Declaration of Independence, 1776,* which is an attack against the Republic itself, which is why the Demandant is so sad and disappointed because it looks like the Judge is giving aid and comfort to the enemy in a time of war, or is mistaken, and the Demandant is going to assume mistaken.

## BAR Member Emerging Dictatorship

14.    These BAR members and their State BAR of Texas is repeating history,

> *"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker."* Chisholm v Georgia, 2 Dal. 419 at p 455

> *"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it."* Chisholm v Georgia, 2 Dal. 419 at p 456,

because there is an emerging BAR member dictatorship in Texas because they assault you with the Commerce Clause *Article 1, Section 8, Clause 3,* with the plenary power of Congress, (dictatorship) which means no common law rights, in violation of *Article 1, Section 8, Clause 17,* and if you object to it, they start *name calling* by calling you a *"sovereign citizen",* and a *terrorist,* then refuse to do anything to investigate or prosecute felonies pursuant to their *targetedjustice.com* agenda, because they are assaulting the Demandant with their regulations which are for *"other property of the United States" Article IV, Section 3, Clause 2* which fails to include the Demandant.

15.    The Demandant filed BAR grievances with the *State BAR of Texas* (regulated by the *Supreme Court of Texas*) against 95 different BAR members (some more than once) and they were all dismissed as an *Inquiry,* and the Demandant filed dozens of Judicial Complaints with the *State Commission on Judicial Conduct* (Judges educational curriculum determined by the

*Supreme Court of Texas*) and they were all dismissed, 25 on the same day. The *State Commission on Judicial Conduct* consists of 13 members, the majority are BAR members, 5 Judges (BAR members) appointed by the *Supreme Court of Texas*, and 2 BAR members appointed by the *State BAR of Texas*. The Demandant filed Hindering Prosecution felony charges against every member of the *Supreme Court of Texas* in an effort to make them aware of what was happening, and nothing has changed.

## BAR Member Insurrectionists

16.    The County of Montague BAR members engaged in the theft of the demandant's land with their forced rendition,

> *"The individual may stand upon his constitutional rights as a citizen. .... His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself <u>and the immunity of himself and his property from arrest or seizure except under a warrant of the law</u>. <u>He owes nothing to the public</u> so long as he does not trespass upon their rights." Hale v Henkel 201 U.S. 43 (1906) [emphasis added]*

> *"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931),*

and their inferior legislative maritime Court failed to be a trial by jury, and absolutely FAILED to have anything to do with common law, in violation of *1 Stat. 77, Section 9(a)*, and *36 Stat. 1611, Sec. 256 Part (3)*, and it was an administrative hearing that failed to have an Article III Judge, but was a legislative branch administrator, which means any decision was a Bill of Pains and Penalties, which is similar to a Bill of Attainder (prohibited), because inferior legislative courts are an extension of the legislature and there is no Article III Judge present, therefore it is a non-judicial legislative act targeted at land owners, which means they are insurrectionists.

17.    The Attorney General of Texas is required to protect the Demandant and his right to own land,

> *"It is true that at common law the duty of the Attorney General is to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the People are King so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock V. Terry Elkhorn Mining Co., Inc., KY., 503 S.W. 2D 710 KY Const. §4, Commonwealth Ex Rel. Hancock V. Paxton, KY, 516 S. W. 2D. PG 867*

but instead Paxton is busy misappropriating public funds to defend those responsible for the theft.

18.    Because they are Fourteenth Amendment citizens, practicing law ONLY in federal areas of Texas, as required by the Texas codes, as described herein, and because the Demandant is *Posterity* as found in the preamble, as evidenced in the *Affidavit of Citizenship*, a true copy of which is attached hereto, in the Appendix, at pages 1 through 24, all of which is incorporated herein by reference in its entirety, therefore, they have engaged in insurrection and rebellion against the United States, giving aid and comfort to the enemy in a time of war, they have disqualified themselves from holding any office under the United States or any State, as found in Section 3, of the Fourteenth Amendment

> SECTION 3. <u>No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State,</u> who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

## Common Law Requirement

19.    The Constitution of the United States dated Sep. 17, 1787 has never been declared void and *is* the oldest written Constitution still in effect today wherein in Article I, Section 1 states: "<u>All legislative powers</u> herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives." [emphasis added]

20.    In *Article 1, Section 8, Clause 9*, it states that Congress shall have power "*To constitute Tribunals inferior to the supreme Court.*" The Constitution could only be referring to *Our One Supreme Court* in and of Common Law which was already established and active in America and the United States of America. It is clear that the Constitution was now setting up another set of Courts called legislative courts and they refer to them as inferior courts, meaning inferior to the already existing Common Law Courts, *Our One Supreme Court* and is verified by Article VII in Amendment to the Constitution wherein it guarantees that *In Suits at Common Law...no fact Tried by a Jury shall otherwise be re-examined in any Court of the United States, than according to the Rules of the Common Law,*

21.    The Supreme Court talked about in Article III establishes a legislative inferior *Supreme Court of the United States* for the District of Columbia, for fictitious entities, under the commerce clause, *Article 1, Section 8, Clause 3*

> "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having

> *neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." Penhallow v Doanes Administrators, S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54)*

which is established by *An Act to establish the Judicial Courts of the United States, Approved Sep. 24, 1789, 1 Stat. 77,* but the ONLY true Article III Court for *We the People,* is *Our One Supreme Court,* a Common Law Court, of the people, by the people, and for the people, and was in existence prior to the Constitution

> *His rights are such as existed by the law of the land long antecedent to the organization of the State,* *and can only be taken from him by due process of law, and in accordance with the Constitution…… He owes nothing to the public so long as he does not trespass upon their rights. Hale v Henkel 201 U.S. 43 (1906) [emphasis added]*

22.    This sets the Courts of Common Law separate and apart from legislative courts such as this court or the 97th District Court, (that the Attorney General is also misappropriating public funds to defend), otherwise being a maritime court in that any case tried can be re-examined by action of appeal. This places this Court and the 97th District Court as one of the inferior courts referred to in *Article I Section 8, Clause 9* of the Constitution of the United States. Note the difference in a trial by Jury in Common Law as to a trial with a jury in legislative inferior courts. The judge in the inferior courts instructs the jury on what they will hear and decide upon and what they will not. There is no such provision in Common Law. A Common Law *Trial by Jury* means the Jury conducts the trial. A common law trial by jury is self-executing and needs no legislative implementation to regulate its process or confer jurisdiction.

23.    The Northwest Ordinance of 13 July, 1787, less than three months prior to the Constitution, has never been altered by common consent in any way or manner and remains in force. The last words of the introduction or preamble to the Articles of the Ordinances Section 14 state, …*the following articles shall be considered articles of compact between the original States and the people and States in said territory and shall forever remain unalterable*… was intended to be a part of the Articles of Confederation and forever unalterable, and all previous engagements entered into

> *"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation." Article VI, Clause 1, This Constitution for the United States of America,*

includes the Northwest Ordinance, which is in full force and effect today in Texas.

24.    The compact agreement is a federal injunction, defines the nature of federal jurisdiction in federal territory, and is forever unalterable either by legislative Congress and its legislative supreme court and its other inferior courts or the administration. It is protected by Article IV, Section 2, Clause 1 of *this Constitution for the United States of America* which guarantees: "*The Citizens of each state shall be entitled to all Privileges and Immunities of Citizens in the several States.*" Article 2 of the compact agreement states, "*The inhabitants of the said territory shall always be entitled to the writ of Habeas Corpus, and of Trial By Jury, And of judicial proceedings according to the course of the Common Law.*"

25.    Legislative law, statutory law, is in fact an extension of maritime law. *The 1946 Administrative Procedures Act, Title 5 U.S.C., Section 559*, at sentence 2, requires the Administrative Law to be in compliance with and in conformity to *this Constitution For the United States of America* and the common law with all its prohibitions, restrictions, restraints and limitations imposed by its enumerated bounds and boundaries, as described in the first ten Amendments.

> "*History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure certain <u>common law rights</u> of the people, against invasion by the Federal Government.*" Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA. [emphasis added]

26.    The Maritime Code otherwise known also as statutory law being administered in legislative inferior courts (this Court and the 97th District Court as evidenced by maritime gold fringe flag, or the corporate seal, in the courtroom) also acknowledges that "*when brought inland beyond the High Water Mark, and or the First Bridge of any Navigable River;*" They Must be brought into compliance with and in conformity *to this Constitution for the United States of America* and subject to the common law.

> "*(a) Saving to suitors, in all cases, the Right to a Common Law Remedy, where the Common Law is competent to give it; shall also have Exclusive Original (Jurisdiction) Cognizance of all seizures on land, or other waters than as aforesaid made, and of all suits for penalties and forfeitures incurred, under the laws of the United States.*" (Government Incorporated) 1 Stat. 77, Section 9(a);

> "*Third. Of all causes of admiralty and maritime jurisdiction; saving to suitors, in all cases, the Right of a Common Law Remedy, where the Common Law is competent to give it.*" 36 Stat. 1611, Section 256, Part (3).

27.    Thus meaning competent, common law is not extending in reverse of the high water mark and extending to sea the jurisdiction of maritime law or to exercise jurisdiction as stated in the

Constitution under *Article I, Section 8, Clause 17*, and *minor estate*, wherein it declares that the inferior tribunals will *exercise exclusive legislation* as prescribed by Congress....

> *over such district (not exceeding ten Miles square) as may, by cession of particular states and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be for the erection of forts, magazines, arsenals, dockyards, and other needful buildings;*
> *To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.*

28.     Therefore all legislative courts, federal and state, have jurisdiction in the District of Columbia ONLY, under the commerce clause, which is why they use ZIP Codes, which are ONLY in the District of Columbia and commercial paper / Federal Reserve Notes / forced loans, which are ONLY for use in the District of Columbia *12 USC § 411*, and *Gold Reserve Act of 1934, 48 Stat. 344*.

29.     Legislative statutory inferior courts themselves admitted the validity of the common law Court in *Strauss v. Strauss, 3 So. 2nd 772 at 728 (1941)* which states:

> *"Every system of law known to civilized society generated from or had as its component, one of three well known systems of ethics, pagan, stolic, or Christian. The Common Law draws its subsistence from the latter, its roots go deep into that system, the Christian concept of Right and Wrong and Justice motivates every rule of equity. It is the guide by which we dissolve domestic frictions and the rule by which all legal controversies are settled."*

30.     Whereas we learned that *"The Law of the Land"* means *"The Common Law."* State v. Simmon, 2 Spears 761, at 767 (1884). Justice O'Neal speaking for the Court; *Taylor v. Porter, 4 Hill, 140, at 146 (1843)*; Webster's definition of "The Law of the Land" at Dartmouth, 4 Wheaton 518 at 581, 582, which is affirmed by *Article VI, Clause 2*, which declares that *This Constitution...shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding*.

31.     In *Wyly v. Collins, 9 Ga. 223, at 237 (1851)* acknowledges the Common Law and the Holy Bible from which it came, which is the foundation of the Common Law is our God given, Constitutionally Secured Right. The 97th Congress declared the Holy Bible to be the Word of God by Joint Resolution, *Public Law 97-280, 96 Stat. 1211*.

32.     This legislative inferior court fails to be an Article III Court,

> *"The United States District Court .... is not a true United States court established under Const. art. 3, to administer the judicial power of the United States, but was created by virtue*

> *of the sovereign congressional faculty, granted under Article 4, § 3, of making all needful rules and regulations respecting the territory belonging to the United States." Balzac v People of Puerto Rico, 258 U.S. 298*

33.    This Court is required to provide to the Demandant a Republican form of government *Article IV, Section 4, this Constitution for the United States of America,* and as one of "We the People" the Demandant is a "...State in this Union..." because "We the People" are "the State" and have immunity against the County of Montague, under Article XI in Amendment,

> *"the government is but an agency to the state," -- the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953*

> *"No state legislator or executive or judicial officer <u>can war against the Constitution without violating his undertaking to support it."</u> The constitutional theory is that we the people are the sovereigns, <u>the state and federal officials only our</u> agents." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]*

> *"A State does not owe its origin to the Government of the United States, in the highest or in any of its branches. It was in existence before it. It derives its authority from the same pure and sacred source as itself: the voluntary and deliberate choice of the people." Chisholm v Georgia 2 U.S. 419 (1793) at p 449*

and a Republican form of government fails to include the District of Columbia commerce clause, under *Article 1, Section 8, Clause 3,* <u>because of</u> *Article 1, Section 8, Clause 17 To exercise exclusive Legislation in all Cases whatsoever, <u>over such District (not exceeding ten Miles square)</u> .....Article 1, Section 8, Clause 17.*

## Act of Congress Precipitated This

a.    Federal Question - Your Code of Law for the District of Columbia Title 28 USC § 1331 Federal Question, applies, because taxation of land originated with an Act of Congress under Chap XLV, approved August 5, 1861 at 12 Stat. 292, providing for a corporate tax on The State of Texas, in this case, by apportionment;

i)      *Tax assessors and collectors at Sec. 9. at 12 Stat. 296,* and,

ii)     *They are required to execute a bond at Sec. 10 at 12 Stat. 296,* and,

iii)    *They have an oath of office at Sec. 11 at 12 Stat. 297,* and,

iv)    *Secretary of the Treasury to provide regulations at Sec. 12 at 12 Stat. 297,* and,

v)     *A direct tax on lands and lots of ground at Sec. 13. at 12 Stat. 297,* and,

vi)    *A Board of Assessors at Sec. 25 at 12 Stat. 300,* and,

vii)   *Tax liens at Sec. 33 at 12 Stat. 303,* and,

viii)  *"...every collector ...shall exercise or be guilty of any extortion or oppression under color of this act...shall be liable..." at Sec. 43 at 12 Stat. 307,* and,

ix)    *A penalty for taking a false oath – perjury of oath at Sec. 47 at 12 Stat. 308*, and,

x)    *"...there shall be allowed....in full compensation for their services....a commission..." at Sec. 48* at 12 Stat. 308

xi)    *All regulations are for "...other property of the United States..." Article IV, Section 3, Clause 2,* and if anyone thinks that the Demandant is subject to any regulations (a slave) all they need to do is name a date time and location, and the Demandant will come armed and we can settle it for once and for all.

## Texas Codes = Commerce Clause ONLY

34.    The Texas Tax Code ONLY applies in federal areas of Texas under the Commerce Clause, *Article 1, Section 8, Clause 3*

> *"In this state" means within the exterior limits of Texas and includes all territory within these limits ceded to or owned by the United States." Texas Tax Code Section 151.004 'In This State' [emphasis added]*

because the word "includes" is limiting,

> *Montello Salt v. Utah 221 US 455 "Include' or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."*

> *"Include. (Lat. Inclaudere, to shut in, keep within.) To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Premier Products Co. v. Cameron, 240 Or. 123, 400 P.2d 227, 228." Black's Law Dictionary 6th Edition, page 763*

which means that when they use the phrase "*in this state*", in any of their codes, it is ONLY talking about territory *ceded to or owned by the United States*, and all legislative inferior municipal fake court judges are Fourteenth Amendment US citizens (Byars), and practice law ONLY in the federal areas of Texas, because it is *in this state*,

> *"(a)  A municipal court of record is presided over by one or more municipal judges.*
> *(c)  A municipal judge must: (1)  be a resident of this state; (2)  be a citizen of the United States; (3)  be a licensed attorney in good standing; and (4)  have two or more years of experience in the practice of law in this state." Texas Government Code Section 30.00006 JUDGE [emphasis added]*

a.    An assistant prosecuting attorney is licensed to practice law ONLY in federal areas of Texas, because it is *in this state*, and,

> *"(a)  An assistant prosecuting attorney must be licensed to practice law in this state and shall take the constitutional oath of office." Texas Government Code Section 41.103 Assistant Prosecuting Attorneys [emphasis added],*

b.    All judges practice law ONLY in the federal areas of Texas, because it is *in this state*,

and

> *"To qualify for appointment as an associate judge under this subchapter, a <u>person</u> must:*
> *(1) be a <u>resident</u> of this state and one of the counties the person will serve;*
> *(2) have been licensed to practice law <u>in this state</u> for at least four years;"*
> *Texas Government Code Section 54A.003 Qualifications [emphasis added],*

c.  All BAR members are allowed to practice <u>ONLY in federal areas of Texas</u>, because it is *<u>in this state</u>*, and

> *"(a) The Board of Law Examiners, acting under instructions of the supreme court as provided by this chapter, shall determine the eligibility of candidates for examination for a license to practice law <u>in this state</u>." Texas Government Code Section 82.004 Board Duties [emphasis added],*

d.  All juries are <u>ONLY for federal areas of Texas</u>, because it is *<u>in this state</u>*, and,

> *"(a) The Office of Court Administration of the Texas Judicial System shall develop and maintain a model for a uniform written jury summons <u>in this state</u>." Texas Government code Section 62.0131 Form of Written Jury Summons [emphasis added],*

e.  All "Law Enforcement Agencies" are <u>ONLY in the federal areas of Texas,</u> because it is *<u>in this state</u>*; and

> *"(a)  In this article:*
> *(1) "Law enforcement agency" means an agency of the state, ... ...*
> *(b) Each law enforcement agency <u>in this state</u> shall adopt a detailed written policy on racial profiling..." Texas Code of Criminal Procedure Article 2.132 Law Enforcement Policy on Racial Profiling [emphasis added],*

f.  All arrest warrants are effective <u>ONLY in federal areas of Texas,</u> because it is *<u>in this state</u>*; and,

> *"A warrant of arrest, issued by any county or district clerk, or by any magistrate (except mayors of an incorporated city or town), shall extend to any part of the State; and any peace officer to whom said warrant is directed, or into whose hands the same has been transferred, shall be authorized to execute the same in any county <u>in this state</u>." Texas Code of Criminal Procedure Article 15.06 [emphasis added],*

g.  All search warrants are issued <u>ONLY in federal areas of Texas,</u> because it is *<u>in this state</u>*, and,

> *"<u>(a)  A "search warrant" is a written order, issued by a magistrate</u> and directed to a peace officer, commanding him to ... ....*
> *(b)  No search warrant shall issue for any purpose <u>in this state</u> unless sufficient facts are first presented to satisfy the issuing magistrate that probable cause does in fact exist for its issuance." Texas Code of Criminal Procedure Article 18.01 Search Warrant [emphasis added]*

h.  The Texas Codes are effective <u>ONLY in federal areas of Texas</u>, because it is *<u>in this state</u>*, and

> *"Sec. 1.  (a)  Except as otherwise provided in this Article 54.02, all laws relating to criminal procedure <u>in this state</u> that are not embraced, incorporated, or included in this Act and that have not been enacted during the Regular Session of the 59th Legislature are repealed. Sec. 2.  (b) <u>A person</u> under recognizance or bond on the effective date of this Act continues under such recognizance or bond pending final disposition of any action pending against him." Texas Code of Criminal Procedure Article 54.02 Repealing Clause [emphasis added]*

i.   All government agencies, and political subdivisions are <u>ONLY in federal areas of Texas</u>, because it is <u>*in this state*</u>, and,

> *"(a)  To improve services to youth, the department may cooperate and contract with: (1)  the federal government; (2)  governmental agencies <u>in this state</u> and other states; (3)  political subdivisions of the state; and (4)  private agencies and foundations." Texas Human Resources Code Section 201.004 Interagency and Intergovernmental Cooperation [emphasis added]*

j.   The Texas Civil and Practice Code is <u>ONLY for federal areas of Texas</u>, because it is <u>*in this state*</u>, and,

> *"The rule of decision <u>in this state</u> consists of those portions of the common law of England that are not inconsistent with the constitution or the laws of this state, the constitution of this state, and the laws of this state." Texas Civil and Practice Code. Section 5.001 Rule of Decision [Emphasis added],*

k.   The Demandant heard that there are no federal enclaves in Texas, and,

> *"The exclusive jurisdiction which the United States have in forts and dock-yards ceded to them, is derived from the express assent of the States by whom the cessions are made. <u>It could be derived in no other manner;</u> because without it, the authority of the State would be supreme and exclusive therein," U.S. v. Bevans, 16 U.S. 336, 3 Wheat, at 350, 351 (1818). [emphasis added],*

l.   *The State of Texas* has authority over anything that "…*exists by its own authority or is introduced by its permission…" McCulloch v. Maryland 17 U.S. 316* and the Demandant was NOT created by Paxton's BAR members, nor Paxton, nor *The State of Texas*, nor the *United States,* and in fact, the exact opposite is true

> *"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931),*

m.   After Congress passed the Act that precipitated all of this August 5, 1861 at 12 Stat. 292, the Texas Legislature passed *An Act defining what money and property is subject to taxation or exemption, and the mode of listing the same. on August 21, 1876*

> *Section 1. Be it enacted by the Legislature of the State of Texas, That all real and personal property in this State, <u>the property of corporations new existing or may be hereafter created,</u>*

> *and the property of all banks or banking companies now existing or may be hereafter*
> *created, and of all bankers, except such as is hereinafter expressly exempted is subject to*
> *taxation, and such property, or the value thereof, shall be entered in a list of taxable property*
> *for that purpose, in a manner prescribed by this act.*

which is for corporate owned property, and in Section 4 *"..The term person, whenever used*
*in this act or any other act regulating the assessment and collection of taxes, shall be*
*construed to include firm, company or corporation" [emphasis added],* which means that it is
ONLY a *firm, company or corporation*, further evidencing their intent to assault the
demandant with their Minor Estate (31 CFR 363.6), when Hegar authorized *"The chief*
*appraiser may require rendition that is not mandated by the Tax Code."* as found in the
instructions for the *Form 50-141*, near the top of the first page, a true copy of which is
attached hereto in the Appendix, at pages 46 to 47, all of which is incorporated herein by
reference in its entirety, which means Hegar authorized the theft of the Demandant's land,
and evidencing Paxton's and Hegar's intent to be Principals under *18 USC § 2*, and
Accessory under *18 USC § 3* to the theft of the Demandant's land which also evidences the
involvement of the Executive Branch in this matter and the perjury of oath by the (bought
and paid for) fake Judge Patricia Coleman Byars when she is working for the legislative
branch, in violation of *The Texas Constitution Article 2, Section 1*

> *The powers of the Government of the State of Texas shall be divided into three distinct*
> *departments, each of which shall be confided to a separate body of magistracy, to wit: those*
> *which are Legislative to one, those which are Executive to another, and those which are Judicial*
> *to another; and no person, or collection of persons, being of one of these departments, shall*
> *exercise any power properly attached to either of the others, except in the instances herein*
> *expressly permitted. Texas Constitution, Article 2, Sec.1, Separation of Powers of Government*
> *Among Three Departments.*

with Byars star chamber, and further evidence of the Bill of Pains and Penalties status of
Byars fake Judgment that is a legislative act against a land owner.

n.  The Demandant has lots of first hand knowledge of how much Paxton and his BAR
member Attorney buddies love to perjure their oaths of office to support the *Supreme Law of*
*the Land*, all of which is evidenced by the fact that they are assaulting the Demandant with
their *Minor Estate* because it is an "entity" as described in *31 CFR 363.6*, because an entity
includes *the estate of a living person such as an incompetent or a minor*:

> *Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole*
> *proprietorship, partnership, corporation, limited liability company or professional limited*
> *liability company, trust, the estate of a decedent, or the estate of a living person such as an*
> *incompetent or a minor.*

and a Minor can be anyone *"who has attained the age of 18 years but has not yet taken control of the securities"* in the treasury Direct Account

> *Minor means an individual under the age of 18 years. <u>The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.</u> 31 CFR 363.6,*

to use the Commerce Clause *Article 1, Section 8, Clause 3*, to bring the District of Columbia plenary dictatorship

> *"plenary jurisdiction. A court's full and absolute power <u>over the subject matter</u> and the parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis added]*

> *"plenary 1. Full; complete; entire." Black's Law Dictionary, 9th Edition, page 1273*

> *"Plenary Power - <u>Complete power over a particular area with no limitations.</u> This term is often used to describe the Commerce Power of Congress. Under the Commerce Clause (Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce. <u>The Court has found that states are not able to pass laws affecting interstate commerce without the permission of Congress.</u>" Legal Information Institute [emphasis added]*

which means no common law rights, outside "a maximum of ten miles square"

> *"....In other words <u>Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union</u>" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948) [emphasis added]*

in violation of *Article 1, Section 8, Clause 17*, and use it as justification for the theft of the Demandant's land because *"Any administration on the estate of a living person is void" Bank of Jonesboro v. Wilson, 43 Ga. App. 839, 160 S.E. 653 (1931).*

> *"It is absolutely essential to jurisdiction of the administration of an estate that the person on whose estate such administration is granted is dead. A living person has no estate subject to probate, and there is no vested right of inheritance in the estate of a living person. <u>Any administration on the estate of a living person is void.</u>" Corpus Juris Secundum, Executors and Administrators Section 16 Jurisdictional Requisites, page 713 [emphasis added]*

and it is deliberate, calculated, and malicious by these County of Montague corporate thieves and their BAR member handlers,

> *"On the other hand, it has been considered that <u>the invalidity of the administration does not relate back, but it is invalid only from the time when the presumption of death is rebutted</u>" Corpus Juris Secundum, Executors and Administrators Section 16 Jurisdictional Requisites, page 714*

because *the invalidity of the administration does not relate back, but it is invalid only from the time when the presumption of death is rebutted" Sligh v. Whitley, 41 Ga. App. 428, 153 S.E. 237 (1930).* and the face of the *Grant Deed and Bill of Exchange* shows that it is accepted by Demandant is notarized as *"a living man on the soil of Texas...who fails to be a US citizen / cestui que trust"* a true copy of which is attached hereto in the Appendix at page 44 and 45, and the Notice and Demand the Demandant served them on or about 13 June 2022, by Registered Mail <u>RE 332 991 424 US</u> to Kathryn Phillips, by Registered Mail <u>RE 332 991 438 US</u> to Clay V Riddle, by Registered Mail <u>RE 332 991 441 US</u> to Kim Jones, and by Registered Mail <u>RE 332 991 455 US</u> to Jennifer Fenoglio, explaining the felonies they were engaged in, and demanding to see a bona fide contract by which the Demandant had agreed to their theft, and their involuntary servitude, and they failed to produce a contract, or even respond, which is signed on page 37 of the Appendix, by

> *"glenn winningham; house of fearn, a man, sovereign living soul, holder of the office of "the people", Texas National who fails to be a US citizen / cestui que trust, inhabitant of the land known as Texas, with full responsibility for my actions under God's law, as found in the Bible, and no other"*

a true copy of which together with proof of service, is attached hereto in the Appendix at pages 25 through 43, all of which is incorporated herein by reference in its entirety.

## Minor Estate Created by Fraud and Deception

35.    The Minor Estate was created by the Vatican with the *cestui que vie act of 1666.*

> *"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

because a "use" is short for usufruct under Roman Law that the 1871 corporation operates under.

36.    The Minor Estate was brought into America with the Code of Law for the District of Columbia, where it says *"The Legal Estate to be in Cestui Que Use"* Chapter Fifty-Six in Sec. *1617, at 31 Stat. 1432*

## No Article III Court Allowed

37.    The Supreme Court has said that *"cases between citizens of the District [US citizens] and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3."*

> *"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

and because Article III Courts ONLY may decide cases affecting life, liberty, or property

> *Justice THOMAS, concurring:..J. Mascot, Constitutionally Conforming Agency Adjudication, 2 Loyola U. Chi. J. Reg. Compliance 22, 45 (2017) (Mascott) ("Cases involving ... deprivations or transfers of life, liberty, or property constitute a `core' of cases that ... must be resolved by Article III courts—("not executive administrators dressed up as courts"). Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023)*

which has been previously affirmed in numerous cases by the legislative inferior courts

> *"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it." American Ins. Co. v. Canter, 1 Pet. 511. P. 578." Williams v United States 289 U.S. 553 (1933)*

## Color of Law

38.    Each of the Wrongdoers in this case are required to know they are operating under color of law,

> *"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240*

> *"Colorable" means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth." Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146*

> *"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'" Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188;*

They were given an opportunity to provide a bona fide contract in the *Kathryn Phillips Notice and Demand* a true copy of which together with proof of service, is attached hereto in the Appendix at pages 25 through 43, all of which is incorporated herein by reference in its entirety, and they failed to do so, and when they acted outside the law, in support of their *targetedjustice.com* agenda in support of his *Joint Terrorism Task Force*, because the Demandant is a *targeted individual* and *sovereign citizen*, they surrendered any immunity they may have had,

> "*Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100;*

therefore they were acting in their private capacity, and principals and accomplices to theft of the Demandant's land, and are personally liable in their private capacity, and are nothing less than Government Gangsters as described in Kash Patel's very informative hour long movie entitled *Government Gangsters* found on bitchute.com.

## Constitutional and Natural Law Premises

39.    **Natural Right to Property:** Under natural law, property is an un-alienable right of the people. Inherent in that right is the understanding that property ownership should not automatically carry burdens, such as taxation, unless an explicit governmental authority, granted by the Sovereign People, (the demandant) imposes such an obligation to which they presumptively consent.

40.    *Articles IX and X in Amendment*—**Reserved Powers:** *Articles IX and X in Amendment* to the United States Constitution reserves to the States or the People all powers not expressly delegated to the federal government. Since no federal statute imposes an ad valorem tax on private property, the federal government has not asserted a direct tax burden on property. This federal silence implies that, in accord with the natural order, property is not inherently taxed by the federal government.

## The Texas Statutory Framework

41.    **Default Rule in Texas:** Texas property tax law, as codified in the Texas Tax maritime Code, is built on the principle that all real and tangible personal property is presumed taxable unless an express exemption applies. *Texas Tax Code Section 11.01(a)* states:

> "*All real and tangible personal property that this state has jurisdiction to tax is taxable unless exempt by law."*

This statutory language establishes that property is presumed taxable unless a specific exemption is provided.

**Section 11.12—Federal Exemptions**: Critically, *Texas Tax Code Section 11.12* provides:

> *"Property exempt from ad valorem taxation by federal law is exempt from taxation."*

Although this language does not say, "all property is exempt," it establishes that if federal law exempts a property from ad valorem taxation, then that exemption must also be recognized at the state level. Since there is no federal imposition of ad valorem taxes on private property—and by natural law, the inherent right of property ownership is not to be burdened—the statutory framework supports the notion that, unless the State positively defines a class of taxable property, the default, reserved status of the people's property is one of exemption from federal ad valorem taxation.

42.    **Interpretation of "Exempt" in This Context**: Taken together, *Sections 11.01* and *11.12* of the *Texas Tax Code* construct a system in which:

    a.    **Universal Property:** Every parcel of property is first recognized as property.

    b.    **Positive Classification as Taxable:** The State then, through explicit statutory criteria, identifies which property is taxable.

    c.    **Complementary Exemption:** Consequently, property that does not meet those positive criteria—and particularly property that, by federal law, is exempt (or by the federal government's silence on imposing such a tax)—retains its status as inherently exempt.

    d.    In other words, *Section 11.12* signals that the natural, unburdened status of property—as held by the people—should be recognized if federal law does not legislate taxation.

Saying it Another Way

43.    **Argument Based on Federal Non-Imposition:**

Since the federal government does not impose ad valorem taxes on private property—and no federal statute mandates such a burden—it follows from both natural law and *Articles V, IX and X in Amendment* that the inherent right to property should remain unburdened at the federal level. Texas recognizes this principle in Section *11.12*.

44.    **Reliance on Explicit Statutory Language:**

*Texas Tax Code Section 11.12*, by stating that

> *"Property exempt from ad valorem taxation by federal law is exempt from taxation,"*

provides explicit statutory support for the idea that if the federal government does not impose an ad valorem tax on private property, then that property is, by construction, also exempt from ***any- and-all*** taxation at the state level. This, by the undifferentiated language of 11.12 *"Property ... is*

*exempt from taxation,"*. This outcome, although perhaps counterintuitive in a system where the default state position is to assess and lay tax upon all property, underscores the argument that the State's imposition of an ad valorem tax on private property is a positive exercise of power. In the absence of such a positive act—and in light of the federal government's non-imposition—the natural, reserved right of the people to own property free from that burden is affirmed.

45.     **Logical Conclusion:** Therefore, under natural law and *Articles V, IX and X in Amendment* framework, combined with the explicit statutory language of *Texas Tax Code Section 11.12*, the default state of private property owned by the people should be construed as *"exempt from ad valorem taxation by federal law"* unless the State expressly and positively classifies and imposes a tax upon it. In this view, the burden of taxation is not inherent in the nature of property itself but is instead a function of a deliberate statutory choice that departs from the inherent rights reserved to the people.

   a. **Universal Right and Reserved Powers:** The natural law concept and Articles V, IX, and X in Amendment reserve for the people their inherent right to property, free from burdens not explicitly imposed by a constitutional or federal mandate.

   b. **Texas Statutory Framework:** The Texas Tax Code establishes that property is taxable unless exempt *(Section 11.01(a))* and yet, it specifically recognizes federal exemptions through *Section 11.12*.

   c. **Inference from Federal Non-Imposition:** Because no federal law mandates ad valorem taxation of private property, *Section 11.12* supports the conclusion that such property—by its very nature and under the reserved powers of the people—should be considered exempt from federal ad valorem taxation, thereby reinforcing the idea that the default is not a burden unless positively imposed.

46.     **Conclusion:** Under this construction, the absence of any federal imposition of an ad valorem tax on private property, when combined with the explicit language of *Texas Tax Code Section 11.12*, provides a strong basis for asserting that property owned by the people is, by its inherent nature, exempt from ad valorem taxation by federal law. Only when the State makes a positive statutory determination to classify property as taxable does that burden attach.

47.     This argument is rooted in natural law principles and a particular interpretation of *Articles V, IX, and X in Amendment* to the U.S. Constitution and the *Texas Tax Code*. In practical terms, courts have consistently upheld state ad valorem taxation as a valid exercise of state

power. However, the reasoning outlined above represents a robust natural law–inspired perspective that emphasizes the primacy of inherent property rights and the reserved powers of the people. It is bolstered by a strict and precise interpretation by both the Constitution for the United States and State of Texas Constitution and Federal and State of Texas statutes.

**Sources:**
*"Sec. 11.01.  REAL AND TANGIBLE PERSONAL PROPERTY.*
*(a)  All real and tangible personal property that this state has jurisdiction to tax is taxable unless exempt by law.*
*(b)  This state has jurisdiction to tax real property if located in this state."*

*"Sec. 11.12. FEDERAL EXEMPTIONS. Property exempt from ad valorem taxation by federal law is exempt from taxation."*

*"Sec. 11.43. APPLICATION FOR EXEMPTION.*
*(a) To receive an exemption, a person claiming the exemption, other than an exemption authorized by Section 11.11, 11.12, 11.14, 11.141, 11.145, 11.146, 11.15, 11.16, 11.161, or 11.25, must apply for the exemption." et seq.*

## SUMMARY

1    The Demandant is a sovereign citizen, as agreed to by all of the Wrongdoers – Exempt under Article XI in Amendment.

2    The fake Judge Byars was acting as an executive branch administrator working for the legislature, in her private capacity, making it a Bill of Pains and Penalties – undisputed.

3    The Demandant is posterity as found in the preamble, and fails to be a corporation, minor estate, Fourteenth Amendment citizen and made them aware of that in the *Grant Deed and Bill of Exchange, Appendix page 45* and the *Kathryn Phillips Notice and Demand* and demanded to see a bona fide contract, *Appendix Pages 25 through 43* – undisputed.

4    The Wrongdoers failed to provide a bona fide contract or even respond to the *Kathryn Phillips Notice and Demand, Paragraph Forth-three, Appendix pages 36 and 37* – undisputed.

5    The Wrongdoers rendered the Demandant's land by force – undisputed.

6    This Court is actually an executive branch agency working for Congress under *Article IV, Section 3, Clause 2*, under the Demandant's authority, and fails to have authority to make legal determinations for the Demandant – undisputed.

7    This Court is required to regulate their property (the Wrongdoers named herein) under *Article IV, Section 3, Clause 2* – undisputed.

8    The Demandant is entitled to a common law proceeding – undisputed.

9    This Court is required to provide a Republican form of government under *Article IV, Section 4* – undisputed.

10    The administration of any estate is void once they are aware that the Demandant is alive, and the Demandant accepted the *Grant Deed and Bill of Exchange* as a "living man" which was witnessed by an officer of the Court (Notary Public), *Appendix page 45,* therefore they knew from the beginning that the Demandant was alive, and their administration of any estate is void from the beginning – undisputed.

11    Because there is no federal *ad velorum* tax on private property (there is a corporate tax ONLY by apportionment on The State of Texas itself), it is exempt under Texas maritime codes.

## REQUIREMENT

Demandant objects to the Findings and Conclusions and Recommendations and requires that this Court do their job to regulate their corporate thugs (that fail to include the Demandant) as required under *Article IV, Section 3, Clause 2.*

### Respectfully Submitted

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural man, living soul, in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such as true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this _____ day of February in the year, two thousand and twenty-five.

_____ L. S.

glenn winningham; house of fearn, sui juris, a man, a living soul
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Phone 817-915-4213
*Text first - no voicemail and do NOT answer unknown phone calls

APPENDIX

# AFFIDAVIT OF CITIZENSHIP

| Texas | ) | |
|---|---|---|
| | ) | Subscribed, Sworn, Sealed |
| Tarrant County | ) | |

i, me, my, or myself, also known as glenn winningham; house of fearn, having been duly put under oath, i do affirm, depose, and say;

1   all the facts stated herein are true, correct, complete, and are NOT hearsay, or misleading, but are admissible as evidence, if not rebutted and proven inaccurate, and further,

2   i am competent in my affairs and the matters described herein, and further,

3   no "person" is competent in any of my affairs, and further,

4   in absence of evidence to the contrary, i am a Texian National and devoid of any knowledge of surrendering myself to the District of Columbia and their Fourteenth Amendment US citizen scam, or their cestui que trust scam, as evidenced in the Statement of Original Status that is contained herein together with the pedigree charts that are attached hereto, all of which are in the Affidavit of Corporate Denial 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, which is now public policy and the unrebutted truth, all of which is incorporated herein by reference in its entirety, and I hold any respondents to the strictest proof to the contrary, and further,

5   in absence of contrary evidence i am a free man on the land of Texas and other American states from time to time, and devoid of any knowledge of surrendering or volunteering myself to the armed forces of any country and I hold any respondents to the strictest proof to the contrary, and further,

6   i have personal, executive, and documented knowledge of the facts and evidence contained herein and if called to testify shall so state, and further,

7   i witness that the citation of state and federal statutes, codes, rules, regulations, and court citations, within any document created by me, is only to notice my servants that which is applicable to them and is not intended, nor shall it be construed, to mean that i confer, submit to, or have entered into any jurisdiction alluded to thereby, and further,

8   i have no firsthand knowledge of a date of birth, and my mother, and the doctor who assisted with it are now dead, and i failed to cross examine them to determine the veracity of their information, therefore any evidence of a date of birth is hearsay evidence, and inadmissible as evidence in any court of law, but

i do remember finishing high school in the year 1975, (almost 50 years ago) therefore, i am well past the age of majority, and further,

9   in absence of evidence to the contrary, i am a Texian national and devoid of any knowledge of surrendering or volunteering myself to the District of Columbia and their government employee scam or their Social Security scam, since I fail to be a government employee and under District of Columbia Codes, anyone that has a Social Security Number is "federal personnel"

> *"(13) the term "Federal personnel" means....., individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits)." 5 USC § 552a. (a)(13) [emphasis added]*

as evidenced in the Statement of Original Status that is contained herein together with the pedigree charts that are attached hereto, all of which is in the Affidavit of Corporate Denial 062013 which is recorded with the Pinal County Recorder at Fee Number 2013-032373, which is now public policy and the unrebutted truth, all of which is incorporated herein by reference in its entirety, and I hold any respondents to the strictest proof to the contrary, and further,

## Statement of Original Status

10  I, glenn winningham; house of fearn, a Free, White, Christian man, have no firsthand knowledge of when or where I was born, and any evidence of being born is hearsay evidence and inadmissible as evidence in a court of law, except to say that my mother and father were joined in the state of holy wedlock at the time I was born to them, and I am well past the age of majority, because I remember finishing high school in the year <u>one thousand nine hundred and seventy-five</u> (almost fifty years ago); and,

a.  I, glenn winningham; house of fearn, was born by hazel lorene; house of winningham, a Free, White, Christian wo(man), an Oklahoma State Citizen, who was naturally born on the <u>twenty-sixth</u> day of <u>November</u>, in the year <u>one thousand nine hundred and twenty-two</u>, in Jefferson County, in Oklahoma State, a State of the union States of America; and,

b.  hazel lorene; house of winningham, glenn winningham's mother, was sired by quitman elbert; house of winningham, a Free, White, Christian man, an Oklahoma State Citizen, who was naturally born on the <u>seventeenth</u> day of <u>March</u>, in the year <u>one thousand eight hundred and eighty-six</u>, in Overton County, in Tennessee State, a State of the union States of America; and,

c.  hazel lorene; house of winningham, glenn winningham's mother, was born by ruby may; house of atkins, a Free, White, Christian wo(man), an Oklahoma State Citizen, was naturally born on the <u>third</u> day of <u>May</u>, in the

year <u>one thousand eight hundred and ninety</u>, in Mexia town, Limestone County, in Texas State, a State of the union States of America; and,

d. quitman elbert; house of winningham and ruby may; house of atkins were one, joined in the State of holy wedlock at the time hazel lorene was naturally born to them; and,

e. quitman elbert; house of winningham, glenn winningham's grandfather, was sired by james carlton; house of winningham, a Free, White, Christian man, a Tennessee State Citizen, who was naturally born on the <u>twenty-eighth</u> day of <u>April</u>, in the year <u>one thousand eight hundred and fifty-six</u>, in Overton County, in the Tennessee State, a State of the union States of America; and,

f. quitman elbert; house of winningham, glenn winningham's grandfather, was born by clementine; house of mcdonald, a Free, White, Christian wo(man), a Tennessee State Citizen, who was naturally born on the <u>twenty-second</u> day of <u>September</u>, in the year <u>one thousand eight hundred and sixty-two</u>, in Overton County, in Tennessee State, a State of the union States of America; and,

g. james carlton; house of winningham and clementine; house of mcdonald were one, joined in the State of holy wedlock at the time quitman elbert was naturally born to them; and,

h. james carlton; house of winningham, glenn winningham's great grandfather, was sired by john (jack) r.; house of winningham, a Free, White, Christian man, was naturally born on the <u>twenty-second</u> day of <u>December</u>, in the year <u>one thousand eight hundred and thirty-eight</u>, in Overton County, in Tennessee State, a State of the union States of America; and

i. james carlton; house of winningham, glenn winningham's great grandfather, was born by evelene; house of gray, a Free, White, Christian wo(man), who was naturally born on the <u>first</u> day of <u>January</u>, in the year <u>one thousand eight hundred and thirty-seven</u>, in Overton County, in Tennessee State, a State of the union States of America; and

j. john (jack) r.; house of winningham  and evelene; house of gray were one, joined in the State of holy wedlock at the time james carlton was naturally born to them; and,

k. john (jack) r.; house of winningham, glenn winningham's second great grandfather, was sired by john alston; house of winningham, a Free, White, Christian man, was naturally born on the <u>twenty-first</u> day of <u>February</u>, in the year <u>one thousand eight hundred and eight</u>, in Randolph County, in North Carolina State, a State of the union States of America; and



l. john (jack) r.; house of winningham, glenn winningham's second great grandfather, was born by parmelia; house of mayfield, a Free, White, Christian wo(man), who was naturally born, in the year <u>one thousand eight hundred and eighteen,</u> in Overton County, in Tennessee State, a State of the union States of America; and

m. john alston; house of winningham and parmelia; house of mayfield were one, joined in the State of holy wedlock at the time john (jack) r. was naturally born to them; and,

n. john alston; house of winningham, glenn winningham's third great grandfather, was sired by adam; house of winningham, a Free, White, Christian man, was naturally born, in the year <u>one thousand seven hundred and eighty-one,</u> in Randolph County, in North Carolina State, a State of the union States of America; and

o. john alston; house of winningham, glenn winningham's third great grandfather, was born by isobell, a Free, White, Christian wo(man), who was naturally born, in the year <u>one thousand seven hundred and eighty-two</u> in Virginia State, a State of the union States of America; and

p. adam; house of winningham and isobell were one, joined in the State of holy wedlock at the time john alston was naturally born to them; and,

q. adam; house of winningham, glenn winningham's fourth great grandfather, was sired by james j.; house of winningham, a Free, White, Christian man, was naturally born, on the <u>twenty-ninth</u> day of <u>February</u> in the year <u>one thousand seven hundred and fifty-six,</u> in Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and

r. adam; house of winningham, glenn winningham's fourth great grandfather, was born by sarah; house of nichols, a Free, White, Christian wo(man), who was naturally born, in the year <u>one thousand seven hundred and sixty</u> in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America; and

s. james j.; house of winningham and sarah; house of nichols were one, joined in the State of holy wedlock at the time adam was naturally born to them; and,

t. i affirm that i, <u>glenn winningham; house of fearn,</u> am of the Adamic race, as a White Christian man, and that I do not now nor would I ever voluntarily give up my unalienable (which means cannot be taken away) God given

constitutionally secured Christian rights and responsibilities. For i, <u>glenn winningham; house of fearn</u>, have never knowingly given up my birthright as one of the direct descendants of the posterity as is noted in the preamble of both the Arizona State Constitution (1905) and the Constitution of the united States of America of (1788), with it's Bill of Rights (1791), and also designated in The Declaration of Independence of (1776), for and because my <u>fifth great Grandparents</u>, who were <u>james j.; house of winningham</u> and <u>sarah nichols; house of Winningham</u>, who's grave sites and gravestones are clearly marked and now serve as an <u>At Law Public Notice</u> of their once existence and their <u>judicial Power Citizenship status</u> which was passed on to me, glenn winningham; house of fearn, as an inheritance for and because <u>james j.; house of winningham</u> was naturally born in the year <u>one thousand seven hundred and fifty-six</u>  living on the land now known as Prince George County, in the Virginia Colony, which ultimately became Virginia State, a State of the union States of America under the Articles of Confederation (1781), and the Constitution for the republic of <u>The United States of America</u>, and whereas <u>james j.; house of winningham</u> born in the year <u>one thousand seven hundred and fifty-six</u>, and <u>sarah nichols; house of winningham</u> born in the year <u>one thousand seven hundred and sixty</u> were joined in the <u>State of Holy wedlock</u> in the year <u>one thousand seven hundred and ninety-two</u>, and were living on the land now known as Randolph County, Virginia, a State of the union States of America.  And these pioneers were the People who were the part, process, and action that eventually led to the establishment of the Statehood enabling acts of Congress, eg., 1796 for Tennessee, 1821 for Missouri, 1905 for Arizona, which then allowed the 5,000 free white males within the boundaries then designated as territories to create said States; as found in the <u>Verified Abstract Declaration and Order which is recorded with the Pinal County Recorder at Fee Number 2005-028178</u>, which is the unrebutted truth, and public policy, all of which is incorporated herein by reference in its entirety,
> *"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11."*
> *Bouvier's Law Dictionary 1856 Edition, page 768,* and further,

*11* The preamble of *"this Constitution for the United States of America"* says that the Constitution was written by *"<u>We the People</u>"* to *"<u>secure the blessings of liberty to ourselves and our posterity</u>"*
> <u>We the People of the United States</u>, *in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and <u>secure the Blessings of Liberty to ourselves and our Posterity</u>, do ordain and establish this Constitution for the United States of America.*



who are NOT Fourteenth Amendment US citizens because Fourteenth
Amendment US citizens failed to exist

> *"The term, citizens of the United States, must be understood to intend those who were*
> *citizens of a State, as such, after the Union had commenced, and the several States had*
> *assumed their sovereignties. Before this period there was no citizens of the United*
> *States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819),* and
> further,

12 Wil Livingston, who ratified the Constitution on behalf of New Jersey is my
fourth great uncle, evidencing that I am "posterity" as found in the preamble, as
one of "We the People" I am a "...State in this Union..." because "We the
People" <u>are</u> "the State"

> *"No state legislator or executive or judicial officer <u>can war against the Constitution</u>*
> <u>*without violating his undertaking to support it.*</u>*" The constitutional theory is that we the*
> *people are the sovereigns, <u>the state and federal officials only our</u> agents." Cooper v.*
> *Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]*

> *"the government is but an agency to the state," -- the state being the sovereign people.*
> *State v. Chase, 175 Minn, 259, 220 N.W. 951, 953*

> *"A State does not owe its origin to the Government of the United States, in the highest or*
> *in any of its branches. It was in existence before it. It derives its authority from the same*
> *pure and sacred source as itself: the voluntary and deliberate choice of the people."*
> *Chisholm v Georgia 2 U.S. 419 (1793) at p 449,* and further,

13 I am one of the sovereign people

> *"The words "people of the United States" and "citizens" are synonymous terms and*
> *mean the same thing. They both describe the political body who, according to our*
> *republic institutions form the sovereignty, and who hold the power, and conduct the*
> *government through their representatives. They are what we familiarly call the sovereign*
> *people, and every citizen is one of this people, and a constituent member of the*
> *sovereignty." Dredd Scott v Sandford 60 U.S. 393*

> *"...at the revolution the Sovereignty devolved on the people; and they are truly the*
> *sovereigns of the country, but they are sovereigns without subjects ......and have none to*
> *govern but themselves; the citizens of America are equal as fellow citizens, and as joint*
> *tenants in the sovereignty." Chisholm v Georgia, 2 Dall. 440, at pg 471;*

> *"It will be admitted on all hands that with the exception of the powers granted to the*
> *states and the federal government, through the Constitutions, the people of the several*
> *states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co.*
> *v. Debolt, 16 How. 416, 14 L.Ed. 997.*

because we have a Republican Form of Government, we are all "sovereign

citizens" as evidenced by House Joint Resolution 183 dated May 3, 1940 at 54

Stat. 178, says in the preamble, "*<u>Whereas it is desirable that the sovereign citizens</u>*



*of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:"*

> *"Whereas some two million young men and women in the United States each year reach the age of twenty-one years; and*
> *Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*
> *Therefore be it Resolved by the Senate and House of Representatives of the United States of America in Congress Assembled, That…." HJR 183 dated May 3, 1940, 54 Stat. 178 [emphasis added]*

*and because the government is subordinate to "the people"*
> *"Let a State be considered as subordinate to the People: But let everything else be subordinate to the State." Chisholm v Georgia 2 US 419 at 455*

*because "We the People" are the state*
> *"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]*

> *"the government is but an agency to the state," -- the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953*

> *"A State does not owe its origin to the Government of the United States, in the highest or in any of its branches. It was in existence before it. It derives its authority from the same pure and sacred source as itself: the voluntary and deliberate choice of the people." Chisholm v Georgia 2 U.S. 419 (1793) at p 449*

and an American national by right of blood, because my ancestors were in the Colony of Virginia, and the Colony of North Carolina and the Colony of Maryland, prior to the War of Independence, and my rights cannot be destroyed by any civil law and all the laws of Texas and all the laws of Congress are civil laws
> *"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and because my ancestors wrote the federal and state constitutions for The United States of America
> *"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

and the power and authority of all state and federal government officials is derived from me,

*"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined</u>." Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],*

## and their oaths of office are to "We the People"

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo v Hopkins, 118 US 356, at pg 370;*

## which means they all operate under my authority

*"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends." --Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907)*

*"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and <u>not with the agent</u>; and this remark is true, both in reference to the federal and state government." Spooner v. McConnell, 22 F 939 @ 943*

## and said it is impossible for me as one of *"We the People"* to <u>*confer a sovereignty which will extend over*</u> me

*The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, <u>but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not.</u> Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. <u>Consequently, the people of a single State cannot confer a sovereignty which will extend over them</u>. McCulloch v. Maryland 17 U.S. 316 [emphasis added]*

## and I am exempt *"....not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends." Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907),* which means my authority makes the law, and I have all of the rights that formerly belonged to the King

*"The People of a State are entitled to all rights which formerly belonged to the King by his prerogative." <u>Lansing v. Smith, 4 Wendel 19, 20(1829)</u>*

*"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and*



*circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the [Fourteenth] amendment under the protection of the Federal Constitution, <u>and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested.</u>" Maxwell v Dow, 20 S.C.R. 448, at pg 451; [emphasis added]*

*<u>"The state citizen is immune from any and all government attacks and procedure,</u> absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70, [emphasis added]*

*"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944*

## and my rights are incapable of being impaired by legislation or judicial decision

*"State citizens are the only ones living under free government, <u>whose rights are incapable of impairment by legislation or judicial decision.</u>" Twining v. New Jersey, 211 U.S. 97, 1908 [emphasis added]*

*"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights." Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,*

*"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." Spooner v. McConnell, 22 F 939 @ 943*

## and because I am a free inhabitant as found in Article IV of the Articles of Confederation, with all of the rights and privileges of citizens in the several states,

*".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;....." Article IV, Articles of Confederation (1781)*

## and as a Citizen of a State, I am entitled to all privileges and immunities of Citizens in the several States

*"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." Article IV, Section 2, this Constitution for the United States of America*

## and I am also a judicial power Citizen

*"The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State." Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872,*

*"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."*
*American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826,*
*19 Ann.Cas. 1047*

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law;*
*but in our system, while sovereign powers are delegated to the agencies of government,*
*sovereignty itself remains with the people, by whom and for whom all government exists*
*and acts." Yick Wo v Hopkins, 118 US 356, at pg 370*

*"There is no such thing as power of inherent Sovereignty in the government of the United*
*States. In this country sovereignty resides in the People, and Congress can exercise no*
*power which they have not, by their Constitution entrusted to it; All else is withheld."*
*Julliard v Greenman 110 U.S. 421* and further,

*14* State citizens are the ONLY ones living under free government, and my rights
are "*incapable of impairment by legislation or judicial decision*"
*"State citizens are the only ones living under free government, whose rights are*
*incapable of impairment by legislation or judicial decision." Twining v. New Jersey, 211*
*U.S. 97, 1908 [emphasis added]*

*"State Citizenship is a vested substantial property right, and the State has no power to*
*divest or impair these rights." Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,*

*In our country the people are sovereign and the government cannot sever its relationship*
*to the people by taking away their citizenship. Afronym v Rusk, 387 U.S. 253 (1967)* and
further,

15    The Fourteenth Amendment turned things on their head *United States v.*
*Rhodes, 27 Federal Cases, 785, 794. Colgate v Harvey 296 US 404 at p 427*
*"And while the Fourteenth Amendment does not create a national citizenship, it has the*
*effect of making that citizenship "paramount and dominant" instead of "derivative and*
*dependent" upon state citizenship."*

but the Fourteenth Amendment failed to affect the original State citizens
*"...that there was a citizenship of the United States and a citizenship of the states, which*
*were distinct from each other, depending upon different characteristics and*
*circumstances in the individual; that it was only privileges and immunities of the citizens*
*of the United States that were placed by the [Fourteenth] amendment under the*
*protection of the Federal Constitution, and that the privileges and immunities of a citizen*
*of a state, whatever they might be, were not intended to have any additional protection by*
*the paragraph in question, but they must rest for their security and protection where they*
*have heretofore rested." Maxwell v Dow, 20 S.C.R. 448, at pg 451; [emphasis added]*

and it continues to this day
*"Privileges and immunities clause of the Fourteenth Amendment protects only those*

*rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1." Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993);*

and all government officials are required to protect my rights

*"It is true that at common law the duty of the Attorney General is to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the People are King so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock V. Terry Elkhorn Mining Co., Inc., KY., 503 S.W. 2d 710 KY Const. §4, Commonwealth Ex Rel. Hancock V. Paxton, KY, 516 S. W. 2d. pg 867*

and the oath of office of all government officials requires that they support the Constitution which means I am entitled to a Republican form of government

*"The United States shall guarantee to every State in this Union a Republican Form of Government………." Article IV, Section 4, Constitution for the United States of America*

which fails to include any military commissioners because military commissioners are operating under International Law and the Law of Nations

*"The law of war can no more wholly dispense with retaliation than can the law of nations, of which it is a branch……" Article 27, General Orders 100 (Lieber Code)*

*"But in considering the question before us, it must be borne in mind that there is no law of nations standing between the people of the United States and their Government, and interfering with their relation to each other. The powers of the Government, and the rights of the citizens under it, are positive and practical regulations plainly written down. The people of the United States have delegated to it certain enumerated powers, and forbidden it to exercise others." Dred Scott v. Sandford, 19 How (60 U.S.) 393, 452, 15 L.Ed. 691 (A.D. 1856-1857) [emphasis added]*

*"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns cannot be degraded by appearing with each other in their own courts to have their controversies determined." Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],*

and a Republican form of Government fails to include any star chambers with their forced BAR member counsel

*"The corrupt Star Chamber Courts of England required defendants to have counsel. Star Chamber stood for swiftness and arbitrary power, it was a limitation on the common law." Faretta v. California, 422 U.S. 806, 821 [Emphasis added]*

and a Republican form of government fails to include any statutes, codes, rules or regulations because all statutes, codes, rules and regulations are taken in Martial Law, which apply ONLY to "subjects of the enemy" (Fourteenth Amendment US citizens) and aliens

*But, in fact and in law, such statutes are intended to be applied to those who are here as "residents" in this State under the Interstate Commerce Clause of the Federal Constitution and the so-called Fourteenth Amendment United States v United Mine Workers of America, (1947) 67 S.Ct. 677, 686, 330 U.S. 258*

*"Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions." Article 13 General Orders 100 (The Lieber Code)*

*"CA/MG personnel are charged with the following:*
*(1) Establishment and administration of military commissions, provost courts, and special military government courts, and their jurisdiction and procedure.*
*(2) Supervision, control, or closing, if necessary; of local, criminal, and civil courts.*
*(3) Supervision of members of the local bar.*
*(4) Decisions as to modifications or suspension of local criminal and civil laws.*
*(5) General legal advice and assistance on all aspects of the occupation." FM 27-5 United States Army and Navy Manual of Civil Affairs (1947), Section II, Civil Affairs / Military Government Responsibilities and Functions, c. Establishment of Courts and administration of law* and further,

16    Fourteenth Amendment US citizens are created by Congress, and therefore corporations under the commerce clause

*"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873)*

*"(e) DEFINITIONS.-As used in this section-*
*(1) the term "United States business" means-*
*(A) a United States citizen;*
*(B) a corporation, partnership, or other association created under the laws of the United States or of any State (including the District of Columbia or any commonwealth, territory, or possession of the United States); or…" Public Law 100-418 Aug 23, 1988*

which is why the Supreme Court has ruled that for Fourteenth Amendment US citizens the boundaries of the District of Columbia expand throughout the states of the union

*"….In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"*

12

*National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948) [emphasis added]*

and in the Kavanaugh hearings, when he was appointed to the legislative inferior Supreme Court he even said the government can go after a US citizen in Afghanistan, which means the Minor Estate (31 CFR 363.6) is a Fourteenth Amendment US citizen

*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, or the estate of a living person such as an incompetent or a minor.*

*Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account. 31 CFR 363.6 [emphasis added]*

and further,

17    Because Fourteenth Amendment US citizens (31 CFR 363.6) are created by Congress, they fail to have any rights not granted by Congress, and are subject to the plenary power of Congress (dictatorship)

*"plenary jurisdiction. A court's full and absolute power over the subject matter and the parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis added]*

*"plenary 1. Full; complete; entire." Black's Law Dictionary, 9th Edition, page 1273*

*"Plenary Power - Complete power over a particular area with no limitations. This term is often used to describe the Commerce Power of Congress. Under the Commerce Clause (Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce. The Court has found that states are not able to pass laws affecting interstate commerce without the permission of Congress." Legal Information Institute [emphasis added]*

which means no common law rights

*There are no common law offenses against the United States. Only those acts which Congress has forbidden, with penalties for disobedience of its command, are crimes. United States v. Hudson & Goodwin, 11 U.S. (7th Cr.) 32 (1812); United States v. Coolidge, 14 U.S. (1 Wheat.) 415 (1816); United States v. Britton, 108 U.S. 199, 206 (1883); United States v. Eaton, 144 U.S. 677, 687 (1892) and further,*

18    Fourteenth Amendment US citizens (31 CFR 363.6) do NOT have access to the first eight amendments to the Constitution against the powers of the federal government

*"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government." Maxwell v Dow, 20 S.C.R. 448, at pg 455;*



*"The <u>right of trial by jury</u> in civil cases, guaranteed by the 7th Amendment (Walker v. Sauvinet, 92 U. S. 90), and the <u>right to bear arms</u>, guaranteed by the 2nd Amendment (Presser v. Illinois, 116 U. S. 252), have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment against abridgement by the states, and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment (Hurtado v. California, 110 U. S. 516), and in respect of the right to be confronted with witnesses, contained in the 6th Amendment." West v. Louisiana, 194 U. S. 258.*

*"[T]he term "citizen," in the United States, is analogous to the term "<u>subject</u>" in the common law." State vs Manual 20 NC 122, 14 C.J.S. 4, p 430*

*"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957* and further,

19    I am a man, and it is impossible for me to be a Fourteenth Amendment US citizen, (31 CFR 363.6) because I am white

*"All citizens of the United States shall have the same right, in every State and Territory, <u>as is enjoyed by white citizens thereof</u> to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons *"born or naturalized in the United States and subject to the jurisdiction thereof"*

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..." Amendment XIV, Section 1*

and *"the evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but <u>completely subject</u>"*

*"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but <u>completely subject</u>..." Elk v Wilkins, 112 US 94, 101, 102, (1884) [emphasis added]*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth*

*amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)*

*"Merely being native born within the territorial boundaries of the United States of America <u>does not make</u> such an <u>inhabitant</u> a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.* and further,

20    All BAR members, Judges, Clerks, and anyone else who has an oath of office, holds their oath of office to me, and all Courts are my property

*"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined</u>." Chisolm v Georgia 2 Dall. 419, at 479 [Emphasis added],*

and any evidence of me following any Statute, Code, Rule or Regulation should be taken as a courtesy ONLY, and further,

21    And any government official that fails to protect my rights has waived any immunity he may have enjoyed and is fully liable in his private capacity

*"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;*

*"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -*

*"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.*

*Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).*

*"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen  [\*300]  that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited." 188 N.W.2d 294;*



*1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242*, and further,

22   And any government official that attempts to subject me to their military dictatorship is perjuring their oath of office

*"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property... ...to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial....;*

*..... and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us."* Causes and Necessity of Taking Up Arms (1775)

*"In despotic Governments, the Government has usurped, in a similar manner, both upon the state and the people: Hence all arbitrary doctrines and pretensions concerning the Supreme, absolute, and incontrolable, power of Government. In each, man is degraded from the prime rank, which he ought to hold in human affairs: In the latter, the state as well as the man is degraded. Of both degradations, striking instances occur in history, in politics, and in common life."* Chisholm v Georgia 2 Dal. 419, at 461

and any government official that fails to protect my rights is engaged in a seditious conspiracy

*"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."* 18 USC § 2384, and further,

23 And they are operating under color of law

*"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the apparent authority of law but actually in contravention of law."* Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

*"Color"* means *"An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."* Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

*"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the apparent authority of law but actually in contravention of law."* Barron's Dictionary of Canadian Law, Sixth Edition, page 51

by assaulting me based on their fictitious Fourteenth Amendment US citizen Minor Estate (31 CFR 363.6) which is a fraud



*"By metaphysical refinement in examining the form of our government it might be correctly said that <u>there is no such thing as a citizen of the United States.</u>*

*A citizen of any one of the States of the Union is held to be and called a citizen of the United States, although <u>technically and abstractly there is no such thing</u>." Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added]*

*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says; "The Legal Estate to be in Cestui Que Use"*

*"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873)*

*"A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc." Congressional Record, June 13 1967, pp. 15641-15646*

*". . . (E)very taxpayer is a cestui que trust having sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction." In Re Bolens (1912), 135 N.W. 164*

which originated with the Roman cult

*"Yet still it was found difficult to set bounds to <u>ecclesiastical</u> ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, <u>who was held by the courts of equity (then under the direction of the clergy)</u> to be bound in conscience to account to his <u>cestui que use</u> for the rents and emoluments of the estate: <u>and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing</u>." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain*

and they cannot claim "good faith" under their State edicts under martial law

*"(a) No evidence obtained by an officer or other person in violation of any provisions of the Constitution or laws of the State of Texas, or of the Constitution or laws of the United States of America, shall be admitted in evidence against the accused on the trial of any criminal case.*
*<u>(b) It is an exception to the provisions of Subsection (a) of this Article that the evidence was obtained by a law enforcement officer acting in objective good faith reliance upon a warrant issued by a neutral magistrate based on probable cause</u>." Texas Code of Criminal Procedure, Article 38.23 Evidence Not to Be Used [emphasis added],*

17

or their edicts under Martial Law federal statutes

> *"(e)DEFENSE.—A good faith reliance on—*
> *(1) a court warrant or order, a grand jury subpoena, a legislative authorization, or a statutory authorization (including a request of a governmental entity under section 2703(f) of this title);*
> *(2) a request of an investigative or law enforcement officer under section 2518(7) of this title; or*
> *(3) a good faith determination that section 2511(3) of this title permitted the conduct complained of;*
> *is a complete defense to any civil or criminal action brought under this chapter or any other law." 18 US Code 2707 Civil Action*

by criminally converting my proper appellation into a fictitious fraud "GLENN WINNINGHAM FEARN" in my case, using the Minor Estate (31 CFR 363.6) and *capitis deminutio*

> *"Capitis deminutio is the destruction of the 'caput' or legal personality. Capitis deminutio, so to speak, wipes out the former individual and puts a new one in his place, and between the old and the new individual there is, legally speaking, nothing in common. A juristic personality may be thus destroyed in one of three ways: (1) by loss of the status libertatis. This is the capitis deminutio maxima; (2) by loss of the status civitatis. This is the capitis deminutio media (magna); (3) by severance from the agnatic family. This entails capitis deminutio minima." Rudolph Sohm, The Institutes: A Textbook of the History and System of Roman Private Law 178–79 (James Crawford Ledlie trans., 3d ed. 1907). " Black's Law Dictionary 8th Edition, page 629 [emphasis added]*

> *"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights." Black's Law Dictionary 4ᵗʰ Edition, 1968*

because *capitis diminutio maxima* is used when they enslave you, and they are Satanists using fraud and deception to sell you into slavery, as collateral for their Minor Estate (31 CFR 363.6).

> *"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

and by criminally converting my postal address from the land of Texas into their District of Columbia territory with the use of a ZIP CODE, and they are all satanic children of the devil

> *"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44*



> *"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, <u>and sorcerers</u> [pharmaceutical drug pushers], and idolaters, <u>and all liars</u>, shall have their part in the lake which burneth with fire and brimstone: which is the second death." Revelations 21:8*

and their judgment day is coming

> *"I know thy works , and tribulation,..... and I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan." Revelations 2:9*

and at common law they would all be put to death

> *"If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him ; then that thief shall die; and thou shalt put evil away from among you." Deuteronomy 24:7.*

which is why they need to orchestrate their military dictatorship, because it uses International Law to supersede and replace common law

> *"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property.........<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial</u>.......and for altering fundamentally the form of government established by charter. We saw the misery to which such despotism would reduce us." Causes and Necessity for Taking up Arms (1775),* and further,

24    The International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 affirms my right to self determination

> <u>*All peoples have the right of self-determination*</u>*. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means I decide who I am and not some oath perjuring bureaucrat, and further,

25 All BAR members and other officers of my Court are required to know the law

> *"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26),* and further,

26    Ignorance of the law is no excuse and all officers of my court are presumed to know the law

> *"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*19*

*"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398,* and further,

## SUBMITTED BY DECLARATION

i, glenn winningham; fearn, Sui Juris, a natural man of the republic, living in the republic, a common man, does declare that i have scribed and read the foregoing facts, and in accordance with the best of my firsthand knowledge and belief, such are true, correct complete and not misleading, the truth, the whole truth and nothing but the truth, pursuant to your Rule 201 of your rules of evidence, and further,

Signed and sealed in red ink on the soil of Texas, pursuant to locus sigilli
*"locus sigilli - The place of the seal. Today this phrase is almost always abbreviated "L.S." " Black's Law Dictionary 9th Edition, page 1026.*

under penalties with perjury, [28 USC § 1746 (1)], under the laws of the United States of America, and without the United States, and further,

Further Affiant sayeth naught,

This Declaration is dated January __31st__, 2025.

_____ L.S.
I, a man

glenn winningham; house of fearn, sui juris
sovereign living soul, holder of the office of "the People"
a man on the soil of Texas
With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.



## JURAT

**Texas**                              )
                                       )        Subscribed, Affirmed, Sealed
**Tarrant County**                     )

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is
known to me, appeared before me and after affirming, he executed the foregoing
document on this the ___31ˢᵗ___ day of January, in the year two thousand and
Twenty-five.


_____
Notary Public

JEFF RAWLINS
Notary Public, State of Texas
Comm. Expires 11-26-2027
Notary ID 132285136

# Pedigree Chart

Chart no. 1

16 **John Alston Winningham**
B: 21 Feb 1808
M: 1835
D: 19 Jul 1904

8 **John (Jack) R. Winningham**
B: 22 Dec 1838
P: ,Overton,Tennessee,USA
M: 1885
P: ,Overton,Tennessee,USA
D: 5 Jan 1889
P: ,Overton,Tennessee,USA

17 **Permelia Mayfield**
B: 1818
D: 1870

4 James **Carlton Winningham**
B: 28 Apr 1856
P: ,Overton,Tennessee,USA
M: 1873
P:
D: 22 Apr 1922
P: Terral,Jefferson,O,USA

18 **Gray**
B:
M:
D:

9 **Evelene Gray**
B: 1 Jan 1837
P: ,Overton,Tennessee,USA
D: 20 Mar 1891
P: ,Overton,Tennessee,USA

19 **Polly Hill**
B:
D:

2 **Quitman Elbert Winningham**
B: 11 Aug 1886
P: Overton,Tennessee,USA
M: 5 Jul 1908
P: Terral,Jefferson,O,USA
D: 28 Feb 1958
P: Ryan,Jefferson,O,USA

20 **Allan McDonald**
B: 1776
M:
D:

10 **Jason McDonald**
B: 22 Jan 1817
P: ,Overton,Tennessee,USA
M: 1854
P: ,Overton Co.,Tennessee,USA
D: 4 Oct 1908
P: Monroe,Overton,T,USA

21 **Susannah Sells**
B: 1785
D: 1855

5 **Clementine McDonald**
B: 22 Sep 1882
P: ,Overton,Tennessee,USA
D: 1895
P: ,Lampasas,Texas

22 **Buckner Ledbetter**
B: 1611
M: 1825
D: 1854

11 **Mary J. Ledbetter**
B: 1826
P: ,Overton,Tennessee,USA
D: 1883
P: ,Overton,Tennessee,USA

23 **Virginia Jane Lions**
B: 1812
D: 1865

1 **Hazel Lorene Winningham**
B:
P:
M: 5 Nov 1975
P: Cardston,Alberta,Canada
D:
P:

24 _____
B:
M:
D:

12 **George M. Atkins**
B: 1822
P: ,,Alabama
M:
P:
D:
P: ,Texas

25 _____
B:
D:

**Roderick Murray Feam**
(Spouse of no. 1)

6 **Robert Bell Atkins**
B: 20 Jan 1859
P: Jacksonville,Cherokee,T,USA
M: 21 Aug 1883
P:
D: 25 Sep 1951
P: Chickasha,Grady,O,USA

26 _____
B:
M:
D:

13 **Nancy Moranda Morgan**
B: 1823
P: ,,North Carolina
D:
P:

27 _____
B:
D:

28 **Miles McGinnis McDowell**
B: 24 Jun 1804
M: 19 Oct 1825
D: 1836

3 **Ruby May Atkins**
B: 5 May 1890
P: Mexia,Limestone,Texas,USA
D: 27 Aug 1960
P: Ryan,Jefferson,O,USA

14 **Wiley Galloway McDowell**
B: 5 Aug 1833
P: ,Morgan,Alabama
M: 10 Nov 1852
D: 28 Oct 1887
P: ,Tippah,Missouri

29 **Ann Aycock**
B: 1798
D: 1835

7 **Katherine May McDowell**
B: 26 Feb 1859
P: Wesson,Coplah,Missouri
D: Sep 1937
P: Terral,Jefferson,O,USA

30 **David Dean**
B: 1808
M:
D:

15 **Mary Ann Dean**
B: 10 Nov 1834
P: ,,Tennessee
D:
P:

31 **Elizabeth**
B: 1802
D:

13 Aug 2012

Page 22 of 24



# Pedigree Chart

Chart no. 1

16 **William Winningham**
B: 2 Jul 1732
M:
D:

8 **James J. Winningham**
B: 29 Feb 1756
P: ,Prince George,Virginia,USA
M: 13 Jun 1792
P:
D: 25 Aug 1836
P: ,Randolph,North Carolina,USA

17 **Sarah**
B:
D:

4 **Adam Winningham**
B: 1781
P: ,Randolph,North Carolina
M: 1801
P:
D: Sep 1859
P: ,Overton,Tennessee,USA

18 _____
B:
M:
D:

9 **Sarah Nichols**
B: 1760
P:
D:
P: ,Randolph,Virginia

19 _____
B:
D:

2 **John Alston Winningham**
B: 21 Feb 1808
P: ,Randolph,North Carolina
M: 1835
P: ,Overton Co.,Tennessee,USA
D: 19 Jul 1904
P: ,Overton,Tennessee,USA

20 _____
B:
M:
D:

10 _____
B:
P:
M:
P:
D:
P:

21 _____
B:
D:

5 **Isobell**
B: 1782
P: ,,Virginia
D: 1845
P: ,Overton,Tennessee,USA

22 _____
B:
M:
D:

11 _____
B:
P:
D:
P:

23 _____
B:
D:

1 **John (Jack) R. Winningham**
B: 22 Dec 1838
P: ,Overton,Tennessee,USA
M: 1885
P: ,Overton,Tennessee,USA
D: 5 Jan 1889
P: ,Overton,Tennessee,USA

24 **John Mayfield**
B: 1724
M:
D:

12 **Stephen Mayfield**
B: 1755
P: ,Albemarle Co,Virginia,USA
M:
P:
D: 1776
P:

25 **Delia**
B:
D:

6 **John Mayfield**
B: 1783
P: ,Essex County,Virginia,USA
M: 13 Aug 1813
P: ,Overton Co,Tennessee,USA
D: 11 Oct 1826
P: ,Overton,Tennessee,USA

26 **John Gilmore**
B:
M:
D:

13 **Bridgett Gilmore**
B:
P:
D:
P:

27 **Judith**
B:
D:

**Evelene Gray**
(Spouse of no. 1)

28 **William Todd Livingston**
B: 1714
M: 1749
D: 1778

14 **Henry Livingston**
B: 1 Mar 1765
P: ,King & Queen Co.,Virginia
M: 21 Feb 1793
P:
D: 23 May 1834
P: ,Overton Co.,Tennessee,USA

29 **Sarah Ware**
B:
D: 1794

3 **Permelia Mayfield**
B: 1818
P: ,Overton,Tennessee,USA
D: 1870
P: ,Overton,Tennessee,USA

30 **Cornelius Carmack**
B: 18 Jun 1736
M: 1758
D: 18 Jul 1824

7 **Mary Polly Livingston**
B: 13 Mar 1795
P: ,Washington Co.,Virginia,USA
D:
P:

15 **Susannah Carmack**
B: 30 Dec 1770
P: ,Frederick Co.,Maryland,USA
D: 1856
P: ,Overton Co.,Tennessee,USA

31 **Margery Jane Evans**
B:
D:

13 Aug 2012

*Page 23 of 24*



# Pedigree Chart

Chart no. 1

**16** _____
B:
M:
D:

**8** John McDowell
B:
P: ,,Scotland
M:
P:
D:
P:

**17** _____
B:
D:

**4** John McDowell
B: 1758
P: ,,Ireland
M: 21 May 1790
P: ,,South Carolina,United States
D: 1856
P: ,Lawrence,Alabama

**18** _____
B:
M:
D:

**9** _____
B:
P:
D:
P:

**19** _____
B:
D:

**2** Miles McGinnis McDowell
B: 24 Jun 1804
P: ,Wilkes,Georgia
M: 19 Oct 1825
P:
D: 1836
P: ,Morgan,Alabama

**20** _____
B:
M:
D:

**10** Philemon Thomas
B:
P:
M:
P:
D:
P: ,South Carolina,United States

**21** _____
B:
D:

**5** Sarah Thomas
B: 15 Jun 1772
P: ,Marlboro,South Carolina,USA
D: 13 Aug 1856
P: ,Lawrence,Alabama,USA

**22** _____
B:
M:
D:

**11** _____
B:
P:
D:
P:

**23** _____
B:
D:

**1** Wiley Galloway McDowell
B: 5 Aug 1833
P: ,Morgan,Alabama
M: 10 Nov 1852
P:
D: 28 Oct 1887
P: ,Tippah,Missouri

**24** William Aycock
B: 1705
M: 1736
D: 1765

**12** Richard Aycock
B: 1739
P: ,,Virginia,United States
M: 1768
P: ,North Carolina
D: 1786
P: ,Wilkes,Georgia,United States

**25** Rebecca Pace
B: 1665
D:

**6** Henry Aycock
B: 1773
P: ,North Carolina,United States
M: 26 Dec 1797
P:
D: 1826
P: ,Morgan,A,United States

**26** _____
B:
M:
D:

**13** Rebecca Thurman
B: 1743
P: ,Bertie,North Carolina,USA
D: 1783
P: ,Wilkes,Georgia,USA

**27** _____
B:
D:

**Mary Ann Dean**
(Spouse of no. 1)

**3** Ann Aycock
B: 1798
P: ,Morgan,Alabama
D: 1835
P: ,Morgan,Alabama

**28** John Stovall
B:
M:
D:

**14** Drury Stovall
B: 1752
P:
M:
P:
D: 1826
P:

**29** Dorcas
B:
D:

**7** Mildred Stovall
B: 1780
P: ,,Virginia,United States
D: 1854
P: ,Morgan,A,United States

**30** John Stone
B:
M:
D:

**15** Ann Stone
B: 1751
P:
D: 1821
P:

**31** Mildred Corder
B:
D:

13 Aug 2012

Page 24 of 24



Title Holder: Glenn Winningham, house of Fearn

Kathryn Phillips, private (wo)man, Notice and Demand 061022

From:
General Post Office, ZIP Code Exempt
[glenn winningham; house of fearn]
C/O 6340 Lake Worth Boulevard #437
Fort Worth, Texas
Non-Domestic Mail, Without United States

**By Registered Mail RE 332 991 424 US**
Original To:
Kathryn Phillips, the private (wo)man acting as
Montague County Tax Assessor Collector
Post Office Box 8
Montague, Texas 76251

**By Registered Mail RE 332 991 438 US**
Copy To:
Clay V Riddle, the private man acting as
Montague County Attorney
Post Office Box 336
Montague, Texas 76251

**By Registered Mail RE 332 991 441 US**
Copy To:
Kim Jones, the private (wo)man acting as
Montague County Clerk
Post Office Box 77
Montague, Texas 76251

**By Registered Mail RE 332 991 455 US**
Copy To:
Jennifer Fenoglio, private (wo)man acting as
Montague County Treasurer
Post Office Box 186
Montague, Texas 76251

### Notice and Demand

### Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.

i, me, my, myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O General Post Office, ZIP CODE EXEMPT, glenn winningham; house of fearn, C/O 6340 Lake Worth Boulevard, #437, Fort Worth, Texas, Non-Domestic Mail, Without the United states, do hereby **notice** you of the following:

One.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that i accept your Oath of office.

Two.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that equality under the Law is paramount and mandatory by Law.

Three. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that if you think or assume that you are representing me, the heir of God (Genesis 1:26), you are **fired**!

Four.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths,

Kathryn Phillips, private (wo)man, Notice and Demand 061022

that neither you, nor any other man or woman, nor any person, is competent in dealing with any of my affairs.

Five.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that i am competent for dealing in all of my affairs.

Six.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that any communication with me, by you, your successors, or your subordinates shall be signed "under the penalty of perjury".

Seven.        You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that pursuant to 18 USC § 1342, My proper name is glenn winningham; house of fearn and My proper postal address is;
**General Post Office, ZIP Code Exempt**
**C/O 6340 Lake Worth Boulevard, #437**
**Fort Worth, Texas**
**Non-Domestic Mail, Without the United States**
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and in the event your mail is not shown **exactly** like this, in any communication with me, it is further agreed by you, your subordinates, and your successors, that you **intend** to engage in **mail fraud**.

Eight.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that your Roman Cult Cestui que Trust WINNNGAM GLENN, is a dead thing, and any attempt to communicate with your Roman Cult Cestui Que Trust is fraud and you are actually communicating with me and I would be required to file mail fraud charges, pursuant to 18 USC § 1342, and use this as evidence that it was intentional.

Nine.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, i am a Texas National, and a peaceful inhabitant of the land known as Texas.

Ten.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, somebody in Kim Jones office, or your office have engaged in multiple felonies, including but not limited to all of the felonies described herein by Criminally converting my appellation into WINNINGHAM GLENN which is designed to engage in the theft of my land, threaten me, injure me, coerce me, and intimidate me in the free exercise of my rights, under the color of law, and other crimes.

Eleven.        You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are presumed to know the law;

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

*"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [\*300] that [HN9] the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited." 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

**Twelve.**    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that because of the Maxim of Law *ejusdem generis*, in definition sections of statutes the entities listed are all the same kind of entities,
*"EJUSDEM GENERIS. Of the same kind, class, or nature. In the construction of laws, wills, and other instruments, the "ejusdem generis rule" is, that where general words follow an enumeration of persons or things, by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to persons or things of the same general kind or class as those specifically mentioned. Black, Interp. of Laws, 141; Goldsmith v. U. S., C.C.A.N.Y., 42 F.2d 133, 137; Aleksich v. Industrial Accident Fund, 116 Mont. 69, 151 P.2d 1016, 1021." Black's Law Dictionary 4th Edition, Page 608, Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.*

*"EJUSDEM GENERIS [Latin "of the same kind or class"] A canon of construction that when a general word or phrase follows a list of specifics, the general word or phrase will be interpreted to include only items of the same type as those listed. • For example, in the phrase horses, cattle, sheep, pigs, goats, or any other farm animal, the general language or any other farm animal — despite its seeming breadth — would probably be held to include only four-legged, hoofed mammals typically found on farms, and thus would exclude chickens. — Cf. EXPRESSIO UNIUS EST EXCLUSIO ALTERIUS; NOSCITUR A SOCIIS; RULE OF RANK." Black's Law Dictionary 8th Edition page 1568*

**Thirteen.**    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that i do not have any firsthand knowledge of being born, and anything else about any birth is hearsay, and inadmissible as evidence in any court, but i can tell you that i do remember finishing high school in the year 1975, (over 40 years ago) therefore i am well past the age of majority.

**Fourteen.**    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that I do NOT exist by your permission, or anyone else's permission
*"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission." McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819). [emphasis added]*

**Fifteen.**    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that a "person" is a fictitious entity, as found in the Texas Government Code,
*""Person" includes corporation, organization, government or governmental subdivision or agency, business trust, estate, trust, partnership, association, and any other legal entity." Texas Government Code 311.005 (2)*

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

and an "individual" as found in the Texas Business and Commerce Code is a 15 USC § 44 unincorporated corporation (*cestui que* trust);

*(27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, any other legal or commercial entity, or a particular series of a for-profit entity. Texas Business and Commerce Code, Title 1, Chapter 1, Section 1.201 General Definitions*

*""Corporation" shall be deemed to include any company, trust, so-called Massachusetts trust, or association, incorporated or unincorporated, which is organized to carry on business for its own profit or that of its members, and has shares of capital or capital stock or certificates of interest, and any company, trust, so-called Massachusetts trust, or association, incorporated or unincorporated, without shares of capital or capital stock or certificates of interest, except partnerships, which is organized to carry on business for its own profit or that of its members." 15 USC 44 Definitions*

Sixteen.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that the use of any statutes, codes, rules, regulations, or court citations, within any document created by me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that i have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

Seventeen.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that those public servants who perjure their oaths, cease to represent the government, waive any immunity, are presumed to know the law, are in fact a color of law enforcement agent.
*"An officer who acts in violation of the Constitution ceases to represent the government".  Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.*

*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen  [\*300] that <sup>HN9</sup> the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

Eighteen.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED as implied under your oaths, that a Taxpayer is a "person" as found in
*"In this title: (8)  "Taxpayer" means a person liable for a tax, fee, assessment, or other amount imposed by a statute or under the authority of a statutory function administered by the comptroller." Texas Tax Code Sec. 101.003 DEFINITIONS*

Nineteen.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that the Act of Congress, that precipitated all of this, Chap XLV, approved August 5, 1861 at 12 Stat. 292 and there is a commission paid for every dollar collected at 12 Stat. 308, which evidences your extortion motivation

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

*Sec. 48. And be it further enacted, That there shall be allowed to the collectors appointed under this act, <u>in full compensation for their services and that of their deputies in carrying this act into effect, a commission of four per centum upon the first hundred thousand dollars, one per centum upon the second one hundred thousand dollars, and one-half of one per centum upon all sums above two hundred thousand dollars;</u> such commissions to be computed upon the amounts by them respectively paid. 12 Stat. 308 (1861)*

Twenty.      You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are required to have an Oath of Office
*Sec. 11. And be it further enacted, That each of the assessors….. and each assessor and assistant assessor so appointed, and so accepting the appointment, shall, before he enters on the duties of his appointment, take and subscribe, before some competent magistrate, or some collector, to be appointed by this act, (who is hereby empowered to administer the same,) the following oath or affirmation, to wit : <u>"I, A. B, do swear, or affirm, (as the case may be,) that I will, to the best of my knowledge, skill, and judgment, diligently and faithfully execute the office and duties of assessor for, (naming the assessment district,) without favor or partiality, and that I will do equal right and justice in every case in which I shall act as assessor."</u> 12 Stat. 296-297*

with the pains and penalties of perjury of oath
*Sec. 47. And be it farther enacted, That any person who shall be convicted of wilfully taking a false oath or affirmation in any of the cases in which an oath or affirmation is required to be taken by this act, shall be liable to the pains and penalties to which persons are liable for wilful and corrupt perjury, and shall, moreover, forfeit the sum of five hundred dollars.12 Stat. 308*

Twenty-one.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that the Constitution for the United States of America is the Supreme Law of the land
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

Twenty-two.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that Article 1, Section 10, Clause 1 of the Constitution requires that ONLY gold or silver coin be used as a tender in the payment of a debt
*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; <u>make any Thing but gold and silver Coin a Tender in Payment of Debts;</u> pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. Constitution for the United States of America, Article 1, Section 10, Clause 1 [emphasis added]*

Twenty-three.      You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you may NOT ask for gold or silver coin because it is NOT in general circulation and has not been since 1964 and you can ONLY accept Federal Reserve Notes or their equivalent
*(7) <u>"Market value" means the price at which a property would transfer for cash or its equivalent</u> under prevailing market conditions if:
exposed for sale in the open market with a reasonable time for the seller to find a purchaser;
both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and both the seller and purchaser seek to maximize their gains and neither is in a position to take advantage of the exigencies of the other. Texas Tax Code Section 1.04 Definitions [emphasis added]*

Twenty-four.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that under the Gold Reserve Act of 1934, Federal Reserve Notes are for use in the District of Columbia ONLY
*SEC. 15. As used in this Act the term "United States" means the Government of the United States; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents . ... Gold Reserve Act of 1934, 48 Stat. 344*

and a "person" is ONLY a fictitious entity.

Twenty-five.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that Federal Reserve Notes are forced loans / military scrip / fake money
*"The forced loans of 1862 and 1863, in the form of  legal tender notes, were vital forces in  the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432.*

Twenty-six.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that ad valorem taxes are prohibited in Texas and the tax in question is an ad valorem tax
*STATE AD VALOREM TAXES PROHIBITED. No State ad valorem taxes shall be levied upon any property within this State. Texas Constitution, Article 8, Section 1-e*

*Twenty-seven.*       You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that property "used for the production of income" can be taxed
*"RENDITION GENERALLY.  (a)  Except as provided by Chapter 24, a person shall render for taxation all tangible personal property used for the production of income that the person owns or that the person manages and controls as a fiduciary on January 1." Section 22.01 Texas Tax Code [emphasis added]*

or property that a "person...manages or controls as a fiduciary" for a cestui que trust may also be rendered for taxation, but i have failed to render my land for taxation, since it fails to apply to me, but I am lead to believe someone in your office did render my land without authority
*(E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction  In Re Bolens (1912), 135 N.W. 164.*

*A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. Congressional Record, June 13 1967, pp. 15641-15646*

Twenty-eight.       You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that the Supreme Court of the United States has defined "income" as corporate profits
*"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital*

*-- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived." that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...." Eisner v Macomber, 252 U.S. 189 [emphasis in the original]*

therefore, income is always denominated in Federal Reserve Notes or their equivalent.

Twenty-nine. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that it is impossible to "pay" anything with a Federal Reserve Note / military scrip / forced loan / fake money but instead they discharge debt with limited liability
*"There is a distinction between a debt discharged and one paid. When discharged, the debt still exists, though divested of its character as a legal obligation during the operation of the discharge." Stanek v. White (1927), 172 Minn. 390, 215 N.W. 781.*

Thirty. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, are hereby NOTICED that i have recently converted some silver to land as a man and a Texas national who fails to be a US citizen / cestui que trust as found in the face of the Grant Deed and Bill of Exchange, which is incorporated herein by reference in its entirety,  and it was recorded with the Montague County Clerk as Instrument Number 2105169 on 29 September 2021, and you are required to know that "twenty-five each united States of America, silver eagle one troy ounce pure silver coins, each of which has a face value of one dollar, for a total value of twenty-five dollars in lawful money, as payment in full" was used to "pay" for this land as evidenced by the face of the GRANT DEED AND BILL OF EXCHANGE and you are required to know that I am a "man" as evidenced by the face of the GRANT DEED AND BILL OF EXCHANGE.

Thirty-one.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, are hereby NOTICED that you are required to know that all corporations are DEAD and corporations have no rights except what are granted by statute, but I have unlimited rights
*"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people." U.S. v. Morris, 125 F 322, 325.*

*"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."  In Re Newman (1858), 9 C. 502.*

and you are required to know that I was granted all of the rights and privileges, as a man, of the original land patent, which was granted "Survey #547, granted to W Marlett, his heirs or assigns forever" and I am an assign, and there are no reservations for taxes, and it is impossible for me to be a fiduciary for your satanic Roman Cult cestui que trust, or anything else, because I am NOT a "person".

Thirty-two.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that by demanding Federal Reserve Notes you are bringing District of Columbia territorial codes on the land

of Texas in violation of Article 1, Section 8, Clause 17 of the Constitution of the United States of America

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America [emphasis added]*

which is evidence that you intend to perjure your oath of office in violation  of Texas Penal Code 37.02 Perjury

*Sec. 37.02.  PERJURY.  (a)  A person commits an offense if, with intent to deceive and with knowledge of the statement's meaning:*
*(1)  he makes a false statement under oath or swears to the truth of a false statement previously made and the statement is required or authorized by law to be made under oath;  or*
*(2)  he makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.*
*(b)  An offense under this section is a Class A misdemeanor.*

Thirty-three.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that because you are dealing with Federal Reserve Notes, you have waived any sovereignty you may have enjoyed and you have also waived any immunities you may have enjoyed

*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ...  For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

Thirty-four.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are failing to provide me with a Republican Form of Government as required to the Supreme Law of the Land

*"The United States shall guarantee to every State in this Union a Republican Form  of Government, ...."*
*Constitution for the United States of America, Aricle IV, Section 4*

which is evidence of another perjury of Oath.

Thirty-five.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you and your subordinates, have subjected me under the color of your codes, rules and regulations to the deprivation of my land, in violation of 18 USC § 242, which says;

*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; ........"*

which originated with the Act of Congress, Chap XLV, approved August 5, 1861 at 12 Stat. 307

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

*Sec. 43. And be it further enacted, That each and every collector, or his deputy, who shall exercise or be guilty of any extortion or oppression, under color of this act, or shall demand other or greater sums than shall be authorized by this act, shall be liable to pay a sum not exceeding two thousand dollars, to be recovered by and for the use of the party injured, with costs of suit, in any court having competent jurisdiction; and each and every collector, or his deputies, shall give receipts for all sums by them collected and retained in pursuance of this act. 12 Stat 307 (1861)*

and you are conspiring together to threaten me, intimidate me, oppress me, and injure me in the free exercise of my right to ignore your color of law Appraisals, Assessments, and Delinquent Tax Statement, in violation of your 18 USC § 241 says;

*"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

Thirty-six.    You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you and your accomplices have ceased to represent the government

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

therefore you are impersonating government officials by purporting to exercise the function of the Tax Assessor Collector

*"(a)  A person commits an offense if he:*
*(1) impersonates a public servant with intent to induce another to submit to his pretended official authority or to rely on his pretended official acts;  or*
*(2)  knowingly purports to exercise any function of a public servant or of a public office, including that of a judge and court, and the position or office through which he purports to exercise a function of a public servant or public office has no lawful existence under the constitution or laws of this state or of the United States.*
*(b)  An offense under this section is a felony of the third degree." Texas Penal Code, Section 37.11. IMPERSONATING PUBLIC SERVANT, [emphasis added],*

and your pretended official acts and pretended official authority are for the unconstitutional corporation ONLY and have no lawful existence under the Constitution or laws of the United States or of Texas, and you have no duty to obey an unconstitutional law

*"No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256*

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." Norton vs Shelby County, 118 U.S. 425, p. 442*

*"An unconstitutional law is void, and is as no law. An offence created by it is not a crime." Ex parte Siebold, 100 U.S. 371, 376 (1880), quoted with approval in Fay v. Noia, 372 U.S. 391, 408 (1963)*

Thirty-seven. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are

Title Holder: Glenn Winningham, house of Fearn                 Kathryn Phillips, private (wo)man, Notice and Demand 061022

**Obstructing by Force the Free exercise of Christian Religious Beliefs by Subjecting me to a Satanic Religious Ceremony, by denying Common Law money (gold or silver coin) as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction under Private International Law and your Roman Cult handlers in violation of 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs**

(a)*Whoever, in any of the circumstances referred to in subsection (b) of this section—*
*(2) intentionally obstructs, by force or threat of force, including by threat of force against religious real property, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so; shall be punished as provided in subsection (d).*
*(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.*
*(d)The punishment for a violation of subsection (a) or (c) of this section shall be—*
*(1) if death results from acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;*
*(5) in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both, 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs*

**because Civil Law, Roman Law Municipal Law, and Roman Civil Law are convertible phrases**
*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law.   See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

**and there is a maxim of Roman Law**
*Let him who is willing to be deceived be deceived*

**and you lie and cheat and steal and engage in fraud and deception when you criminally convert my name into WINNINGHAM GLENN (in this case) which is a Roman Cult cestui que trust**
*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

**under the Code of Law for the District of Columbia**
*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;*
*"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:…*
*"Third. The word "person" shall be held to apply to partnerships and corporations, …", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six In Sec. 1617, at 31 Stat. 1432*

Page 10 (plus attachments)                                           Kathryn Phillips, private (wo)man, Notice and Demand 061022
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.———————————————————————————————————Title Holder Glenn Winningham, house of Fearn
                                                                                                              With the Copy-Claim

and you presume I am dead
*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says;*
*"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

and the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money
*The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8*

which is the ONLY lawful money
*"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and Federal Reserve Notes are NOT God's lawful money, therefore they are Satan's fake money / military scrip / forced loans / IOUs
*"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44*

and you are Satanists and will reap a reward of Satanists.
*But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death. Revelations 21:8*

Thirty-eight.  You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are engaged in a seditious conspiracy
*"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both." 18 USC § 2384*

to assault me with your martial law
*Martial Law affects chiefly the police and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations. Aricle 10, General Orders 100 (Lieber Code)*

Thirty-nine.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that you are engaged in Official Oppression which is a felony if it is to benefit the Texas Education Agency and
otherwise it is a Class A Misdemeanor
*Sec. 39.03.  OFFICIAL OPPRESSION.  (a)  A public servant acting under color of his office or employment commits an offense if he:*
*(1)  intentionally subjects another to mistreatment or to arrest, detention, search, seizure, dispossession, assessment, or lien that he knows is unlawful;*
*(2)  intentionally denies or impedes another in the exercise or enjoyment of any right, privilege, power, or immunity, knowing his conduct is unlawful; or*
*(3)  intentionally subjects another to sexual harassment.*

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-----------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

Title Holder: Glenn Winningham, house of Fearn                    Kathryn Phillips, private (wo)man, Notice and Demand 061022

*(b) For purposes of this section, a public servant acts under color of his office or employment if he acts or purports to act in an official capacity or takes advantage of such actual or purported capacity.*
*(d) An offense under this section is a Class A misdemeanor, except that an offense is a felony of the third degree if the public servant acted with the intent to impair the accuracy of data reported to the Texas Education Agency through the Public Education Information Management System (PEIMS) described by Section 42.006, Education Code, under a law requiring that reporting.*

Forty. You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that your DELINQUENT TAX STATEMENT **is a threat letter** in violation of 18 USC § 876 Mailing Threatening Communications
*(a) Whoever knowingly deposits in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly causes to be delivered by the Postal Service according to the direction thereon, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person, and containing any demand or request for ransom or reward for the release of any kidnapped person, shall be fined under this title or imprisoned not more than twenty years, or both.*
*(b) Whoever, with intent to extort from any person any money or other thing of value, so deposits, or causes to be delivered, as aforesaid, any communication containing any threat to kidnap any person or any threat to injure the person of the addressee or of another, shall be fined under this title or imprisoned not more than twenty years, or both.*
*(c) Whoever knowingly so deposits or causes to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another, shall be fined under this title or imprisoned not more than five years, or both. If such a communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both.*
*(d) Whoever, with intent to extort from any person any money or other thing of value, knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both. If such a communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both. 18 USC § 876 Mailing threatening Communications*

Forty-one.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, and subordinates and successors, are NOTICED that i have the right to be left alone,
*"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)*

Forty-two.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, are hereby NOTICED that I DEMAND to see the bona fide contract by which I have agreed to your "taxes".

Forty-three.   You, Kathryn Phillips, the private (wo)man acting as Montague County Tax Assessor Collector, are hereby NOTICED that this is a good faith attempt to get you to correct your records by taking my land  off your tax rolls, and your failure to provide a bona fide contract, by which I have knowingly, willingly, intentionally agreed to your taxes, and any further communication attempting to collect the taxes extortion, or because of any non-payment of your taxes, extortion, shall be multiple felonies, including but not limited to

Title Holder: Glenn Winningham, house of Fearn          Kathryn Phillips, private (wo)man, Notice and Demand 061022

all of the crimes described herein, <u>and this Notice and Demand shall be evidence of your</u> <u>intent to engage in all of the crimes, including but not limited to, those described herein,</u> and it shall be further evidence that Clay V Riddle, Kim Jones and Jennifer Fenoglio and others intend to be your accomplices and co-conspirators, as well as your agreement that I file criminal complaints against all of you, and BAR grievances against all BAR members in your private capacity, and seek other remedies.

Forty-four.    Signed and sealed in red ink on the soil of Texas, under penalties with perjury, pursuant to locus sigilli, and Rule 201 of your Rules of Evidence.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the Principal is Notice for the Agent and Notice for the Agent is Notice for the Principal.**

This private instrument was prepared by glenn winningham; house of fearn.

1 June 2022

_____ L.S.
glenn winningham; house of fearn, a man
sovereign living soul, holder of the office of "the people"
Texas National who fails to be a US citizen / cestui que trust
inhabitant of the land known as Texas
with full responsibility for my actions under God's law
as found in the Bible, and no other

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder Glenn Winningham, house of Fearn
With the Copy-Claim

# Delinquent Tax Statement

| TAX OFFICE | PROPERTY OWNER |
|---|---|

MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251

WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135

(940) 894-2081

*(**IF YOU NEED A MORE DETAILED STATEMENT, PLEASE CONTACT THE TAX OFFICE SHOWN ABOVE)*

| Property Description | Entities |
|---|---|
| Account:52018-0003-0014-0005 R000024459 LOTS 5-6 BLK 14, UNIT 3, FRONTIER SHORES ACRES:0.000<br><br>Account:52018-0003-0014-0008 R000024906 LOTS 8-9, BLK 14, UNIT 3, FRONTIER SHORES ACRES:0.000 | BOWIE INDEPENDENT SCHOOL DISTRICT |

### Taxes Due

| Tax Year | Base Tax Amt | Penalties+Int | Total |
|---|---|---|---|
| 2020 | $84.83 | $45.47 | $130.30 |
| 2021 | $83.17 | $10.81 | $93.98 |

| Total if paid by | | |
|---|---|---|
| 5/31/2022 | $224.28 |
| 6/30/2022 | $226.97 |

MAKE SURE CHECK/MONEY ORDER IS PAYABLE TO THE TAX OFFICE LISTED ABOVE.

MAKE SURE THE TAX OFFICE ADDRESS IS SHOWING IN THE RETURN ENVELOPE WINDOW.

HAVE YOU MOVED?    NEW ADDRESS _____

_____

_____



MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251

5/1/2022

(940) 894-2081

#BWBBCKK    4764  1 AB 0.461***AUTO**ALL FOR AADC 760 AADC 2 PT 18
#T/0120/0030562/2#
||||||||||||||||||||||||||||||||||||||||||||||||||
WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135-3602

# DELINQUENT TAX STATEMENT

NOTICE: AN ADDITIONAL COLLECTION PENALTY WILL BE ADDED TO THE 2021 TAXES ON THIS STATEMENT ON JULY 1, 2022.  (SECTION 33.07 OF THE STATE OF TEXAS PROPERTY TAX CODE)

TAXES WILL ACCRUE ADDITIONAL PENALTIES AND INTEREST IN ACCORDANCE WITH SECTION 33.01 OF THE TEXAS STATE PROPERTY TAX CODE.

PURSUANT TO SECTION 33.045 OF THE TEXAS PROPERTY TAX CODE, IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE TAX COLLECTOR AT THE MONTAGUE COUNTY APPRAISAL DISTRICT REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE TAX COLLECTOR AT THE MONTAGUE COUNTY APPRAISAL DISTRICT FOR THE PAYMENT OF THESE TAXES.

THE TAXES ON THIS PROPERTY ARE DELINQUENT. THE PROPERTY IS SUBJECT TO A LIEN FOR THE DELINQUENT TAXES. IF THE DELINQUENT TAXES ARE NOT PAID, THE LIEN MAY BE FORECLOSED ON. THIS NOTICE IS REQUIRED TO BE SENT TO ALL ACCOUNTS WITH DELINQUENT 2021 TAXES.

*SEE REVERSE SIDE FOR TAX DETAIL*
(Remove this portion and return it with your payment in the envelope provided)

| Property Accounts |
|---|
| 52018-0003-0014-0005 |
| 52018-0003-0014-0008 |

T/0120/0030562/
WINNINGHAM GLENN
6340 LAKE WORTH BLVD #437
FORT WORTH TX 76135

MAKE PAYMENT TO:

TOTAL IF PAID BY: 5/31/2022    6/30/2022
PAYMENT DUE:      $224.28     $226.97

MONTAGUE COUNTY APPRAISAL DISTRICT
PO BOX 121
MONTAGUE TX 76251



(940) 894-2081

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** RE332991424US

Remove ✕

Your item was delivered at 8:37 am on June 6, 2022 in MONTAGUE, TX 76251.

## ⊘ Delivered

June 6, 2022 at 8:37 am
MONTAGUE, TX 76251

Get Updates ⌄

40

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** RE332991455US

Remove ✕

Your item was delivered at 10:46 am on June 13, 2022 in MONTAGUE, TX 76251.

✓ **Delivered**

June 13, 2022 at 10:46 am
MONTAGUE, TX 76251

Get Updates ∨



Registered No. RE 332 991 455US

Date Stamp    HURST, TX 76054    JUN 10 2022

Postage $
Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Extra Services & Fees (check box, add fee)
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees $

Customer Must Declare Full Value $ .00    Received by

OFFICIAL USE

FROM  Glen Whitley/Comm. Team
6100 340 Lake Worth Blvd
Fort Worth, Texas
Zip Code Exempt

TO  Jennifer Fenoglio
Montague Co. Treasurer
P.O. Box 18
Montague, Texas 76251

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature  X _Jennifer_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  Jennifer Fenoglio  C. Date of Delivery  6-13-22
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jennifer Fenoglio
Montague County
P.O. Box 18
Montague, Texas 76251

2. Article Number (Transfer from service label)
RE 332 991 455 US

9590 9402 6467 0346 4697 39

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=re332991455us%2C

6/13/22, 4:14 PM                                    USPS.com® - USPS Tracking® Results

## USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number: RE332991438US**

Remove ✕

Your item was delivered at 2:34 pm on June 13, 2022 in MONTAGUE, TX 76251.

## ✓ Delivered

June 13, 2022 at 2:34 pm
MONTAGUE, TX 76251

Get Updates ✓

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** RE332991441US

Your item was picked up at the post office at 10:13 am on June 13, 2022 in MONTAGUE, TX 76251.

## ✅ Delivered, Individual Picked Up at Post Office

June 13, 2022 at 10:13 am
MONTAGUE, TX 76251

**Get Updates ∨**





FILED FOR RECORD
KIM JONES - COUNTY CLERK

MONTAGUE COUNTY, TEXAS

## INST NO: 2105169

FILED ON: SEPTEMBER 29, 2021 AT 03:48pm

THIS INSTRUMENT CONTAINED 2 PAGES AT FILING



THE STATE OF TEXAS COUNTY OF MONTAGUE
I hereby certify that this instrument was filed on the date and
time stamped hereon and recorded in the instrument of
named record of Montague County, and stamped hereon by
me.
DATE: SEPTEMBER 29, 2021
KIM JONES, COUNTY CLERK

Instrument # **2105169** , _____ Pages

OPR RECORDS

2105169

When recorded mail to:
General Post Office, ZIP Code EXEMPT
glenn winningham; house of fearn
C/O 6340 Lake Worth Boulevard #437
Fort Worth, Texas [RR 76271]
Non-Domestic Mail; Without the United states

# GRANT DEED and BILL OF EXCHANGE

Texas American Holdings, a trust
3210 Brown Trail
Bedford, Texas [RR 76021]
the **GRANTOR,** upon receipt of twenty-five each united States of America, silver eagle one troy ounce pure silver coins, each of which has a face value of one dollar, for a total value of twenty-five dollars in lawful money, as payment in full, does hereby convey, grant, and exchange to;

glenn winningham; house of fearn, a man on the soil of Texas, holder of the office of "the people", a Texas National who fails to be a cestui que trust/US citizen
the **GRANTEE**
full title, legal, and equitable, to the following described real property situated on the land of Montague County, on the land of Texas;
**All of Lots 5, 6, 8, and 9, Block 14, Unit 3, Frontier Shores Lake Estates,**
**together with all of the rights and privileges associated with the original Land Patent Survey #547**
**granted to W Marlett, all of which is incorporated herein by reference in its entirety;**

GRANTOR
By _____
Joseph Diruzzo, Trustee
TEXAS AMERICAN HOLDINGS

### Notice
Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner.  The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

As a Notary Public, I hereby certify that Joseph Diruzzo, who is known to me, appeared before me and executed the foregoing **GRANT DEED and BILL OF EXCHANGE,** on this _____ day of September, in the year two thousand and twenty-one.

_____
Notary Public

GAYLE DEAN PULLIAM
Notary ID #131856133
My Commission Expires
January 15, 2023

GRANTEE Accepted
By _____
glenn winningham; house of fearn, sui juris
a living man on the soil of Texas
Texas National who fails to be a US citizen / cestui que trust

### Notice
Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner.  The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and accepted the foregoing **GRANT DEED and BILL OF EXCHANGE,** on this _____ day of September, in the year two thousand and twenty-one.

_____
Notary Public

GAYLE DEAN PULLIAM
Notary ID #131856133
My Commission Expires
January 15, 2023

GRANT DEED and BILL OF EXCHANGE Page 1 of 1



# General Real Property Rendition of Taxable Property

**CONFIDENTIAL**

Property Tax
**Form 50-141**

Appraisal District's Name

Phone *(area code and number)*

Address, City, State, ZIP Code

This form is for use in rendering for taxation real property that you own or manage and control as a fiduciary on January 1 of the year for which the property is rendered. Unless required by the Tax Code or the chief appraiser of your county appraisal district, rendering such property is optional. The chief appraiser may require rendition that is not mandated by the Tax Code. If you do render, you must use this form or a form approved by the Comptroller containing information which is in substantial compliance with this form and you must deliver the form to the chief appraiser after January 1 and not later than April 15. On written request by the property owner, the chief appraiser shall extend a deadline for filing a rendition statement or property report to May 15. The chief appraiser may further extend the deadline an additional 15 days upon good cause shown in writing by the property owner.

If you have previously filed a rendition form and it remains an accurate rendition of your property for this year, you may check the box below and sign this form.

Appraisal District's Property Identification Number *(if known)*

Tax Year

Property Owner's Name

Present Mailing Address

City, State, ZIP Code

Phone *(area code and number) (optional)*

Property Address

City, State, ZIP Code

Type of Ownership:

☐ Individual   ☐ Partnership   ☐ Corporation   ☐ Trust   ☐ Other (describe):

**Building:** List and describe all buildings.

**Other Improvements:** List and describe all improvements other than buildings *(e.g. swimming pool, paved parking lot.)*.

The Property Tax Assistance Division at the Texas Comptroller of Public Accounts provides property tax information and resources for taxpayers, local taxing entities, appraisal districts and appraisal review boards.

For more information, visit our website:
**www.window.state.tx.us/taxinfo/proptax**
50-141 • 04-12/8



## General Real Property Rendition of Taxable Property

| Land: Legal Description | Lot Size or Number of Acres | Property Owner's Estimate of Total Market Value *(optional)*\* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

\***NOTE:** Although rendering a value is not required, such action entitles the property owner to be notified if an appraised value greater than the rendered value is to be submitted to the appraisal review board. Property owners may protest appraised values before the appraisal review board. (Section 25.19, Tax Code)

Please indicate if you are filling out this form as: ☐ Authorized Agent    ☐ In a Fiduciary Capacity

Name of Authorized Agent or Fiduciary, if applicable

Present Mailing Address

City, State, ZIP Code                                                                                    Phone *(area code and number)* (optional)

☐ By checking this box, I affirm that the information contained in my most recent rendition statement filed for a prior tax year (this rendition was filed for the _____ tax year), continues to be complete and accurate for the current tax year.

Are you the property owner, or an employee of the property owner, or an employee of a property owner on behalf of an affiliated entity of the property owner? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☐ No

This form must be signed and dated. By signing this document, you attest that the information contained on it is true and correct to the best of your knowledge and belief.

If you checked "Yes" above, sign and date on the first signature line below. No notarization is required.

**sign here ▶** _____    Date _____

If you checked "No" above, you must complete the following:

I swear that the information provided on this form is true and correct to the best of my knowledge and belief.

**sign here ▶** _____    Date _____

Subscribed and sworn before me this _____ day of _____, 20 _____.

Notary Public, State of Texas _____

Section 22.26 of the Tax Code states:
(a) Each rendition statement or property report required or authorized by this chapter must be signed by an individual who is required to file the statement or report.
(b) When a corporation is required to file a statement or report, an officer of the corporation or an employee or agent who has been designated in writing by the board of directors or by an authorized officer to sign in behalf of the corporation must sign the statement or report.

**If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Section 37.10, Penal Code.**



For more information, visit our Web site: **www.window.state.tx.us/taxinfo/proptax**

E-Filed for Record
Robin Woods, District Clerk
Montague County, TX
12/28/2023 11:23 AM
By: Rita Reed

NO. 2022-0352M-CV

| | | |
|---|---|---|
| BOWIE INDEPENDENT SCHOOL DISTRICT | § | IN THE 97TH DISTRICT COURT |
| VS. | § | IN AND FOR |
| GLENN WINNINGHAM | § | MONTAGUE COUNTY, TEXAS |

### JUDGMENT

On the 20th day of December, 2023, this cause being called in its regular order, came the Plaintiff

Taxing District(s) whether Plaintiff(s), Intervenor(s) or Impleaded Plaintiff(s), to wit:

BOWIE INDEPENDENT SCHOOL DISTRICT and MONTAGUE COUNTY,

The Defendant(s) are as follows:

GLENN WINNINGHAM, also known as Glenn Fearn Winningham, also known as Glenn Winningham Fearn, answered the citation in this cause and was duly notified of the date of this hearing but nevertheless failed to appear either in person or by attorney and thereby defaulted.

TEXAS AMERICAN HOLDINGS, a Trust, whose Trustee, Joseph Diruzzo, Said Defendant was served with process by means of citation by posting as provided for by Rule 117A of the Texas Rules of Civil Procedure and though duly served with process in the manner for the length of time required by law, failed to appear and answer in this suit, but wholly made default.

and the unknown owner or unknown owners and any and all other persons, unknown, including adverse claimants, owning, having or claiming any legal or equitable interest in or lien upon the real property hereinafter described, who were duly served with process by means of citation by posting/publication. Said Defendants, though duly served with process in the manner and for the length of time required by law, failed to appear and answer, but wholly made default. The court appointed JONATHAN R ELLZEY a duly licensed attorney to represent all the defendants served by citation by posting/publication.

Said cause coming on for trial and no jury having been demanded, all parties announced ready. All matters of controversy, both of fact and of law, were submitted to the Court. The Court, after considering the pleadings, evidence, and arguments of counsel, grants judgment as follows:

IT IS ORDERED ADJUDGED, AND DECREED that the taxing entities which are parties to this suit have valid claims for delinquent taxes, penalties, interest, and costs allowed by law, which claims are secured by tax liens against the property hereinafter described and in the amounts indicated, to wit:

TRACT 1: Lot 5 and Lot 6, Block 14, Unit 3, Frontier Shores Lake Estates, Montague County, Texas, as the same appears on a map or plat thereof filed in the Office of the County Clerk of Montague County, Texas; GEO: 52018-0003-0014-0005



TRACT 2: Lot 8 and Lot 9, Block 14, Unit 3, Frontier Shores Lake Estates, Montague County, Texas, as the same appears on a map or plat thereof filed in the Office of the County Clerk of Montague County, Texas; GEO: 52018-0003-0014-0008

| Taxing Unit | Tract | Tax Years | Total |
|---|---|---|---|
| BOWIE INDEPENDENT SCHOOL DISTRICT | TRACT 1 | 2020-2022 | $53.70 |
| BOWIE INDEPENDENT SCHOOL DISTRICT | TRACT 2 | 2020-2022 | $343.68 |
| MONTAGUE COUNTY | TRACT 1 | 2022 | $7.44 |
| MONTAGUE COUNTY | TRACT 2 | 2022 | $47.57 |
| Total Amount Of Judgment | | | $452.39 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff taxing unit recover $325.00 for ascertaining the name, identity, and location of necessary parties and description of property.

IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED that the following taxing units, having been joined herein but having failed to plead and prove their claims for delinquent taxes on the above described real property, shall have their tax liens on such property extinguished for all delinquent taxes due, as of the date of this judgment, pursuant to the provisions of Section 33.44 of the Texas Property Tax Code, to wit:

None

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the market value of the hereinabove described property, on the date of trial, is as follows:

| Tract Information | Value |
|---|---|
| TRACT 1 | $1,000.00 |
| TRACT 2 | $6,400.00 |

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiff taxing units, do have and recover from the Defendant(s), as indicated above, the total sum of money due for taxes, penalties, interest, and attorney fees with penalty and interest continuing to accrue at the statutory rate from the date of judgment until paid or sold, plus all costs of court, for which let execution issue, provided, however, that no money judgment is granted against any defendant identified above as IN REM ONLY.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a tax lien against each of the above-described tracts of land secures the payment of all taxes, penalties, interest, abstractor's fees, attorneys fees, and costs of court, attributable to each of said tracts. Such tax lien(s) are prior and superior to all claims, right, title, interest, or lien(s) asserted by any Defendant(s) herein. Plaintiff(s) shall have foreclosure of said tax lien(s) on each of said tracts of land against the Defendant(s) or any person(s) claiming under said Defendant(s) by any right, title or interest acquired during the pendency of this suit. Further, said tracts of land are ORDERED SOLD to satisfy the amounts secured by such tax lien(s). The clerk of this court is directed to issue an order of sale, commanding that the Sheriff or any Constable of this county seize, levy upon, advertise for sale, and sell said tracts of land to the highest bidder for cash, as under execution, pursuant to the provisions of Chapters 33 and 34 of the Texas Property Tax Code.

49

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the net proceeds of the sale (other than struck off to taxing units), shall belong and be distributed to all taxing units which were parties to this suit and which have been adjudged to have tax liens against said property, pro rata and in proportion to the amounts of their respective tax liens as established in this judgment. Any excess in the proceeds of sale over and above the amount necessary to satisfy the cost of suit, sale, and other expenses incurred in this suit, shall be paid to the clerk of this Court and be retained by said clerk in accordance with Section 34.03 of the Texas Property Tax Code.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the clerk of this court shall issue a writ of possession, as authorized by law, to the purchaser at the foreclosure sale or his/her heirs, executors, administrators or assigns.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all parties heretofore named in any pleadings filed by any party and not included in this judgment, and any property set out in previous pleadings but not included in this judgment, are hereby dismissed without prejudice to the right to refile their claims, or to have the claims against them refiled, and any relief previously requested and not herein granted is expressly denied. This judgment finally disposes of all parties and all claims and is appealable.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that attorneys fees in the amount of **$250.00** be paid to JONATHAN R ELLZEY heretofore appointed to act as attorney for the Defendant(s) cited by publication or posting herein, such fee to be collected as part of the costs herein; and Jonathan R. Ellzey be discharged in this suit.

Signed this the ___28___ day of DECEMBER, 2023

JUDGE PRESIDING

50

CAUSE NUMBER 2022-0352M-CV

THE STATE OF TEXAS, INC.                                    ]
BOWIE INDEPENDENT SCHOOL DISTRICT, INC.       ]
                                       Plaintiff's in Error       ]
                                                                           ]
        VS.                                                            ]
glenn winningham, a man,                                       ]
                                       Respondent in Error     ]

---

### Jurisdictional Challenge
### to the prosecution/plaintiff and to the court
### by special appearance.

An **_appearance de bene esse_** *is designed to permit a party to a proceeding to refuse to submit his person to the jurisdiction of the court unless it is finally determined that he has forever waived that right. Such an appearance is therefore a special appearance designed to allow the accused to meet any supposed requirement of making an appearance, and at the same time, to refuse to submit to the _jurisdiction_ of any alleged _plaintiff_ (and therefore of the applicable _court_), unless and until some judicial department prosecutor makes all disclosures, specifically by producing a complaint of _damage_ or _injury, signed_ and verified by the injured party.*

### FOR THE RECORD

I, the Respondent in Error, glenn winningham; house of fearn, a man, sui juris, Reserving all rights at all times and places, one of the people, a natural, private common **man**, within Texas a republic, **by special appearance,** do challenge, and demand proof of jurisdiction, appearing on the record, of the prosecution/plaintiff to file charges/suit and prosecute. And further the jurisdiction of the court, appearing on the record, in all actions against the alleged defendant.

**VERIFIED NOTICE AND DEMAND** TO PRESENT MAJOR OBJECTIONS TO THE CONTINUING, NON-CONSTITUTIONAL ACTIONS <u>ABSENT</u> PROOF OF JURISDICTION <u>APPEARING ON THE RECORD</u> WITH RELIEF BEING TO DISMISS THIS BOGUS ACTION **WITH PREJUDICE.**

### THIS IS NOT A MOTION

### Points:

---

1.  The grants of power for the Constitution for the United States of America were delegated by "We the People"

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo v Hopkins, 118 US 356, at pg 370;*

*"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure." --Luther v. Borden, 48 US 1, 12 Led 581.*

*"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states." Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.*

2.  The Constitution for the United States of America is the Supreme Law of the Land under Article VI, Clause 2 *"and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding",*

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, <u>shall be the supreme law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the contrary notwithstanding</u>. Article VI, Clause 2, Constitution for the United States of America*

3.  The Respondent in Error has ancestors who participated in the War of Independence, and wrote this Constitution for the United States of America, as evidenced in the Statement of Original Status and pedigree charts attached to the Corporate Denial Affidavit that was recorded by the Pinal County Recorder at Fee Number 2013-032373, that is now public policy and the unrebutted truth, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and the Delegate from New Jersey who approved the Constitution for New Jersey was Wil Livingson, who was the brother of Henry Livingston, who was the fourth great grand Father of the Respondent in Error, both of whom were sons of William Todd Livingston, who was the fifth great grandfather of the Respondent in Error, which means the Respondent in Error is one of "posterity" found in the Preamble

*We the People of the United States: in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble for the Constitution for the United States of America 1787*

which means the Respondent in Error is one of "We the People" by right of blood



*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and the authority the Plaintiffs are operating under came from the Respondent in Error

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

**4.     It is impossible for the Respondent in Error to delegate a jurisdiction that extends over the Respondent in Error**

*[67] All subjects over which the sovereign power of a state extends, are objects of taxation, but those over which it does not extend, are, upon the soundest principles, exempt from taxation. This proposition may be almost be pronounced self-evident. The sovereignty of a State extends to everything which exists by its own authority or is introduced by its permission, but does it extend to those means which are employed by Congress to carry into execution powers conferred on that body by the people of the United States? We think it demonstrable that it does not. Those powers are not given by the people of a single State. They are given by the people of the United States, to a Government whose laws, made in pursuance of the Constitution, are declared to be supreme. Consequently, the people of a single State cannot confer a sovereignty which will extend over them. McCulloch v. Maryland 17 U.S. 316*

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

*"Nor does the conclusion by any means suppose a superiority of the judicial to the legislative power. It only supposes that the power of the people is superior to both." Luther v Borden 48 US 1 (1849)*

*The sovereignty of the United States resides in the people, and Congress cannot invoke the sovereignty of the people to override their will as declared in the Constitution. P. 294 U. S. 353. Perry v. United States, 294 U.S. 330 (1935)*

**5.     This is an inferior Court of limited jurisdiction in derogation of common law**

*When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption, applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103.*

*"...it is familiar law that when special statutory <u>authority in derogation of common law is</u> conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

**6.     This so-called Court is an Administrative Court**

*"A ministerial act is an act that a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" (Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512)*

*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administering or enforcing statutes <u>do not act judicially</u>, but merely ministerially....but <u>merely act as an extension as an</u>*



*agent for the involved agency* -- *but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

and this Administrative Court is working for the Executive Branch

*"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of or pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary45 (6th Edition 1990) (emphasis added) Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is common to use the two words in tandem. See e.g. Point Props, Inc.,v Anderson 584 So 2d 1332, 1338 (Ala 1991)*

7. The Plaintiffs in Error are using the Commerce Clause (Article 1, Section 8, Clause 3)

*To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes; Article 1, Section 8, clause 3*

to assault the Respondent in Error with their military dictatorship Corporation

*"Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

with your plenary (dictatorship) jurisdiction

*"plenary jurisdiction. A court's full and absolute power over the subject matter and the parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis added]*

*"plenary 1. Full; complete; entire." Black's Law Dictionary, 9th Edition, page 1273*

*"PLENARY. Full; complete. In the courts of admiralty, and in the English ecclesiastical courts, causes or suits in respect of the different course of proceedings in each are termed plenary or summary. Plenary, or full and formal, suits are those in which the proceedings must be full and formal; the term summary is applied to those causes where the proceedings are more succinct and less formal. 2 Chitty, Pr. 481." Bouvier's Law Dictionary, Third Revision, 8th Edition, Volume 2, Page 2612*

*"Plenary - A plenary power or plenary authority is a complete and absolute power to take action on a particular issue, with no limitations. It is derived from the Latin term plenus," Wikipedia*

*"Plenary Power - Complete power over a particular area with no limitations. This term is often used to describe the Commerce Power of Congress. Under the Commerce Clause (Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce. The Court has found that states are not able to pass laws affecting interstate commerce without the permission of Congress." Legal Information Institute*



by bringing the District of Columbia outside a maximum of "ten miles square" in violation

of Article 1, Section 8, Clause 17

"To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;—And" Article 1, Section 8, Clause 17, Constitution for the United States of America

because no Corporation has standing to say anything to a man

"My opinion is and long has been that the mayor and aldermen of a city corporation, or the president and directors of a bank, or the president and directors of a railroad company and of other similar corporations, are the true parties that sue and are sued as trustees and representatives of the constantly changing stockholders…. A corporation, therefore, being not a natural person, but a mere creature of the mind, invisible and intangible, cannot be a citizen of a state, or of the United States, and cannot fall within the terms or the power of the above mentioned article, and can therefore neither plead nor be impleaded in the courts of the United States." Rundle v Delaware & Raritan Canal Company 55 U.S. 80 (1852) [emphasis added]

8.    Your BAR scum buddies have claimed that the Respondent in Error has

appeared in this matter, and as usual, they are liars, because a Challenge to Standing

fails to be an appearance

"As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793.

"Without standing, there is no actual or justiciable controversy, and courts will not entertain such cases. (3 Witlen, Cal. Procedure (3rd ed. 1985) Actions § 44, pp 70-72.)

"Typically, … the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted." (Allen v. Wright, (1984) 468 U.S. 737, 752…

"Whether one has standing in a particular case generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened." Clifford S. v. Superior Court, 45 Cal.Rptr.2d 333, 335.

9.    The Plaintiffs in Error have denied the Respondent in Error Due Process of Law

in violation of Article V in Amendment

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. Article V in Amendment, Constitution for the United States of America [emphasis added]

and "due process of law and law of the land have the same meaning", which is common

law, and this court is operating in derogation of common law

The expressions 'due process of law' and 'law of the land' have the same meaning **** The 'law' intended

*by the constitution is <u>the common law</u> that had come down to us from our forefathers, as it existed and was understood and administered when that instrument was framed and adopted. State v. Doheny, 60 Maine 504. 509 (1872).*

*"The principle that no person should be deprived of life, liberty, or property except by <u>due process</u> of <u>law</u> did not originate in the American system of <u>constitutional</u> law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June, 1215, declared: "No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgement of his peers or by the law of the land." It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law. <u>It is settled beyond question that this principle came from England to America as part of the common law and has been a fundamental rule in common law. When first adopted in Magna Charta, the phrase, "law of the land," had reference to the common law and has been a fundamental rule in common law.</u>" 16 Am. Jur. 2d, Constitutional Law Section 543 [emphasis added]*

*"The words "by the law of the land" as here used do not mean a statute passed for the purpose of working the wrong.....This Section was taken with some modifications from a part of the 29th Chapter of the Magna Carta, which provided that no freeman should be taken or imprisoned or be disseized of his freehold etc., but by the lawful judgment of his peers or by the law of the land. Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by due course and process of law"; which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50" Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court.*

*"Law of the land" means "The <u>Common Law</u>" ---- Justice O'Neal in State v. Simmon, 2 Spears 761, 767 (1884);  also Justice Bronson in Taylor v. Porter, 4 Hill 140, 146 (1843)*

*What is due process of law may be ascertained by an examination of those settled usages and modes of proceedings existing in the common and statute law of England before the emigration of our ancestors. Twining v. New Jersey, 211 U.S. 78, 100 (1908).*

*If persons can be restrained of their liberty. and assaulted and imprisoned, under such circumstances. without complaint or warrant, then there is no limit to the power of a police officer. ••• Any law which would place the keeping and safe conduct of another in the hands of even a conservator of the peace, unless for some breach of the peace committed in his presence, or upon suspicion of felony, would be most oppressive and unjust, and destroy all the rights which our constitution guaranties. <u>These are rights which existed long before our constitution,</u> and we have taken just pride in their maintenance, making them a <u>part of the fundamental law of the land.</u> Pinkerton v. Verberg, 78 Mich. 573, 44 N.W. 579. 582-83 (1889); Larson v. Feenry. 196 Mich. I, 162 N.W. 275. 276-77 (1917).*

and your inferior Court of limited jurisdiction is not capable of receiving Article III

authority

*"10. Where a controversy is of such a character as to require the exercise of the judicial power defined by Art. III, jurisdiction thereof can be conferred only on courts established in virtue of that Article, and <u>Congress is without power to vest that judicial power in any other judicial tribunal, or, of course, in an executive officer or administrative or executive board, since "they are incapable of receiving it."</u> American Ins. Co. v. Canter, 1 Pet. 511. P. 578." Williams v United States 289 U.S. 553 (1933)*

*"To be that <u>statutes</u> which would deprive a citizen of the <u>rights</u> of person or property without a regular trial, according to the course and usage of <u>common</u> <u>law</u>, would not be the law of the land." (<u>Jury</u>)  Hoke vs Henderson, 15, N.C. 15, 25 AN Dec 677.*

and an inferior Court of limited Jurisdiction is incompetent to deal with any issue

involving life, liberty, or property



*Justice THOMAS, concurring:..J. Mascot, Constitutionally Conforming Agency Adjudication, 2 Loyola U. Chi. J. Reg. Compliance 22, 45 (2017) (Mascott) ("Cases involving ... deprivations or transfers of life, liberty, or property constitute a `core' of cases that ... must be resolved by Article III courts—("not executive administrators dressed up as courts"). Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023) Nos. 21-86 and 21-1239 (April 14, 2023)*

*"...the individual may stand upon his constitutional rights as a Citizen.  He is entitled to carry on his private business in his own way.  His power to contract is unlimited.  He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him.  He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property.  His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution.  Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant) a warrant of the law.  He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43*

and according to John Locke, an inferior Court of limited Jurisdiction is a tyrant

*"Tyranny is the exercise of Power beyond Right, which no Body can have a Right to. And this is making use  of the Power anyone has in his hands, not for the good of those who are under it, but for his own Private separate Advantage. When the Governor, however entituled, makes not the Law, but his Will, the Rule, and his Commands and Actions are not directed to the preservation of the Properties of his People, but the satisfaction of his own Ambition, Revenge, Covetousness, or any other irregular Passion.*

*"Tis a mistake to think this fault only in Monarchies, other forms of government are liable to it, as well as that. For where-ever the Power that is put in any hands for the Government of the People, and the Preservation of their Properties, is applied to other ends, and made use of to impoverish, harass, or subdue them to the Arbitrary and Irregular Commands of those who have it: There it presently becomes Tyranny whether those that use it are one or many." John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201*

all of which is a denial of due process of law.

**10.**    Denials of due process of law deprives the Plaintiffs inferior Court of limited Jurisdiction / Executive Agency of subject matter jurisdiction.

*"Not every action by any judge is in exercise of his judicial function.  It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and The Judge's orders are void, of no legal force or effect"! Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962)*

*"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739*

**11.**    Administrative Clerks masquerading as judicial Officers cannot do anything judicial like issue Orders, Convictions, or Judgments

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

*"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948*



12.    The Plaintiffs have been using their Corporation (The State of New Texas, Inc.,
Bowie Independent School District, Inc.) to exercise the Commerce Clause (Article 1,
Section 8, Clause 3) in violation of their Oath to support the supreme Law of the Land;
under Article VI, Clause 2 *"and the Judges in every State shall be bound thereby, any
Thing in the Constitution or Laws of any State to the contrary notwithstanding"*,

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all
treaties made, or which shall be made, under the authority of the United States, <u>shall be the supreme law
of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws
of any State to the contrary notwithstanding</u>. Article VI, Clause 2, Constitution for the United States of
America*

13.    Respondent in Error has been challenging Jurisdiction at every step of this
Proceeding, first with a Kahryn Phillips Notice and Demand 061022 which was served
on her, and Clayton V Riddle, the Montague County Attorney, Kim Jones, the Montague
County Clerk, and Jennifer Fenoglio, the Montague County Treasurer on or about 6
June 2022, a true copy of which together with proof of service are attached hereto, all of
which are incorporated herein by reference in their entirety, thereby negating the
presumption that the instant Court has Jurisdiction in the matter.

*Subject-matter jurisdiction cannot be waived, and it may be raised at any point in the proceeding.
Alfonso v. Skadden, 251 S.W.3d 52, 55 (Tex. 2008) (per curiam); OAIC Commercial Assets,
L.L.C. v. Stonegate Village, L.P., 234 S.W.3d 726, 735 (Tex. App.-Dallas 2007, pet. denied).*

*"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be
assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910*

*"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on
appeal." Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2D, 368 Fla a DCA 1985)*

### *Jurisdiction Cannot Be Conferred by Agreement*

14.    Jurisdiction cannot be waived and neither can it be stipulated to.  Subject-matter
jurisdiction cannot be conferred by judicial admission.

*"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and
must be decided." <u>Basso v. Utah Power & Light Co. 395 F 2d 906, 910</u>*

*"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." <u>Stuck v. Medica1
Examiners 94 Ca 2d 751, 211 P2d 289</u>*

*"There is no discretion to ignore that lack of jurisdiction." <u>Joyce v. US, 474 F2d 215</u>*

*"Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff." <u>Loos v American
Energy Savers, Inc., 168 I11.App.3d 558, 522 N.E.2d 841(1988)</u>*

*"the burden of proving jurisdiction rests upon the party asserting it." <u>Binde11 v City 0f Harvey, 212
I11.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)</u>*

*"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." <u>Lantana v.</u>*



*Hopper,102 F. 2d 188; Chicago v. New York 37 F.Supp. 150*

*"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739*

*"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 K, ed, 1666m 67 S, Ct, 1409*

*"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F 2d 416*

## Once Challenged Jurisdiction Must Be Proven

**15.**    By the above Respondent in Error's challenges to the subject matter jurisdiction of this court.  On the filing of a complaint, jurisdiction is presumed, however, once jurisdiction is challenged the presumption of regularity is lost and jurisdiction must be proven before the court can reach the merits of the case.  Or take one step further.

*Whether a pleader has alleged facts that affirmatively demonstrate a trial court's subject matter jurisdiction is a question of law reviewed de novo. Likewise, whether undisputed evidence of jurisdictional facts establishes a trial court's jurisdiction is also a question of law.  Whether a court has subject matter jurisdiction is a question of law. Tex. Natural Res. Conservation Comm'n v. IT-Davy, 74 S.W.3d 849, 855 (Tex. 2002).  Whether a pleader has alleged facts that affirmatively demonstrate a trial court's subject matter jurisdiction is a question of law reviewed de novo. Likewise, whether undisputed evidence of jurisdictional facts establishes a trial court's jurisdiction is also a question of law. Tex. Dep't of Parks & Wildlife v. Miranda, 133 S.W.3d 217, 226 (Tex. 2004) ; see also Tex. Natural Res. Conservation Comm'n v. IT-Davy, 74 S.W.3d 849, 855 (Tex. 2002.)*

*"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medica1 Examiners 94 Ca 2d 751. 211 P2d 289*

*"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215*

*"Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff." Loos v American Energy Savers, Inc., 168 I11.App.3d 558, 522 N.E.2d 841(1988)*

*"the burden of proving jurisdiction rests upon the party asserting it." Bindell v City of Harvey, 212 I11.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)*

*"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper,102 F. 2d 188; Chicago v. New York 37 F.Supp. 150*

## Court Must Prove Jurisdiction

**16.**    Jurisdiction is a matter between a Defendant and the court.  It is the court that has made a demand for Defendant to stand and answer a charge and, therefore, it is the court that must prove its authority to rule and make said demands.

*"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." Melo v. US, 505 F2d 1026.*



### *The court cannot reach the merits of the case*

**17.**     The court cannot reach any of the merits of the case before jurisdiction is proven.

*Morrison v. Nat'l Australia Bank Ltd., 547 F.3d 167 (2d Cir. 2008, aff'd 130 S. Ct. 2869 (2010) (quoting Arar v. Ashcroft, 532 F.3d 157, 168 (2d Cir.2008)) ("Determining the existence of subject matter jurisdiction is a threshold inquiry and a claim is properly dismissed for lack of subject matter jurisdiction under Rule 12(b)(1) when the district court lacks the statutory or constitutional power to adjudicate it.")*

### *Jurisdiction Not Within Discretion of Court*

**18.**     Respondent in Error reminds this Court that the matter of jurisdiction is not a matter within the discretion of this Court.

*Subject matter jurisdiction is an essential part of the authority of a court to decide a case, and it is never to be presumed and cannot be waived. Tex. Ass'n of Bus. v. Tex. Air Control Bd., 852 S.W.2d 440, 443-44 (Tex. 1993). The reviewing court determines whether subject matter jurisdiction exists as a question of law, subject to de novo review. Mayhew v. Town of Sunnyvale, 964 S.W.2d 922, 928 (Tex. 1998)." There has no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215. "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.*

### *Jurisdiction Cannot Be Waived*

**19.**     The principles of waiver, consent, and estoppel do not apply to jurisdictional issues.  The actions of the litigants cannot vest a Court with jurisdiction above the limitations provided by the Constitution and Congress.  In Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee, 456 U.S. 694 (1982) , the Supreme Court noted that:

*A court "generally may not rule on the merits of a case without first determining that it has jurisdiction over the category of claim in the suit (subject-matter jurisdiction) . . . ." Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Corp., 549 U.S. 422, 430–31 (2007) (declining to address jurisdiction and holding that district court had authority to dismiss action on forum non conveniens grounds before considering the merits) (citing Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 93–102 (1998) (rejecting doctrine of "hypothetical jurisdiction" that would allow a court to rule on issues of law before adjudicating jurisdiction)).*

**20.**     Plaintiffs in Error have failed to prove jurisdiction, or even answer the Challenges to Jurisdiction, another denial of due process of law.

*"It is impossible to prove jurisdiction exists absent a substantial nexus with the state, such as voluntary subscription to license.  All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court." Pipe Line v Marathon. 102 S. Ct. 3858 quoting Crowell v Benson 883 US 22*

**21.**     Inferior Courts of limited Jurisdiction are engaged in fraud upon the Court

*"Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted, or influenced, or influence is attempted, or where the judge has not performed his judicial function --- i.e., where the impartial functions of the court have been directly corrupted." Bulloch v. United*



*States, 763 F.2d 1115, 1121 (10th Cir. 1985)*

and in bad behavior, which means the so-called judge fails to be a Judge because all

Article III Judges are required to be in good behavior.

*The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office. Article III, Section 1, Constitution for the United States of America [Emphasis added]*

## 22.   Judges acting as Administrators working for the Executive Branch waive their immunity and are operating in their Private Capacity

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

*Pierce v. United States ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority"); Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297 ("In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him...It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority"); and Poindexter v. Greenhaw, 114 U.S. 270, 287, 5 S.Ct. 903, 912*

*"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).*

and cannot claim good faith when violating federally protected constitutional rights

*Officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. Owen vs. City of Independence, 100 S Ct.1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21*

and deliberately violating federally protected Constitutional rights strips judges and

administrators of any immunity

*If government officials attempt to enforce an unconstitutional law, sovereign immunity does not prevent people whom the law harms from suing those officials in their individual capacity for injunctive relief. This is because they are not acting on behalf of the state in this situation. Ex parte Young, 209 U.S. 123 (Mar 23 1908)*

*Scheuer v Rhodes, 416 US 232 (1908) immunity of officers of executive branch of a state is not absolute. Since Ex parte Young, 209 U.S. 123 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.*



therefore any so-called order the Clerk (masquerading as a Judge) issues, is a fraud and a nullity, like a warrant for arrest, is a fraud and a nullity, and a fine is a fraud and a nullity and color of law, and he is fully liable in his private capacity, and has no judicial immunity

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

and your so-called Court is actually a kangaroo court

"Kangaroo court. Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal." Black's Law Dictionary, 6th Edition, page 868,

**23.** Everything your inferior Court of limited jurisdiction does is a fraud and a nullity under color of law

"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the apparent authority of law but actually in contravention of law." Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

"Colour, color. Signifies a probable plea, but which is in fact false…" Tomlin's Law Dictionary 1835, Volume 1

by assaulting the Respondent in Error based on your fictitious US citizen which is a fraud

"By metaphysical refinement in examining the form of our government it might be correctly said that there

*is no such thing as a citizen of the United States.*

*A citizen of any one of the States of the Union is held to be and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added]*

by criminally converting the Respondent in Error's proper appellation into a fictitious fraud "GLENN WINNINGHAM FEARN" or "GLENN WINNINGHAM" in this CASE, and by criminally converting a postal address from the land into your District of Columbia subdistrict with the use of a military zone ZIP CODE,

*"And said supreme court shall divide the said District into ten subdistricts and prescribe the place in each subdistrict where the justice thereof shall have his office for the transaction of business, and may change the boundaries of such subdistricts and the locations of the offices of the justices therein from time to time as the volume and convenience of the business may require." Code of Law for the District of Columbia, Sec. 3, 31 Stat. 1190*

*"Should a suit be brought against· any party or corporation in any district in which he or it does not reside or hold business, and a plea to the jurisdiction on this account be filed by said defendant, the party or corporation interposing such plea shall disclose under oath the district in which he or it should have been sued…" Code of Law for the District of Columbia Sec. 5 at 31 Stat. 1190-1191*

by assaulting the Respondent in Error with your fraudulent fictitious unconstitutional District of Columbia municipal corporations called BOWIE INDEPENDENT SCHOOL DISTRICT, INC., and THE STATE OF TEXAS, INC under the Commerce Clause Article 1, Section 8, Clause 3, by assaulting the Respondent in Error with your fraudulent fictitious unconstitutional District of Columbia municipal corporation called THE STATE OF TEXAS, INC when you know that no Corporation has standing to do anything in any court, everything you do is a fraud

*"Once a fraud, always a fraud," 13 Vin. Abr. 539.*

*"Things invalid from the beginning cannot be made valid by subsequent act." Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862*

*"A thing void in the beginning does not become valid by lapse of time." 1 S. & R. 58. Maxims of Law, Black's Law Dictionary 9th Edition, page 1866*

*Time cannot render valid an act void in its origin. Dig. 50, 17, 29; Broom, Max. 178, Maxims of Law, Black's Law Dictionary 9th Edition, page 1862, and further,*

*"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343; Broom's Max. 349." Bouvier's Maxims of Law, 1856,*

and any act by any government official to conceal the fraud becomes an act of fraud;

*"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270." Bouvier's Maxims of Law 1856*

and fraud is inexcusable and unpardonable;



*"Fraus et dolus nemini patrocinari debent. Fraud and deceit should excuse no man. 3 Co. 78." Bouvier's Maxims of Law 1856*

and any fraud amounts to injustice;

*"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together."*
*Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832*

*"Quod alias bonum et justum est, si per vim vel fraudem petatur, malum et injustum efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78." Bouvier's Maxims of Law, 1856*

and you are all satanic children of the devil

*"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44*

*"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers [pharmaceutical drug pushers], and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death." Revelations 21:8*

and your judgment day is coming.

*"I know thy works , and tribulation, and poverty, (but thou art rich) and I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan." Revelations 2:9*

**24.** Ignorance of the law is no excuse and all Officers of the Court are presumed to know the law.

*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

**25.** Your code enforcer LEOs (Law Enforcement Officers) are assaulting the Respondent in Error with their unconstitutional Bill of Attainder, because there is no judicial trial, and it is a kangaroo court instead, and a show-trial, with a Clerk masquerading as a Judge, who is working for the satanist prosecutor

*"Bill of Attainder" means Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v. Lovett,   328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252.*

*"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 496*

64

*"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

**26.**    Any attempts to force the Respondent in Error to have one of your BAR member Attorneys will be proof that you intend to be a Star Chamber

*"The corrupt Star Chamber Courts of England required defendants to have counsel. Star Chamber stood for swiftness and arbitrary power, it was a limitation on the common law." Faretta v. California, 422 U.S. 806, 821 [Emphasis added]*

**27.**    In the event you fail to require your BAR scum buddies to prove jurisdiction in this matter, and you fail to prove jurisdiction in this matter, and you proceed in this matter, you are personally liable in your private capacity

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398*

*"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;*

*"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -*

*Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).*

*"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his wilful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242*

*Pierce v. United States ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority") Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297 ("In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him...It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority"); and Poindexter v. Greenhaw, 114 U.S. 270, 287, 5 S.Ct. 903, 912*

*"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional*

65

*practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).*

**28.**    Because the Respondent in Error is one of the "posterity" found in the Preamble

to this Constitution for the United States of America, Plaintiffs in Error are engaged in

Treason in violation of your Code of Law for the District of Columbia Title 18 Section

2381

*Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States. 18 USC 2381 Treason*

and a Seditious Conspiracy in violation of your Code of Law for the District of Columbia

Title 18 USC Section 2384

*If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both. 18 USC 2384 Seditious Conspiracy*

## SUBMITTED BY DECLARATION

This Declaration is signed and sealed pursuant to locus sigilli

*"locus sigilli - The place of the seal. Today this phrase is almost always abbreviated "L.S." " Black's Law Dictionary 9th Edition, page 1026.*

Signed and sealed in red ink on the land of Texas, under penalties with perjury, [28

USC § 1746 (1)], under the laws of the United States of America, and without the United

States.

I, glenn winningham; house of fearn, sui juris, a natural man of the republic, living in the

republic, a common man, does declare that I have scribed and read the foregoing facts,

and in accordance with the best of My firsthand knowledge, such are true, correct

complete and not misleading, the truth, the whole truth and nothing but the truth,

pursuant to your Rule 201 of your Rules of Evidence.



This Declaration is dated December ___/ /th___, 2023.

_____ L.S.
glenn winningham; house of fearn, sui juris
sovereign living soul, holder of the office of "the People"
Inhabitant of the land known as Texas

With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
with a Postal address in care of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

**Certificate of Service**

i, me, my, or myself, also known as glenn winningham; house of fearn, a man, living soul, an inhabitant living upon the soil of Texas, without the corporation United States, do hereby certify that i am not a US (District of Columbia) citizen, 14th amendment citizen of the United States (District of Columbia) corporation, or other fictitious entity, and i am not a surety or accommodation party for any entity, and i served on each of the respondents listed below, one each copy of; a <u>Challenge to Jurisdiction</u>, and a copy of this <u>Certificate of Service</u>, on this day, in a sealed envelope with prepaid postage, properly addressed as follows;

**7018 0040 0000 6092 1471**
To: Jeanmarie Baer, Attorney
PERDUE BRANDON FIELDER COLLINS & MOTT, LLP
Post Office Box 8188
Wichita Falls, Texas 76307

**7018 0040 0000 6092 1488**
To: 97th District Court
Post Office Box 167
Montague, Texas 76251

All of the above is submitted "under penalties with perjury" (28 USC § 1746(1)), under the laws of the United States of America, without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this _____ 17th _____ day of December in the year two thousand and twenty-three.

_____
Glenn winningham; house of fearn, sui juris
sovereign living soul, holder of the office of "the People"
Inhabitant of the land known as Texas

With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.



# USPS Tracking®



**Tracking Number:**

## 70180040000060921471

Copy          Add to Informed Delivery (https://inform...

## Latest Update

Your item was picked up at the post office at 10:53 am on December 13, 2023 in WICHITA FALLS, TX 76301.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WICHITA FALLS, TX 76301
December 13, 2023, 10:53 am

See All Tracking History

What Do Us...

Text & En...

USPS Tra...

Product ...

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeanmarie Baer, Attorney (Liar)
Persue Brandon Fielder Collins & Mott, LLP
Post Office Box 8188
Wichita Falls, Texas 76307

9590 9402 8405 3156 5836 82

2. Article Number (Transfer from service label)

7018 0040 0000 6092 1471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Vick Thornton    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Vicki Thornton
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEC 13 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

(over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Track Another P...

69

12/14/2023, 9:54 PM

From: Post Office, ZIP CODE EXEMPT
General Post Office of Garber]
[John H; house of Garber]
In care of: 2665 FM 2068
Klondike, Texas [RR 75448]
Non-Domestic Mail, Without the US Inc.

18 U.S. Code § 1701: Obstruction of mails generally...

Private Property – No Trespassing

To:
97th District Court
Post Office Box 167
Montague, Texas
76251

7018 0040 0000 6092 1488

**U.S. POSTAGE PAID**
FCM LG ENV
FORT WORTH, TX 76135
DEC 11, 2023

Retail

**$10.93**

R2305H126993-07

76251

RDC 99

12/13

12/18

12/28. Return

**RETURN TO SENDER**
**UNCLAIMED**
**UNABLE TO FORWARD**

BC: 75448580565    22650000900

NIXIE    731    CA 1    0101/09/24

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Trish Coleman Byars, Fake Judge
97th District Court
Post Office Box 167
Montague, Texas 76251

9590 9402 6405 3 156 5896 75

2. Article Number (Transfer from service label)
7018 0040 0000 6092 1488

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic



# Trish Coleman Byars
## 97th District Judge

### Amanda Cunningham, Court Administrator
Email: admin@97thdistrictcourt.com
Phone: 940.894.2066
Mailing Address: PO Box 167, Montague TX 76251



# Robin Woods
## Montague County District Clerk
P.O. Box 155, Montague, Texas 76251
rwoods@co.montague.tx.us
Telephone: (940)-894-2571
Fax: (940)894-2077

## NOTICE OF COURT ORDER

**IN ACCORDANCE WITH:**
**TRCP 165(a), 239(a), & 306(a)**
**Family Code 6.710**

TO:    GLENN WINNINGHAM
6340 LAKE WORTH BOULEVARD #437
FORT WORTH, TX  76135

RE:  <u>2022-0352M-CV</u>
In the 97th District Court of Montague County, Texas
<u>**STYLED: BOWIE INDEPENDENT SCHOOL DISTRICT**</u>
<u>**VS.**</u>
<u>**GLENN WINNINGHAM**</u>

<u>**YOU ARE HEREBY NOTIFIED**</u> that the document described below was filed with the Clerk of the **District Court at 101 East Franklin, Montague County Courthouse in Montague, Texas** and entered into the minutes of the court.
**DOCUMENT:** <u>**JUDGMENT**</u>
**DATE SIGNED BY JUDGE:**  <u>December 28, 2023</u>
**DATE THE NOTICE WAS MAILED TO THE PARTIES:** <u>December 28, 2023</u>
This Order may be subject to appeal. A copy of the Order may be obtained from the clerk's office at the address above. Fees for copies may apply. Copy fee is $1.00 per page and $5.00 extra to Certify the document. You should consult your attorney if you have any questions concerning the above document or this notice.
Sincerely,
**Robin Woods, Montague County District Clerk**

**/S/ Amanda Reyes**
**Amanda Reyes, DEPUTY CLERK**

**EBE**

3415 MCNIEL AVENUE, SUITE 102C
WICHITA FALLS, TEXAS 76308
TELEPHONE: (940) 691-6699
FACSIMILE: (940) 691-7799
WF@AGGIELAWFIRM.COM

320 E. THIRD STREET
BURKBURNETT, TEXAS 76354
TELEPHONE: (940) 569-2201
FACSIMILE: (940) 569-5032
BURK@AGGIELAWFIRM.COM

# ELDER, BICKINGS & ELLZEY

## ATTORNEYS AT LAW

BILLY T. ELDER | STEVEN J. BICKINGS | JONATHAN R. ELLZEY

August 15, 2023

Glenn Winningham
6340 Lake Worth Blvd. #437
Fort Worth, Texas 76135

   RE: Cause No. 2022-0352M-CV
     Bowie ISD v. Glenn Winningham

Mr. Winningham:

   I have been appointed by the Court to represent defendants cited by publication or posting in the above-referenced matter.  Part of my role is to investigate the whereabouts of those who were served by publication or posting, and if they are deceased, to investigate the family lineage of the deceased, and report my findings to the Court.

   Please note that my role is not to seek monetary damages from anyone, but simply to ensure that anyone served by publication or posting is represented before the Court in this matter. As you were not served by publication or posting, I do not represent you in this matter.

   Please find enclosed a copy of the Answer of Defendants Cited by Publication and Others to be filed in the above referenced matter.

   If you are aware of the whereabouts of any of those individuals served by publication or posting in the above-referenced matter, specifically, the Texas American Holdings, a Trust, Trustee Joseph Diruzzo, its successor in interest, who has not been included in this matter, and/or any probates filed for them please contact me at our Burkburnett office at (940) 569-2201.  If you prefer, you can email any information to me at burk@aggielawfirm.com.

   Thanking you and with kindest regards, we are,

           Respectfully,

           ELDER, BICKINGS & ELLZEY

     By    

           Jonathan R. Ellzey

JRE/je

73

E-Filed for Record
Robin Woods, District Clerk
Montague County, TX
12/28/2023 11:23 AM
By: Rita Reed

NO.  2022-0352M-CV

| | | |
|---|---|---|
| BOWIE INDEPENDENT SCHOOL DISTRICT | § | IN THE 97TH DISTRICT COURT |
| VS. | § | IN AND FOR |
| GLENN WINNINGHAM | § | MONTAGUE COUNTY, TEXAS |

### ATTORNEY'S FEES ORDERED

I hereby approve and order the payment of attorney's ad litem fees **JONATHAN R. ELLZEY,** the attorney ad litem of record for the defendants cited by publication in this cause, in the sum of **$250.00.** Such fees are to be charged as costs of suit.

Signed this _28_ day of DECEMBER, 2023

_____
Judge Presiding

74

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

We the People                                      ]
glenn winningham; house of fearn                   ]  Case # 4-24-cv-881-O-BP
      Demandant    ]
VS                                                 ]
                                                   ]
Kathryn Phillips, et al,                           ]
     WRONGDOERS  ]

## ORDER

 The Motion to Reconsider is;

Granted_____

Denied_____


_____
     Presiding Judge