IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **GLENN WINNINGHAM,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-0881-O-BP |
| § | |
| **KATHRYN PHILLIPS,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 101. Plaintiff Glenn Winningham filed objections. *See* ECF No. 104. The Court has concluded a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 101) should be and is hereby **ACCEPTED** and Plaintiff's objections **OVERRULED**.

Accordingly, it is **ORDERED** Defendants' Motions to Dismiss (ECF Nos. 18, 20, 22, 27, 46, 51, 62, 65, 67, 87, 92, 97) are **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED without prejudice**.

**SO ORDERED** this **21st day of February, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE