UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| We the People </br> glenn winningham; house of fearn </br>              Demandant </br></br> VS </br></br> Kathryn Phillips, et al., </br>              WRONGDOERS | Case # 4-24-CV-881-O |

Notice of Appeal

1. The Demandant hereby provides notice that he intends to appeal the dismissals of this matter by the (bought and paid for) Clerks masquerading as Judges in this inferior legislative fake so-called Court to the legislative inferior fake United States Court of Appeals for the Fifth Circuit.

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, Sui Juris, a natural man living in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this ___3rd___ day of March in the year, two thousand and twenty-five.

_____ L. S.
glenn winningham; house of fearn, sui juris, a man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

Notice of Appeal page 1

## Certificate of Service

i, do hereby certify that i filed the original of a <u>Notice of Appeal</u>, and an original of this <u>Certificate of Service</u>, on this day with the court and served on each of the respondents listed below, one each copy of; a <u>Notice of Appeal</u> and a copy of this <u>Certificate of Service</u>, on this day, in a sealed envelope to:

Christopher Lee Lindsey
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Scot M Graydon
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Amanda M Kates,
Assistant Disciplinary Counsel
State BAR of Texas
Post Office Box 12487, Capitol Station
Austin, Texas 78711-2487

Tami C Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882

David B. Tabor, Attorney
PERDUE BRANDON FIELDER
COLLINS & MOTT, LLP
1919 South Shiloh Road, Ste. 640
Garland, Texas 75042

Alysia Cordova, Attorney
PERDUE BRANDON FIELDER
COLLINS & MOTT, LLP
6900 I-40 West, Ste. 300
Amarillo, Texas 79106

Jonathon Ellzey
320 E Third Street
Burkburnett, Texas 76354

I declare under penalty of perjury (28 USC § 1746(1)) under the laws of the United States of America that the foregoing is true and correct, and without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this _____3rd_____ day of March in the year two thousand and twenty-five.

_____
glenn winningham; house of fearn, sui juris, a living man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
Fort Worth Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Phone 817-915-4213
*Text first - no voicemail and do NOT answer unknown phone calls