

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| We the People<br>glenn winningham; house of fearn<br>                             Demandants<br>VS<br>Kathryn Phillips, et al,<br>                 WRONGDOERS | ]<br>]<br>]<br>]<br>]<br>]    Case # 4-24-CV-881-O |

### Notice of Constitutional Challenge pursuant to your Color of Law Rule 5

COMES NOW Demandants providing Notice to the (bought and paid for) clerks, masquerading as Judges, in this inferior legislative Court, and their executive branch Congressional handlers in the District of Columbia, that their 1871 corporation *(16 Stat. 419)* domiciled in the District of Columbia and its Minor Estate scam (31 CFR 363.6) are violations of the Organic Laws, which includes This Constitution for the United States of America, for the reasons found in the Brief attached.

Respectfully Submitted,

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).

I, glenn winningham; house of fearn, Demandant, sui juris, a natural man living in the republic, do declare that i have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this \_\_\_\_10th\_\_\_\_ day of March in the year, two thousand and twenty-five.

_____ L. S.
glenn winningham; house of fearn, sui juris, a living man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Cell Phone 817-915-4213
*The Demandant does not answer unknown phone calls – send a text first

## Certificate of Service

i, do hereby certify that i filed the original of the <u>Notice of Constitutional Challenge</u>, and an original of this <u>Certificate of Service</u>, on this day with the court and served on each of the respondents listed below, one each copy of; a <u>Notice of Constitutional Challenge</u>, and a copy of this <u>Certificate of Service</u>, on this day, in a sealed envelope to:

Christopher Lee Lindsey
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Scot M Graydon
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Amanda M Kates,
Assistant Disciplinary Counsel
State BAR of Texas
Post Office Box 12487, Capitol Station
Austin, Texas 78711-2487

Tami C Parker
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882

David B. Tabor, Attorney
PERDUE BRANDON FIELDER
COLLINS & MOTT, LLP
1919 South Shiloh Road, Ste. 640
Garland, Texas 75042

Alysia Cordova, Attorney
PERDUE BRANDON FIELDER
COLLINS & MOTT, LLP
6900 I-40 West, Ste. 300
Amarillo, Texas 79106

Jonathon Ellzey
320 E Third Street
Burkburnett, Texas 76354

Pamela Bondi, US Attorney General
950 Pennsylvania Ave. NW
Washington, District of Columbia 20530-0001

I declare under penalty of perjury (28 USC § 1746(1)) under the laws of the United States of America that the foregoing is true and correct, and without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this ____10th____ day of March in the year two thousand and twenty-five.

glenn winningham; house of fearn, sui juris, a man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
Fort Worth Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Phone 817-915-4213
*Text first - no voicemail and do NOT answer unknown phone calls

Notice of Constitutional Challenge, page 2

## Brief in Support of the Notice of Constitutional Challenge Pursuant to Your Color of Law Rule 5

COMES NOW Demandants providing Notice to the (bought and paid for) clerks, masquerading as Judges, in this inferior legislative Court, and their executive branch Congressional handlers in the District of Columbia, that their 1871 corporation *(16 Stat. 419)* domiciled in the District of Columbia and its Minor Estate scam (31 CFR 363.6) are violations of the Organic Laws, as follows;

1.      There are four Organic Laws for The United States of America, The Declaration of Independence (1776), the Articles of Confederation and perpetual Union, (1781), the Northwest Ordinance (1787), and This Constitution for the United States of America (1787).

2.      The District of Columbia 1871 municipal corporation *(16 Stat. 419)* is a violation of the Organic Laws because it is Roman Law, from the Vatican (Roman Cult)

> *""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312, [emphasis added]*

which violates Article I in Amendment which requires *Congress shall make no law respecting an establishment of religion,*

> *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof....." Article I in Amendment, Constitution for the United States of America*

and is bringing the Vatican's Roman Law onto the land of America, which uses fraud and deception (satanic) to supersede and replace common law

> *There are no common law offenses against the United States. Only those acts which Congress has forbidden, with penalties for disobedience of its command, are crimes. United States v. Hudson & Goodwin, 11 U.S. (7th Cr.) 32 (1812); United States v. Coolidge, 14 U.S. (1 Wheat.) 415 (1816); United States v. Britton, 108 U.S. 199, 206 (1883); United States v. Eaton, 144 U.S. 677, 687 (1892).*

> *Under Texas law, no act or omission is a crime unless made so by statute. <u>Dawson v. Vance</u>, 329 F.Supp. 1320, (D.C.Tex. 1971). The Legislature may create an offense and in same enactment, provide exceptions to its application. <u>Williams v. State</u>, 176 SW2d 177, Tex.Cr.App., 1943.*

as found in the *Causes and Necessity for Taking Up Arms, 1775,*

> "...*statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property........<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial</u>....*", Causes and Necessity of Taking Up Arms (1775) [emphasis added]

and it was also talked about as some of the reasons for separation from the Tyrant in the Organic Law of the *Declaration of Independence (1776),*

> "*He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:*"
> "*For transporting us beyond Seas to be tried for pretended offences*"
> "*For imposing Taxes on us without our Consent:*"
> "*For depriving us in many cases, of the benefits of Trial by Jury:*"
> "*For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:*"
> "*He has abdicated Government here, by declaring us out of his Protection and waging War against us.*"

because common law is the law of the land, which has always been here

> *The individual may stand upon his constitutional rights as a citizen. .... <u>His rights are such as existed by the law of the land long antecedent to the organization of the State</u>, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself <u>and the immunity of himself and his property from arrest or seizure except under a warrant of the law</u>. He owes nothing to the public so long as he does not trespass upon their rights.* Hale v Henkel 201 U.S. 43 (1906) [emphasis added]

and it is full of fraud and deception (satanic) which is the same reason why we took up arms against the Vatican's Tyrant, and for all of the grievances listed in the Organic Law of *The Declaration of Independence (1776).*

3.   The Minor Estate (31 CFR 363.6) that the County of Montague and the Vatican's BAR members, and the Vatican's (bought and paid for) clerks, masquerading as Judges, have assaulted the Demandant with, is also a violation of the Organic Laws under Article I in Amendment which requires *Congress shall make no law respecting an establishment of religion,*

> "*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof.....*" Article I in Amendment, Constitution for the United States of America

4.   The Minor Estate was created by the Vatican

2

> "*Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing.*" Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added];

and by the Vatican's Tyrant with the Cestui Que Vie Act of 1666, *(1666 CHAPTER 11 18 and 19 Cha 2)* which was for land titles,

a) and was brought into America with the Code of Law for the District of Columbia, at 31 Stat 1432, where it says;

> "*The Legal Estate to be in Cestui Que Use*"

b) which is talking about land titles, and a "use" is short for usufruct under Roman Law,

> *those things which perish by a capitis diminutio, of which kind are an usufruct, an obligation to services on the part of freedmen contracted by oath and matters enforceable by a statutable action.*" The Commentaries of Gaius and Rules of Ulpian, Translated with Notes by J. T. Abdy, L.L.D., and Bryan Walker, M.A. L.L.D., 1874, Section 83, page 198-199, [emphasis added]

which is a type of a trust, and a US citizen / minor estate entity (31 CFR 363.6) is a tax payer,

> ".... (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . . In Re Bolens (1912), 135 N.W. 164 A

> "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. Congressional Record, June 13 1967, pp. 15641-15646

c) The Vatican's Minor Estate was also talked about as some of the reasons for separation from the Vatican's Tyrant in the Organic Law of the *Declaration of Independence (1776)*,

> "*He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:*"
> "*For transporting us beyond Seas to be tried for pretended offences*"

3

> *"For imposing Taxes on us without our Consent:"*
> *"For depriving us in many cases, of the benefits of Trial by Jury:"*
> *"For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:"*
> *"He has abdicated Government here, by declaring us out of his Protection and waging War against us."*

and as found in the *Causes and Necessity for Taking Up Arms, (1775),*

> *"...statutes have been passed extending the courts of admiralty and vice-admiralty far beyond their ancient limits for depriving us the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property........<u>to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial....</u>", Causes and Necessity of Taking Up Arms (1775) [emphasis added]*

d) Janet Yellen and her predecessors used the Vatican's fraud and deception of their Minor Estate entity GLENN WINNINGHAM FEARN,

> *"Now I say, That the heir, as long as he is a child, differeth nothing from a servant, though he be lord of all;" Galations 4:1*

to use it as justification to assault the Demandant with the Commerce Clause (Article 1, Section 8, Clause 3) in violation of Article 1, Section 8, Clause 17, to deceptively assault the Demandant with a quasi-contract

> *"Assumpsit - ....In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. <u>Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise.</u> Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, <u>and competed with Equity in the case of the essentially equitable quasi-contracts</u> growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379 [emphasis added]*

> *"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were. They are contractual in law, but not in fact, being the subject-matter of a <u>fictitious</u> extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England). [emphasis added]*

e) which requires the Vatican's Minor Estate (31 CFR 363.6) US citizen, or other fiction

4

> "*Constructive/quasi contracts are based solely upon a legal fiction or fiction of law.*" Hill v. Waxberg, 237 F.2d 936.

f) so the Vatican's BAR members of the County of Montague can assault the Demandant with their Texas Tax Code with their forced rendition,

g) which is why they use the Vatican's fraud and deception of *capitis deminutio*

> "*Capitis deminutio is <u>the destruction of the 'caput' or legal personality</u>. Capitis deminutio, so to speak, <u>wipes out the former individual and puts a new one in his place</u>, and between the old and the new individual there is, legally speaking, nothing in common. A juristic personality may be thus destroyed in one of three ways: (1) by loss of the <u>status</u> libertatis. This is the capitis deminutio maxima; (2) by loss of the status civitatis. This is the capitis deminutio media (magna); (3) by severance from the agnatic family. This entails capitis deminutio minima.*" Rudolph Sohm, The Institutes: <u>A Textbook of the History and System of Roman Private Law 178–79 (James Crawford Ledlie trans., 3d ed. 1907)</u>. " Black's Law Dictionary 8th Edition, page 629 [emphasis added]

> "*Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, <u>when he became a slave</u>. It swept away with it all rights of citizenship and all family rights.*" Black's Law Dictionary 4th Edition, 1968

h) because the Vatican's fraud and deception of *capitis diminutio maxima* is used when they enslave people, and they are Satanists using fraud and deception to sell people into slavery, as collateral for their Minor Estate (31 CFR 363.6).

> "*He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. <u>He is for the time being a slave of the state</u>.*" 62 Va. (21 Gratt.) 790, 796 (1871)

i) which are non-judicial proceedings, because whenever a statute is involved the Vatican's fake Judge is actually a (bought and paid for) clerk masquerading as a Judge.

> ""*When acting to <u>enforce a statute</u> and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administrating or enforcing statutes <u>do not act judicially</u>, but merely ministerially....but <u>merely act as an extension as an agent for the involved agency</u> -- but only in a "ministerial" and not a "discretionary capacity...*" Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]

> "*It is the accepted rule, not only in state courts, but, of the federal courts as well,*

5

> *that when a judge is <u>enforcing</u> administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

> *"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

j) which is why it is a Bill of Pains and Penalties, similar to a Bill of Attainder, and violation of the Organic Law, *This Constitution for the United States of America, Article 1, Section 10, Clause 1,* and *Article 1, Section 9, Clause 3,*

> *"Bill of Attainder" means <u>Legislative acts</u>, <u>no matter what their form</u>, <u>that apply either to named individuals</u> <u>or to easily ascertainable members of a group in such</u> <u>a way as to inflict punishment on them without a judicial</u> trial. United States v. Brown, 381 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L.Ed. 484, 492; United States v. Lovett,   328   U.S.   303, 315,   66 S.Ct.   1073, 1079, 90 L.Ed. 1252*

> *"bill of attainder. 2. A special legislative act prescribing punishment, without a trial, for a specific person or group. • Bills of attainder are prohibited by the U.S. Constitution (art. I, § 9, cl. 3; art. I, § 10, cl. 1). — Also termed act of attainder. See ATTAINDER; BILL OF PAINS AND PENALTIES . [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 496*

> *"BILL OF PAINS AND PENALTIES bill of pains and penalties. A legislative act that, though similar to a bill of attainder, prescribes punishment less severe than capital punishment. • Bills of pains and penalties are included within the U.S. Constitution's ban on bills of attainder. U.S. Const. art I, § 9. [Cases: Constitutional Law 82.5. C.J.S. Constitutional Law §§ 429–431.]" Black's Law Dictionary, 8th Edition, page 499*

also means they have no authority to do anything judicial and are fraudulently and deceptively presenting themselves as a Court of law

> *"Ministerial officers are incompetent to receive grants of judicial power from the legislature, <u>their acts in attempting to exercise such powers are necessarily nullities</u>" Burns v. Sup., Ct., SF, 140 Cal. 1*

k) Their legislative inferior Court <u>might</u> be a Superior Court of general jurisdiction under some circumstances

> *"A court of general jurisdiction is <u>presumed</u> to be acting within its jurisdiction <u>till the contrary is shown.</u>" Brown, Jur Section 202; Wright v. Douglas, 10 Barb. (N.Y.) 97; Town of Huntington v. Town of Charlotte, 15 Vt. 46.*

l) but when a Superior Court of general Jurisdiction undertakes anything that is in derogation of common law, it becomes *quod hoc* an inferior court of limited Jurisdiction,

> *"To be that <u>statutes</u> which would deprive a citizen of the <u>rights</u> of person or property without a regular trial, according to the course and usage of <u>common</u>*

6

*law, would not be the law of the land."* (*Jury*) Hoke vs Henderson, 15, N.C. 15, 25 AN Dec 677.

and their maritime Codes have absolutely nothing to do with common law

> *When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption, applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103.*

> *"...it is familiar law that when special statutory authority in derogation of common law is conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27 Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

m) therefore it was actually an administrative hearing, for their maritime Code

> *"A ministerial act is an act that a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" (Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512)*

> *"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary" capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

> *"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

> *"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..."K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

n) which is a fraud and deceptive (satanic) because it is actually an executive agency working for the executive branch

7

> *"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of or pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary 45 (6th Edition 1990) (emphasis added) Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is common to use the two words in tandem. See e.g. Point Props, Inc.,v Anderson 584 So 2d 1332, 1338 (Ala 1991)*

o) which is full of fraud and deception (satanic) because there is no Judge, for that proceeding, but was actually a (bought and paid for) Clerk masquerading as a Judge that cannot do anything judicial

> *"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers <u>are necessarily nullities</u>" Burns v. Sup., Ct., SF, 140 Cal. 1*

> *"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948*

to put the Demandant into bondage, selling the Demandant into slavery, as collateral for the Vatican's Minor Estate, as described in *31 CFR 363.6*, because an entity includes <u>*the estate of a living person such as an incompetent or a minor.*</u>

> *Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, <u>or the estate of a living person such as an incompetent or a minor.</u> 31 CFR 363.6*

and a Minor can be *an individual who has attained the age of 18 years but has not yet taken control of the securities in his or her minor account.*

> *Minor means an individual under the age of 18 years. <u>The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.</u> 31 CFR 363.6*

5.  They are fraudulently and deceptively using the Vatican's Minor Estate *(31 CFR 363.6)* to bring the District of Columbia outside *"a maximum of ten miles square"* in violation of *Article 1, Section 8, Clause 17,*

> *To exercise exclusive Legislation in all Cases whatsoever, <u>over such District (not exceeding ten Miles square)</u> as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, …..Article 1, Section 8, Clause 17.*

which is using the Vatican's fraud and deception (satanic) to unlawfully place the Demandant under the commerce clause, *Article 1, Section 8, Clause 3*

8

> *"In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"* National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)

6.  This is why the Vatican's BAR members are name calling the Demandant a "*sovereign citizen*", like it is a bad thing, when they know that *House Joint Resolution 183 dated May 3, 1940 at 54 Stat. 178*, says in the preamble, "*Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*"

> *"Whereas some two million young men and women in the United States each year reach the age of twenty-one years; and*
> *Whereas it is desirable that the sovereign citizens of our Nation be prepared for the responsibilities and impressed with the significance of their status in our self-governing Republic:*
> *Therefore be it Resolved by the Senate and House of Representatives of the United States of America in Congress Assembled, That...."* HJR 183 dated May 3, 1940, 54 Stat. 178 [emphasis added]

and the Vatican's BAR members are required to know that the Supreme Court of the United States has ruled that every one and every thing "*not privileged*" is sovereign,

> "*The rights of sovereignty extend to all persons and things, not privileged that are within the territory.*" Carlisle v United States 83 U.S. 147, 154 (1873)

all of which evidences their intent to perjure their Oath to support "*...the supreme Law of the Land...*" *Article VI, Clause 2*, and make war on the Republic, and engage is all of the reasons for the separation from the Vatican's Tyrant listed in the Organic Law of *The Declaration of Independence (1776)*.

7.  This is prohibiting the free exercise of the Demandants religious beliefs, in violation of Article I in Amendment

> "*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof.....*" Article I in Amendment, Constitution for the United States of America

as a Christian, because the Demandant has a right to own land under natural law as found in the Holy Bible

> "*Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people.*" U.S. v. Morris, 125 F 322, 325.

which is Satanic, because the Vatican is a *necromancer* with their Minor Estate, (31 CFR 363.6) or is bringing dead things to life, and prohibited under God's Law as found in the Holy Bible

9

*10 There shall not be found among you any one that maketh his son or his daughter to pass through the fire, or that useth divination, or an observer of times, or an enchanter, or a witch,*
*11 Or a charmer, or a consulter with familiar spirits, or a wizard, <u>or a necromancer</u>.*
*12 For all that do these things are an abomination unto the LORD: and because of these abominations the LORD thy God doth drive them out from before thee. Deuteronomy 18: 10-12 King James Version*

and they are using fraud and deception of the Vatican's Minor Estate *(31 CFR 363.6)* to engage in the theft of the Demandant's land and populate the prisons by selling people into slavery,

*"If a man be found stealing any of his brethren of the children of Israel, and maketh merchandise of him, or selleth him; then that thief shall die; and thou shalt put evil away from among you." Deuteronomy 24:7 King James Version*

and all fraud, deception, and lies come from the devil and Satan

*"<u>Ye are of your father the devil</u>, and the lusts of your father ye will do. He was a murderer from the beginning, <u>and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it</u>." John 8:44 King James Version*

*"... I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan." Revelations 2:9 King James Version*

Respectfully Submitted,

Signed and sealed in red ink on the land, under penalties with perjury (28 USC 1746(1)).
I, glenn winningham; house of fearn, Demandant, sui juris, a natural man living in the republic, do declare that I have scribed and read the foregoing facts, and in accordance with my best firsthand knowledge, such are true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, before God, Angels, and everybody who reads this document as witnesses, and pursuant to your rules of evidence.

Dated this _____10th_____ day of March in the year, two thousand and twenty-five.

_____ L. S.
glenn winningham; house of fearn, sui juris, a living man
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Boulevard, #437
near Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.
Email winfearn@gmail.com
*Cell Phone 817-915-4213
*The Demandant does not answer unknown phone calls – send a text first