IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00881-O |
| | § | |
| KATHRYN PHILLIPS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants Texas Department of Public Safety and Steven McGraw's Motion to Substitute Attorney. The Court determines that the Motion should be, and is hereby, **GRANTED**. Accordingly, the Court **ORDERS** that Joseph P. McDuffie is withdrawn as counsel of record in this matter and Abigail K. Carter is substituted as counsel of record. The Clerk is **DIRECTED** to remove Joseph P. McDuffie from the electronic service list in this case.

The Court further notes that this case was closed on February 21, 2025, and remains closed. *See* ECF Nos. 105, 106, 116.

**SO ORDERED** this **26th day** of **November, 2025**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE